# Exhibit 1



From: **Siliciano, Christopher (LA) (FBI)** csiliciano@fbi.gov
Subject: RE: email #1 of 2
Date: May 9, 2018 at 2:29 PM
To: Donald P. Borchers dpborchers@gmail.com

Thank you for this information Donald. I will say that after speaking with my supervisor, unfortunately we do not have the resources currently to assist you. I would recommend proceeding with your strong civil case.

Good luck,
Chris

Chris Siliciano
Special Agent
FBI Los Angeles
Cell (310) 486-4741

**From:** Donald P. Borchers [mailto:dpborchers@gmail.com]
**Sent:** Friday, May 04, 2018 2:30 PM
**To:** Siliciano, Christopher (LA) (FBI) <csiliciano@fbi.gov>
**Subject:** email #1 of 2

Please find attached two folders.  One has all of the docs and the other has the email.

This matter is intricate but unambiguous.

1. Regarding my ownership

I acquired my rights *via* two agreements:
In 2016, with a partner I formed a joint venture, called Graphic Novel Enterprises, and Graphic Novel acquired all of Park Avenue's rights *via* a quitclaim.
In 2017, my partner and I ended our joint venture and I individually acquired all of the rights previously held by Park Avenue.

2. Regarding Park Avenue

The copyright report from 2008: Note the last two paragraphs of page 17, demonstrating that Park Avenue acquired vastly more rights than it granted; and these are the rights I purchased.
Also, I obtained copied directly from the copyright office, and they are attached.

The 1994 Agreement.
The first sentence sets forth as a fact that the rights are based on the Original Picture.
Paragraph 1.f. reserves all other rights.
Paragraph 6. Expressly reiterates this.
Paragraph 1.f.(ii)(c) & 5 - holds back future sequel and remake rights until the Purchaser performs all of its obligations and makes an election to acquire all future remake OR sequel rights.

Paragraph 1.1. sets forth that the rights are only for initial theatrical release or initial video release.
Paragraph 7.e. acknowledges Park Avenue's rights, in my opinion, to make future movies based on the short story (not the original picture)

In 2000, Miramax (wholly owned by Disney), having performed its obligations, made an election to acquire sequel, not remake, rights

in 2005, Miramax (through its label Dimension, and still wholly owned by Disney) acquired the rights to make one remake.  The 2005 agreement stands alone from the 1994 Agreement and the two agreements are not integrated with each other.

In Summary:
I own the rights to make future sequels and spinoffs based on Stephen King's original short story.
I own the characters that are unique to Stephen King's original short story.
Disney owns the rights to make future sequels based on the Original Picture (*vis a vis* the underlying novella), which are for initial theatrical release or initial video release,  only.
Disney owns the rights to make one remake and they have the right to use characters from the Novella for this remake.

FYI - Two days ago, Don Gordon at Leopold Petrich agreed to write this in an opinion for me.  The purpose is for me to obtain Errors & Omissions Insurance so that I can undertake my future spinoff.  I will forward this opinion letter to you after i receive it.  I imagine it will take a week,  or so.


Thank you.

Best,

Donald P. Borchers
(310) 490-1056




On May 4, 2018, at 11:38 AM, Siliciano, Christopher (LA) (FBI) <csiliciano@fbi.gov> wrote:

Thank you Donald, I will look into this. While I do some background research on my end, could you provide any documentation you have regarding your copyrights vs. Walt Disney's? Also, please include the email you sent to Lionsgate and their response

Lionsgate and their response.

Thank you, talk to you soon.
Chris

Chris Siliciano
Special Agent
FBI Los Angeles
Cell (310) 486-4741

**From:** Donald P. Borchers [mailto:dpborchers@gmail.com]
**Sent:** Wednesday, May 02, 2018 12:52 PM
**To:** Siliciano, Christopher (LA) (FBI) <csiliciano@fbi.gov>
**Cc:** Det. Lt. Jonathan Ray Perkins Ret. <jonperkins@me.com>
**Subject:** following up on our telephone call from Monday

Dear Chris -

Thank you for taking the time to speak with me Monday afternoon and for your consideration in this matter.

Simply, in 2016 I purchased certain rights in a divided copyright with respect to Stephen King's "Children of the Corn."  Previously, I produced the original in 1984 and the remake in 2009.

My rights are quite specific.  I have the rights to make future moves based on Stephen King's short story.  The Walt Disney Company owns the rights to make future movies based on the original film.

In February, this year, while I was developing a new project with my newly acquired rights, I learned that Lionsgate was releasing another "Children of the Corn" movie.  Then, in the press release, I noticed they were basing the film on a character from the short story that I own.  These are my rights.

So, I wrote an email to Lionsgate and advised them.  They acknowledged receipt but never communicated anything responsively. On March 13, 2018, Lionsgate released the movie on DVD.  Knowing they did not have my rights.

I write this email to explore the possibility of a criminal action against Lionsgate for their copyright infringement.

Thank you.

Best,

Donald P. Borchers
(310) 490-1056
https://www.youtube.com/watch?v=0eieQHJ7eLg

# Exhibit 2

Judgment [Blu-ray]

☆☆☆☆☆

187

$14.89 ✓**prime**

24 used and new from $10.89



Corn-Genesis [Blu-ray]

☆☆☆☆☆ 53

$8.95 ✓**prime**

31 used and new from $2.98



DTS

# Children Of The Corn: Runaway

## O-ring
## Blu-ray

Marci Miller (Actor), Jake Ryan Scott (Actor), John Gulager (Director)

Rated: NR

☆☆☆☆☆ ▼   25 customer reviews

| Prime Video<br>$4.99 — $14.99 | **Blu-ray**<br>**$14.96** | DVD<br>$12.96 |
|---|---|---|

| **Additional Blu-ray options** | Edition | Discs | Price | New from | Used from |
|---|---|---|---|---|---|
| Blu-ray (Mar 13, 2018) | O-ring | 1 | $14.96 | $14.12 | $9.98 |

**Watch Instantly with** prime video

| | Rent | Buy |
|---|---|---|
| Children of the Corn: Runaway | $4.99 | $14.99 |





Buy

Qty:



✓**prim**

FREE Sh

or get **F**

Amazon

In Sto

Ships f

Gift-wr

Yes,

Ship







CINEDIGM

*Their Adventure Will Take Them To A Magical Place*

> Shop now



Crimson Peak [Blu-ray]
☆☆☆☆☆ 1483
$7.88 ✓prime

Jaws 2 [Blu-ray]
☆☆☆☆☆ 536
$7.88 ✓prime

W
Co
(Bl
☆
$2

SANDST
沙尘暴

☆☆☆☆☆
$13⁹⁷ ✓p

Ad feedback 💬

t this item also bought



Hellraiser: Judgment [Blu-ray]
Heather Langenkamp
☆☆☆☆☆ 187
Blu-ray
$14.89 ✓prime

duct promotions
.00 instead of $14.96! Get a $50 Amazon.com Gift Card instantly upon approval fo

RUNAWAY tells the story of young, pregnant Ruth, who escapes a murderous child cult in a
ing anonymously in an attempt to spare her son the horrors that she experienced as a child.
something is following her. Now, she must confront this evil or lose her child.

n/a
DVD

Marci Miller (Actor), Jake Ryan Scott (Actor), & 1 more      Rated:   NR

☆☆☆☆☆ ▾      25 customer reviews

| Prime Video $5.99 — $14.99 | Blu-ray $14.96 | **DVD $12.96** |

| Additional DVD options | Edition | Discs | Price | New from | Used from |
|---|---|---|---|---|---|
| DVD (Mar 13, 2018) | n/a | 1 | $12.96 | $12.87 | $5.73 |

iew

**Watch Instantly with** prime video

|  | Rent | Buy |
|---|---|---|
| Children of the Corn: Runaway | $5.99 | $14.99 |

**SCREEN SAVERS ENTERTAINMENT**

*Experience Faith through the eyes of a child.*

› Shop now

I Believe



Ad feedback 🗨

ether

 +

Total price: $27.89

Add all three to Cart

Add all three to List

sold by different sellers. Show details

Corn: Runaway, by Marci Miller, DVD, $12.96



Buy Nev

Qty: 1

✓**prime**

FREE S
get **FRE**
Amazon

**In Stoc**
Ships fro
Gift-wrap

Y
S

Turn

**Want it**
**4 hrs 4**
**Shippir**

Deliv

Add to Li

Ad feedback 🖵

## t this item also bought







[DVD]

Insidious: The Last Key

Angus Sampson

☆☆☆☆☆ 67

DVD

$12.99 ✓prime

Children Of The Corn: Genesis

J.J. Banicki

☆☆☆☆☆ 53

DVD

$9.93 ✓prime

Deep Blue Sea 2 (DV

☆☆☆☆☆ 150

DVD

$12.96 ✓prime

## duct promotions

**.00 instead of $12.96**! Get a **$50 Amazon.com Gift Card** instantly upon approval fo

RUNAWAY tells the story of young, pregnant Ruth, who escapes a murderous child cult in a small N
usly in an attempt to spare her son the horrors that she experienced as a child. Ruth and her son en
low, she must confront this evil or lose her child.

yan Scott, Mary Kathryn Bryant, Lynn Andrews

oned, Color, Dolby, NTSC, Subtitled, Widescreen

Canada only. Read more about DVD formats.)

Corn (Trailer 1)  Children Of The Corn: Revelation

Creeper Films

## lated to this item (What's this?)



Split
☆☆☆☆☆ 1408
$9.96 ✓prime



Crimson Peak [Blu-ray]
☆☆☆☆☆ 1485
$7.88 ✓prime



Isle of Dogs
☆☆☆☆☆ 23
$19.99

Th
☆
$1

## Most recent c



Mario J. Ma

☆☆☆☆☆ Chi

zzzzzzz...
Published 11 days a



Doug Tiers

☆☆☆☆☆ Bas

Most anything pert

### Share your thoughts with other customers

Write a customer review

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

amazon

English          United States

6pm
Score deals
on fashion brands

AbeBooks

ACX
Audiobook Publishing
Made Easy

Alexa

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire

Amazon Rapids
Fun stories for
kids on the go

Amazon Resta
Food delivery fr
local restaurants

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publis
Made Easy

Goodreads
Book reviews
& recommendations

IMDb

IMDbPro
Get Info Entertainment
Professionals need

Junglee.com
Shop Online
in India

Prime Video Direct
Video Distribution
Made Easy

Shopbop

TenMarks.com
Math Activities
for Kids & Schools

Amazon Ware

Woot!
Deals and
Shenanigans

Zappos

Souq.com
Shop Online in
the Middle East

Subscribe with
Discover & try
subscription ser

Conditions of Use     Privacy Notice     Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates

# Exhibit 3

amoeba.com

Home  Login  Register

FREE SHIPPING ON MUSIC & MOVIES IN THE U.S.!

MUSIC   MOVIES   MERCH

Your Cart  : 0 Items  Checkout

LIVE AT AMOEBA    WHAT'S IN MY BAG?    OUR STORES

All   ⇕   SEARCH

EMAIL ALERTS ▼

Home | Movies | Children of the Corn.....

# Children of the Corn: Runaway (DVD)
## John Gulager

👍 Like   🐦 Tweet

DVD   BUY   $19.98

SHIPS FREE in U.S.

## Synopsis

CHILDREN OF THE CORN: RUNAWAY tells the story of young, pregnant Ruth, who escapes a murderous child cult in a small Midwestern town. She spends the next decade living anonymously in an attempt to spare her son the horrors that she experienced as a child. Ruth and her son end up in a small Oklahoma town, but something is following her. Now, she must confront this evil or lose her child.

## Product Details

**Starring:** Jake Ryan Scott, Marci Miller, Lynn Andrews, Mary Kathryn Bryant
**Format:** Color, Dolby, DVD, NTSC, Widescreen
**Language:** English
**Subtitles:** English, Spanish
**Aspect Ratio:** 2.39:1
**Number of Discs:** 1
**Rating:** Not Rated
**Label:** LIONSGATE
**Release Date:** 03/13/2018
**Run Time:** 82 minutes

## User Reviews

DVD   BUY   $19.98

**Starring:** Jake Ryan Scott, Marci Miller, Lynn Andrews, Mary Kathryn Bryant
**Format:** DVD
**Rating:** Not Rated
**Release Date:** 03/13/2018
**Label:** LIONSGATE
**Category:** Horror

# Exhibit 4



Movies › Horror › The Weinstein Company

Children of the Corn: Runaway

**UNRATED**

## About the Movie

The newest installment of the CHILDREN OF THE CORN franchise, CHILDREN OF THE CORN: RUNAWAY follows a young, pregnant Ruth who escapes a murderous child cult in a small Midwestern town. She spends the next decade living anonymously in an attempt to spare her son the horrors that she experienced as a child. Ruth and her son land in the small Oklahoma town, but something is following her. Now, she must confront this evil or lose her child.

Details   Ratings and Reviews   Related

## Trailers

Trailer

$14.99 Buy

$5.99 Rent

HD CC

Also available in SD

iTunes Extras

$14.99

Apple Music Movies TV Shows App Store

Q

Movies



$14.99 Buy

$5.99 Rent

HD CC

Also available in SD

ABOUT MOVIES >

**Rentals**

You have 30 days to start watching your movie and 48 hours to finish it after you start watching. You can download your rental on one device and also stream it on another.

## About the Movie

The newest installment of the CHILDREN OF THE CORN franchise, CHILDREN OF THE CORN: RUNAWAY follows a young, pregnant Ruth who escapes a murderous child cult in a small Midwestern town. She spends the next decade living anonymously in an attempt to spare her son the horrors that she experienced as a child. Ruth and her son land in the small Oklahoma town, but something is following her. Now, she must confront this evil or lose her child.

## Trailers



Trailer

## iTunes Extras

Deleted scene from the film.

Buying this movie gives you access to iTunes Extras, which require the latest version of iTunes, iOS, macOS, and tvOS.

## Cast & Crew

| | |
|---|---|
| **Actors** | Marci Miller |
| | Jake Ryan Scott |
| | Mary Kathryn Bryant |
| | Lynn Andrews |
| **Director** | John Gulager |
| **Screenwriter** | Joel Soisson |
| **Producer** | Michael Leahy |

Children of the Corn: Runaway - John Gulager

BASED ON THE SHORT STORY BY
STEPHEN KING

0:09
-1:00

# Exhibit 5

BARNES & NOBLE





| Books | NOOK Books | NOOK | Textbooks | Newsstand | Teens | Kids | Toys & Games | Hobbies & Collectibles | Home & Gifts | Movies & TV | Music |

All ∨

Search

barnesandnoble.com

Hello, Sign In
My Account ∨

Shop / Movies & TV

# Children of the Corn: Runaway

Director: John Gulager Cast: Marci Miller, Jake Ryan Scott, Mary Kathryn Bryant

Be the first to write a review

DVD (Wide Screen / Subtitled)

## $19.26 $19.99 | Save 4%

Format

DVD - $19.26

View All Available Formats & Editions

ADD TO CART

Instant Purchase

Unavailable for pickup at **B&N Broward Mall**

Check availability of other formats above
or Check Availability at Nearby Stores

Place your order online and pick it up within one hour.

# Exhibit 6

bestbuy.com

Pick Up Today in Fort Lauderdale (0)

2 Items

Sort By:   Best Match

**Price**

min.   to   max.

☐ Less than $25 (2)

**Current Deals**

☐ Free Shipping Eligible (2)

**Format**

☐ Blu-ray (1)
☐ DVD (1)

**Content Rating** ⓘ

☐ NR (2)

**Customer Rating**

☐ 3 & Up (2)
☐ 2 & Up (2)
☐ 1 & Up (2)

**Condition**

☐ New (2)

---

Children of the Corn: Runaway [Blu-ray] [2018]

**SKU:** 6220550    **Release Date:** 03/13/2018
**Rating:** NR

3.5 (2)

**$3.99 Shipping: Get it by Tue, Jul 10**

**Want it faster?** More shipping options are available in checkout to 33060.

**Store Pickup:** Unavailable within 250 miles of Fort Lauderdale Update Location

☐ Compare

$ **PRICE MATCH** GUARANTEE

**$17.99**

🛒 **Add to Cart**

---

Children of the Corn: Runaway [DVD] [2018]

**SKU:** 33809455    **Release Date:** 03/13/2018
**Rating:** NR

3.5 (2)

**$3.99 Shipping: Get it by Tue, Jul 10**

**Want it faster?** More shipping options are available in checkout to 33060.

Only available for shipping

☐ Compare

$ **PRICE MATCH** GUARANTEE

**$13.99**

🛒 **Add to Cart**

# Exhibit 7

Children of the Corn: Runaway Widescreen, Subtitled, AC-3, Digital Theater System on DeepDiscount.com

7/2/18, 10:38 A

(https://www.deepdiscount.com/)

**1,004,078 Items Available**

✉ JOIN OUR EMAIL LIST

🔍 All Products

🛒 (/checkout)
Cart: 0 items $0.00   ...99.00 FOR FREE SHIPPING*

(https://www.deepdiscount.com/checkout)

Shop our Blow out Bin for the deepest discounts and last chance items - Click here for details (/blowout-bin/b237039?az=37-11459) ❯ (/blowout-bin/b237039?az=37-11459)

**(HTTPS://WWW.DEEPDISCOUNT.COM/CHECKOUT)**



# Children of the Corn: Runaway

(Widescreen, Subtitled, AC-3, Digital Theater System)

**Format:** Blu-ray   **Rated:** NR   **Release Date:** 3/13/2018

STARRING: Marci Miller (/search?cr=Marci%20Miller%7C2026473&mod=AP), Jake Ryan Scott (/search?cr=Jake%20Ryan%20Scott%7C2026474&mod=AP), Sara Moore (/search?cr=Sara%20Moore%7C2032306&mod=AP), Mary Kathryn Bryant (/search?cr=Mary%20Kathryn%20Bryant%7C2026475&mod=AP), Lynn Andrews III (/search?cr=Lynn%20Andrews%20III%7C2026476&mod=AP), Kevin Harvey (/search?cr=Kevin%20Harvey%7C1666503&mod=AP), Diane Ayala Goldner (/search?cr=Diane%20Ayala%20Goldner%7C1413221&mod=AP), Eric Starkey (/search?cr=Eric%20Starkey%7C886773&mod=AP), Sidney Flack (/search?cr=Sidney%20Flack%7C2032307&mod=AP), Debbi Tucker (/search?cr=Debbi%20Tucker%7C2032308&mod=AP)

UPC: 031398285441

ITEM #: 1999693X

DIRECTOR: John Gulager (/search?cr=John%20Gulager%7C260916&mod=AP)

RATED: NR

GENRE: Horror (/search?mod=AV&gn=horror)

RELEASE DATE: 3/13/2018

SUBTITLES: SPA

CLOSED CAPTION: No

ORIGINAL LANGUAGE: ENG

ORIGINAL YEAR: 2018

RUN TIME: 82 minutes

DISTRIBUTOR/STUDIO: TWC (/search?mod=ST&q=TWC)

RANK: 93979

🛒 ADD TO CART          ❤ ADD TO WISH LIST

**BLU-RAY** ~~$21.99~~ **Now $18.16**   You Save: $3.83 (17%)

OTHER FORMATS AVAILABLE

👍 Like (https://www.facebook.com/share.php?u=(?php echo curl("node/".$node->nid,array("absolute"=>true)); ?>)

🐦 Tweet This (https://twitter.com/share?u=https://www.deepdiscount.com/children-of-the-corn-runaway/031398285441&title=Children of the Corn: Runaway&text=Buy+Children of

❮ Share MY Get

DVD Widescreen, Subtitled AC-3, Dolby (/children-of-the-corn-runaway/031398285410)

$13.83 🛒 Add to Cart

🔔 Add to Cart Product Alerts

the Corn: Runaway++Blu-ray Widescreen, Subtitled, AC-3, Digital Theater System+on DeepDiscount.com)

## YOU MAY ALSO LIKE

1   2   3   4   5





utm_source=recommendations&utm_medium=web&utm_campaign=Recs&utm_content=widget)

Friday the 13th: Ultimate Collection (/0324293022267?
utm_source=recommendations&utm_medium=web&utm_campaign=Recs&utm_content=widget)

Leatherface (/031398275411?
utm_source=recommendations&utm_medium=web&utm_campaign=Recs&utm_content=widget)

Amityville: The Awakening (/031398265238?
utm_source=recommendations&utm_medium=web&utm_campaign=Recs&utm_content=widget)

Mom & Dad (2017) (/741952843696?
utm_source=recommendations&utm_medium=web&utm_campaign=Recs&utm_content=widget)

## DESCRIPTION

### Children of the Corn: Runaway on Blu-ray

Fleeing a deadly child cult in the Midwest, pregnant teen Ruth is determined to keep her baby out of their grasp. Ten years later, Ruth and her son are living a quiet life, safe and sound in a small Oklahoma town. Or so they thought. Ruth soon discovers that the only way to truly protect her child is to face down the evil from her past once and for all. Fright-filled chapter in the long-running horror film series stars Marci Miller, Jake Ryan Scott, Mary Kathryn Bryant, Lynn Andrews III. 82 min. Widescreen; Soundtrack: English DTS HD 5.1 Master Audio; Subtitles: English (SDH), Spanish.

Preview     Credits

▣ Preview

Lionsgate Home Entertainment

Children of the Corn: Runaway Widescreen, Subtitled, AC-3, Digital Theater System on DeepDiscount.com

7/2/18, 10:38 AM

## ℹ INFORMATION

- About Us (https://www.deepdiscount.com/about-us)
- Help (https://www.deepdiscount.com/help)
- Privacy Policy (https://www.deepdiscount.com/privacy-policy)
- Returns & Exchanges (http://www.deepdiscount.com/returns)
- Sales Tax (https://www.deepdiscount.com/sales-tax-collection-policy)
- Affiliate Signup (https://www.pepperjamnetwork.com/affiliate/registration.php?refid=100552)

### HOW ARE WE DOING?

✉ Tell us about your DeepDiscount.com experience. (/catalog/contactusform)

## 👤 MY ACCOUNT

- Login (https://www.deepdiscount.com/account/login)
- Register (https://www.deepdiscount.com/account/register)
- Order History (https://www.deepdiscount.com/account/history)
- Wish List (https://www.deepdiscount.com/account/wishlist)
- Shopping Cart (https://www.deepdiscount.com/account/cart)
- Checkout (https://www.deepdiscount.com/checkout)
- Catalog (https://www.deepdiscount.com/catalog)

## ☰ CATEGORIES

- Movies / TV (https://www.deepdiscount.com/movies)
- Music (https://www.deepdiscount.com/music)
- Music/Vinyl (https://www.deepdiscount.com/music/vinyl)
- Games (https://www.deepdiscount.com/games)
- Apparel (https://www.deepdiscount.com/health-and-apparel)
- Books (https://www.deepdiscount.com/books)

### WE'RE SOCIAL

🐦 (https://twitter.com/deepdiscountcom)

f (https://www.facebook.com/pages/DeepDiscountcom-DVDs-Blu-ray-Music-Books-and-More/77554427491

G+ (https://plus.google.com/105646312565799935747?prsrc=3)

📷 (https://www.instagram.com/deepdiscount/)

👁 *High contrast mode is off*

©2018 DirectToU, LLC

(https://www.visa.com/)

(https://www.mastercard.co

(https://www.americanexpre

(https://www.discovercard.c

(https://www.paypal.com/)

# Exhibit 8

# en of the Corn: Runaway (DVD, 2018)

product ratings | Write a review  |  About this product



2 watching

## Brand new: lowest price

## 00

### Shipping

**Tuesday, Jul 10** from
lle, North Carolina

**New** condition
turns, but backed by eBay
ack guarantee
ils
' brand new listings

ebay MONE

Qty : 1

Buy I

Add t

Wa

Sold by
cargods1 (563)
99.6% Positive
Contact seller

## this product

etails

Discs                          1

                               Not Rated

                               031398285410



**+**



$11.94

+ $3.75 Shipp

Add Both t

Children of the Corn: Runaway (DVD, 2018)

$5.00
Brand New

+ $3.75 Shipping

✓ Add to Cart

Children of the Corn (DVD, 2011)

$6.94 New

Free Shipping

✓ Add to Cart

## ings for this product

Buy It Now ⌄                    Any Condition



of the
away...

ping



Children Of The Corn: Runaway,...

$9.72
Free shipping



CHILDREN OF THE CORN RUNAWAY...

$14.92
Free shipping

Of The
away DVD

g

Children Of The
Corn: Runaway...

**$11.90**

+$3.49 shipping

CHILDREN OF THE
CORN: RUNAWAY...

**$15.69**

Free shipping



See
all 19

Of The
away

g



⭐ 5

⭐ 4

⭐ 3



2

0

0

We have ratings, but no written reviews for this, yet.
Be the first to **write a review**

## elling in DVDs & Blu-ray Discs




### Game of Thrones: The Complete Seasons 1-7...

 (242)

**$32.99** New

$10.00 Used



### Harry P
8-Film C



**$11.99**

$8.99 Us

## n DVDs & Blu-ray Discs ⓘ

est Showman
*N* FAST SHIPPING!

The Walking Dead Season 8 (DVD, 2018, 5-Disc Set)...

Pacific Rim Uprising (DVD,2018) NEW*Action,...

t $8.25

**$10.88**
Trending at $14.18

**$8.99**
Trending at $10.75

creen Children
e Corn DVDs

Children of the Corn
DVDs

Horror Children of the
Corn DVDs

Announcements        Community        Security Center        Resolution Center        Seller Center        Policies        Affi

Site Map

-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

# Exhibit 9

fye.com

Children of the Corn: Runaway   New on DVD | FYE

# CHILDREN OF THE CORN: RUNAWAY

## $16.99

20% OFF NEW CD, DVD, AND BLU-RAY WHEN YOU BUY 2 OR MORE (EXCLUDES PRE-ORDERS AND EXCLUSIVES).

ID: aec.twc54159d41

0.0   **No Reviews**

FORMAT

DVD   **BLU-RAY DISC**

CONDITION

NEW   USED

AVAILABILITY:  In Stock

**ADD TO CART**

**Add to Wishlist**

children of the corn runaway dvd - Google Search



# Exhibit 10

**DIRECTORS:** <u>John Gulager</u>

**LIONSGATE SHOP PRICE:** $ **21.99** + Shipping & Handling

**OTHER AVAILABLE FORMATS:**

 **DVD**

# L

**CIAL FEATURES**    **PRODUCT DETAIL**

NAWAY tells the story of young, pregnant Ruth, who escapes a murderous child cult in a small Midw in an attempt to spare her son the horrors that she experienced as a child. Ruth and her son end up she must confront this evil or lose her child.

# TITLES

   

# Exhibit 11



dvd.netflix.com

#DVD20    Sign Out    Try Free

# Children of the Corn: Runaway

★★ 1    2017    NR    1h 22m    Blu-ray / DVD

Rent this movie

**Overview**    **Details**

Children of the Corn: Runaway follows a young, pregnant Ruth who escapes a murderous child cult in a small Midwestern town. She spends the next decade living anonymously in an attempt to spare her son the horrors that she experienced as a child. She lands in the small Oklahoma town, but something is following her. Now, she must confront this evil or lose her child.



DVD.COM
A Netflix Company

# Exhibit 12



redbox.com

redbox

At the Box
DVD & BLU-RAY | GAMES | On Demand BETA
MOVIES | TV SHOWS

eGifts     SIGN UP FOR
          Redbox Perks     Sign In

📍 Find a Box

# Children of the Corn: Runaway

DVD HD SD | NR | 1:32 Min | ⭐ 2.5 |

Learn how you can join Redbox Perks and rack up points

Plot: A young pregnant woman named Ruth once escaped a sinister religious cult of children and now lives off the grid with her son. After a decade Ruth begins to feel she is being followed and must confront the relentless remnants of her past to protect her family.

Not Rated by the Motion Picture Association of America.

▶ Play Trailer

f Share  🐦 Tweet

**Rent at the Box**                    $1.75+

**Buy at the Box**        Choose a Box

**Rent On Demand**                     $4.99+

**Buy On Demand**                      $12.99+

Add to Wish List

**About On Demand**
When renting, start within 30 days, finish within 48 hours.

How to watch ›

Get the scoop on HD and SD



# Exhibit 13



# Exhibit 14



walmart.com

Search

Showing 1-20 of 3,360 results

**Departments**

Movies & TV Shows

Movies

All Horror

Blu-ray

Instawatch Movies By VUDU

<u>See All Departments</u>

**Shipping & Pickup**

◉ Show all

**2-day shipping**

Ship to Home

Free Pickup + Discount

FREE Pickup

**Refine by**  |  Price ⌄  Top Brands ⌄  Store Availability ⌄

**Sort by**  |  Best Match  ⟩

**Children of the Corn: Runaway** (DVD)

· Children Of The Corn runaway [dvd] [ws/eng/span Sub/5.1
Dol Dig] (Lions Gate)

$12.96

**2-day shipping**
Free pickup

Unrated

**Children of the Corn: Runaway** (Blu-ray +
Digital)

· An evil cult of children who kill stalks a woman and her son.

$14.96  $16.88

**2-day shipping**
Free pickup

Unrated

**Children Of The Corn** (DVD)

★★★★★ 5

$5.00  List $6.79

**2-day shipping**
Free pickup

Children of the Corn: Runaway follows a young, pregnant Ruth who escapes a murderous child cult in a small Midwestern town. She spends the next decade ...

## 'Children Of The Corn: Runaway' Arriving On DVD This March ...

horrorfuel.com/2018/01/24/children-corn-runaway-arriving-dvd-march/ ▾

Jan 24, 2018 - The latest installment franchise based on the story by Stephen King, **Children of the Corn: Runaway**, from Feast director John Gulager, "tells the ...

## Buy DVDs Online

Ad  www.familyvideo.com/OfficialSite ▾

★★★★✔  Rating for familyvideo.com: 4.5 · 1,082 reviews

Save up to 70%! $1.99 Shipping. This Week Only. 100's Of **DVD's** Available. Types: Comedy Movies, Horror Movies, Action Movies, Romance Movies.

Movies For Sale · Blu-ray Bestsellers · Gift Cards · Classic Movies

## Children Of The Corn DVD

Ad  www.walmart.com/DVDs ▾

Shop from a Wide Variety of Movies. Free Shipping to Store! Top **DVDs** rentals. Free in-store pickup. Top brands - low prices.

Children's Movies · Clearance · Free Pickup In-Store · DVDs · Find Your Local Store · Best Sellers

♥ 3306 N University Dr, Sunrise, FL - Open today  Open 24 hours ▾

## Searches related to children of the corn runaway dvd

children of the corn runaway **review**

children of the **corn**: runaway **rotten tomatoes**

children of the corn runaway **reviews**

children of the corn runaway **rating**

children of the corn runaway **plot**

# Exhibit 15

youtube chidren of the corn runaway

youtube chidren of the corn runaway 　　　　　　　　　　　 🔍

All    Videos    News    Images    Shopping    More                Settings    Tools

About 454,000 results (0.48 seconds)

**Showing results for youtube *children* of the corn runaway**
Search instead for youtube chidren of the corn runaway

### CHILDREN OF THE CORN: RUNAWAY (2018) Official ... - YouTube

https://www.youtube.com/watch?v=sJLOIlgI1LE
Jan 24, 2018 - Uploaded by UPM - Upcoming Horror Movies
Directed by: John Gulager Release date: March 13, 2018 (US)(VOD) **Children of the Corn**: Runaway tells ...

### CHILDREN OF THE CORN RUNAWAY Official Trailer ... - YouTube

https://www.youtube.com/watch?v=pvFdDmQnZiA
Jan 24, 2018 - Uploaded by Movie Trailers Source
Movie Trailers Source. ... Based on the classic short story by Stephen King, **CHILDREN OF THE CORN** is a ...

### CHILDREN OF THE CORN RUNAWAY Trailer #1 NEW ... - YouTube

https://www.youtube.com/watch?v=QrA4mNwQIY0
Jan 24, 2018 - Uploaded by MovieAccessTrailers
Based on the classic short story by Stephen King, **CHILDREN OF THE CORN** is a longtime horror favorite that ...

### Children of the Corn: Runaway (2018) Trailer 2018 - YouTube

▶ YouTube

children of the corn runaway 🔍

SIGN IN

youtube.com



### CHILDREN OF THE CORN RUNAWAY Trailer #1 NEW (2018) Horror Movie HD

MovieAccessTrailers ✔ · 131K views · 5 months ago

CHILDREN OF THE CORN RUNAWAY Trailer #1 NEW (2018) Horror Movie HD. Wanna watch something? MovieAccessTrailers ...

1:32

### CHILDREN OF THE CORN RUNAWAY Official Trailer (2018) Horror Movie

Movie Trailers Source ✔ · 120K views · 5 months ago

It's free to subscribe to MTS now! ➤ http://bit.ly/2hcRDCn CHILDREN OF THE CORN RUNAWAY Official Trailer Movie HD in ...

1:25



WATCH FROM $3.99

### Children of the Corn: Runaway

YouTube Movies ✔

Thriller · 2018 · Unrated · English

The newest installment of the CHILDREN OF THE CORN franchise, CHILDREN OF THE CORN: RUNAWAY follows a young ...

Actors: Marci Miller, Jake Ryan Scott, Mary Kathryn Bryant
Director: John Gulager

CC



1:22:15

# Exhibit 16

## Quitclaim

Pursuant to that certain Agreement for the Purchase and Sale of Certain Assets of New World Entertainment, Ltd. and various of its subsidiary and affiliated companies (collectively "NWE") dated as of November 28, 1989 (the "Agreement") entered into between NWE and Trans Atlantic Distributors, L.P. (formerly Oceana Distributors, L.P.) ("TAD") and for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, NWE hereby releases, assigns, transfers and quitclaims to TAD all of its right, title and interest, if any, in and to the motion picture property entitled "Children of the Corn", which includes, without limitation: (a) all works contained therein or based thereon; and (b) the underlying agreements relating thereto (collectively, the "Property"), excepting only U.S. television distribution rights and television remake and sequel rights, which were retained by NWE.

NWE shall defend, indemnify and otherwise hold harmless TAD, its officers, directors, employees, agents, representatives and assigns from and against any and all liabilities, claims, expenses, losses and costs (including, without limitation, reasonable attorneys' fees) arising out of or resulting from any breach by NWE of its representations and warranties set forth in the Agreement and all attachments hereto.

TAD assumes any and all of NWE's obligations with respect to the Property (executory or otherwise) including but not limited to Guild and Union residuals in accordance with paragraph 5.1.1 of the Agreement.

IN WITNESS HEREOF, the parties hereto have executed this Quitclaim as of the 28th day of November, 1989.

NEW WORLD ENTERTAINMENT, LTD.

TRANS ATLANTIC DISTRIBUTORS, L.P.

# Exhibit 17



**Thomson CompuMark**

Children of the Corn Productions Corp.
Mr. Donald P. Borchers
July 16, 2008

### Copyright Report – CHILDREN OF THE CORN

A search of the records of the Copyright Office and the records and files of this office fails to reveal any record of copyright registration for a **motion picture** entitled **CHILDREN OF THE CORN**, which you advised has completed development and will have its world premiere in the United States on the Sci-Fi Channel, followed by a theatrical release outside the United States. (Release dates unknown).

This motion picture is not currently listed as being available for television or video distribution.  However, you have advised that the financier and worldwide distributor is Fox Television Studios.

### <u>Underlying Works</u>

You advised that this motion picture will be based on a script by Donald P. Borchers, for which we find no record of copyright registration.

You also indicated that this script is based on the novella entitled **CHILDREN OF THE CORN**, by Stephen King and is a remake of the original 1984 motion picture entitled **STEPHEN KING'S CHILDREN OF THE CORN**.

In this connection, we find that the novella entitled **CHILDREN OF THE CORN**, by Stephen King, was originally published in <u>Penthouse</u> magazine, issue of March, 1977, with the copyright in the novella included in the blanket copyright on the periodical issue, which was **registered for copyright** in the name of Penthouse International, Ltd., as of a publication date of February 14, 1977, under entry No. B: 204066.  This copyright was renewed in the name of Stephen King, claiming as author, September 28, 2005, under entry No. RE: 921-899.

This novella was republished in the collection entitled **NIGHT SHIFT**, by Stephen King, in 1978 by Doubleday and Company.  This collection was **registered for copyright** as follows:

**NIGHT SHIFT**:  By Stephen King, introduction by John D. MacDonald, created in 1977, published January 18, 1978, and **registered for copyright** in the name of Stephen King, March 20, 1978, under entry No. TX: 18-451.  The record notes that portions were previously published.  Copyright is claimed on the additions.

**NIGHT SHIFT**:  By Stephen King, introduction by John D. MacDonald, created in 1977, published January 18, 1978, and **registered for copyright** in the name of Stephen King, March 20, 1978, under entry No. TX: 41-007.  Copyright is claimed on four stories (JERUSALEM'S LOT, QUITTERS, INC., THE LAST RUNG ON THE LADDER and THE WOMAN IN THE ROOM), the introduction by John D. MacDonald, and the foreword by the author.

Thomson CompuMark Copyright Report –

## CHILDREN OF THE CORN

The collection is currently listed as being in print and available in the U.S. through Gale, Doubleday Publishing, Penguin Group (USA) Inc. and Doubleday Religious Publishing Group, It is also available in the United States in the Spanish language under the title **EL UMBRAL DE LA NOCHE** through Plaza & Janes Editories, S.A.. It is available in print in the U.K. through Hodder General Publishing Division and Penguin Group (USA) Inc.

We find that the motion picture entitled **STEPHEN KING'S CHILDREN OF THE CORN** also known as **CHILDREN OF THE CORN**, a work in approximately 93 minutes running time, directed by Fritz Kiersch, starring Peter Horton and Linda Hamilton, was produced by Donald P. Borchers and Terrence Kirby for Hal Roach Studios, New World Pictures, Gatlin Productions, Angeles Entertainment Group and Inverness Productions, and released in the United States on March 9, 1984, by New World Pictures.

According to the copyright registration record, this motion picture was created in 1984, published March 9, 1984, and **registered for copyright** under the title **STEPHEN KING'S CHILDREN OF THE CORN** in the names of New World Pictures, Angelis Film Partner's Ltd. and Cinema Group Venture, September 6, 1984, under entry No. PA: 226-703. The application author is Gatlin Productions, employer for hire. The record notes that the motion picture is based on the short story previously registered in 1977. Copyright is claimed on the filmed motion picture, including but not limited to music scoring, editing and screenplay.

This motion picture is currently listed as available for television distribution in Latin America through Telefilms S.A./Commercial Agent of Whiland International, and carries the notation no region specified, please contact distributor: Telepictures Distribution. It is currently listed as available in video format through Anchor Bay Entertainment, Inc.

"FilmTracker.com", last updated December 12, 2004, listed additional distributors of the film as Nelson Entertainment (domestic video distributor), Columbia-EMI-Warner (theatrical distributor – world rights), and Cinema Group Venture (theatrical distributor).

The motion picture is based on a screenplay by George Goldsmith, for which we find no record of separate publication or copyright registration.

## Sequels to the Original Motion Picture

The following sequel motion pictures have been produced:

**CHILDREN OF THE CORN II: FINAL SACRIFICE** (1992)
**CHILDREN OF THE CORN III: URBAN HARVEST** (1994)
**CHILDREN OF THE CORN IV: THE GATHERING** (1996)
**CHILDREN OF THE CORN V: FIELDS OF TERROR** (1998)
**CHILDREN OF THE CORN 666: ISAAC'S RETURN** (1999)
**CHILDREN OF THE CORN: REVELATION** (2001)

Further information on these sequel motion pictures can be provided upon your further request for an additional fee. Information on **CHILDREN OF THE CORN 8** can be found below in the "Newspaper and Trade Notices" section of our report.

Thomson CompuMark Copyright Report –
CHILDREN OF THE CORN

## Other Works based on the Underlying Story

A 16mm motion picture entitled **DISCIPLES OF THE CROW** formerly entitled **CHILDREN OF THE CORN**, a work in approximately 19 minutes running time, based on the story by Stephen King, directed by John Woodward, starring Eleese Lester and Gabriel Folse, was released in 1983 through John Woodward.  The picture was shown on May 31, 1983 in New York at the American Film Festival.

According to the copyright application record, this motion picture was created in 1983, published April 20, 1983, and **registered for copyright** under the title **CHILDREN OF THE CORN** in the name of John Robert Woodward, July 2, 1984, under entry No. PA: 276-074.  An additional title given on the application is **DISCIPLES OF THE CROWS**.  Copyright is claimed on the motion picture dramatization of the short story.  The copyright application indicates that there was correspondence with the Copyright Office before registration of this work was permitted.

This motion picture is not currently listed as being available for television or video distribution.

## Recorded Instruments

By instrument dated **March 4, 1977**, recorded March 9, 1977, in Vol. 1614, page 220, Penthouse International, Ltd. assigned to Stephen King, all of its right, title and interest in and to the copyright in the novelette entitled **CHILDREN OF THE CORN** written by Stephen King.

By instrument dated **May 6, 1983**, received for recordation at the Copyright Office on August 24, 1983, and microfilmed in Vol. 2021, pages 979-982, Stephen King and Doubleday & Company assigned to Hal Roach Studios, Inc. in perpetuity and throughout the world, the sole and exclusive motion picture rights in the story **CHILDREN OF THE CORN** including all motion picture and television rights for the original and renewal copyright terms thereof subject to a concurrently executed literary agreement of the parties.  [Although this document was submitted to the Copyright Office for recordation, it was never officially recorded, apparently due to the submission of a photocopy rather than a copy with an original signature as required by the Copyright Office.  An attempt was made to certify the photocopy as a true copy of the original, but such certification was not acceptable because it was not made by a party to document.]

By Short Form Assignment dated **August 2, 1983**, recorded on August 24, 1983 in Vol. 2021, pages 983-985, Hal Roach Studios, Inc. granted to New World Pictures, all motion picture rights and television motion picture rights and certain other television and other allied rights in the literary work entitled **CHILDREN OF THE CORN**, written by Stephen King, as more particularly set forth and subject to the terms of an Agreement between the parties dated July 21, 1983.

By Instrument of Transfer dated **August 2, 1983**, recorded on September 23, 1983 in Vol. 2024, page 222, Gatlin Productions, Inc. assigned to New World Pictures, the sole and exclusive right in perpetuity to exhibit, distribute and exploit the motion picture entitled **CHILDREN OF THE CORN** and all elements thereof in all media, through the universe, including music and soundtrack rights, merchandising rights, video cassette and video disc

**Thomson CompuMark Copyright Report –**

**CHILDREN OF THE CORN**

rights, theatrical sequel, theatrical remake and standard and non-standard television program and series rights, subject to the terms of an agreement between the parties dated as of August 2, 1983.

By Assignment and Assumption Agreement dated **December 16, 1983**, recorded February 8, 1984 in Vol. 2046, pages 527-529, New World Pictures assigned to Cinema Group Ventures, a joint venture of Cinema Group Inc. and Cinema Group Partners, 25% of all its right, title and interest in the motion picture project entitled **CHILDREN OF THE CORN** including:

(1) Literary purchase agreement between Hal Roach Studios and New World Pictures dated "as of" July 21, 1983 with an amendment dated July 29, 1983.
(2) Undated but executed agreement entered into by Hal Roach Studios with Stephen King and Doubleday & Company.
(3) Writers agreement for the services of George Goldsmith dated July 29, 1983 between Goldsmith and Gatlin Productions.
(4) Distribution agreement dated August 2, 1983 between Gatlin Productions and New World Pictures.
(5) Director's employment agreement for the services of Fritz Kiersch dated August 2, 1983 between Kiersch and Gatlin Productions.
(6) Completion bond dated September 1, 1983 between the Completion Bond Company, Chemical Bank and New World Pictures.

This transfer is subject to an agreement dated April 28, 1983 between New World Pictures and the Cinema Group regarding another motion picture entitled THE PHILADELPHIA EXPERIMENT.  [In this connection, the records contain an Assignment dated **as of April 28, 1983; May 3, 1984**, recorded May 14, 1984, in Vol. 1988, pages 156-157, by which New World Pictures assigned to Cinema Group Venture, a joint venture composed of Cinema Group, Inc., and Cinema Group Partners, an undivided 50% interest in all of its right, title, and interest (including the copyright) in the motion picture THE PHILADELPHIA EXPERIMENT and the underlying literary material, subject to the provisions of the Assignment and Assumption Agreement between the parties dated as of April 28, 1983, to which this document is subject. The Assignment and Assumption Agreement is not of record in the Copyright Office.]

By Mortgage and Assignment of Copyright dated **June 11, 1984**, recorded June 21, 1984, in Vol. 1991, pages 106-107 Cinema Group Venture mortgaged and assigned for security to European American Bank and Trust Company, all its right, title and interest in and to the motion picture entitled **STEVEN KING'S CHILDREN OF THE CORN**, based on a screenplay written by George Goldsmith, all motion picture and ancillary rights in the picture and all copyrights in and to the picture. This Mortgage and Assignment of Copyright is subject to the terms of a Security Agreement and other related agreements between the parties all of which are dated as of March 29, 1984.

By Termination of Collateral Assignments of Copyrights and Release of Collateral dated **August 2, 1985**, recorded August 15, 1985, in Vol. 2098, pages 372-432, First National Bank of Boston terminated all collateral assignments of copyrights and released and reassigned to Embassy Television, Embassy Pictures, and Embassy Home Entertainment all of its right, title and interest in the copyright collateral, including this work, pursuant to the Credit Agreement dated as of November 1, 1983.

By Mortgage of Copyright dated **November 7, 1985**, recorded November 18, 1985 in Vol. 2151, pages 441-445, New World Pictures Ltd. mortgaged and assigned to Balcor Film

**Thomson CompuMark Copyright Report –**

**CHILDREN OF THE CORN**

Investors all its right, title and interest in this motion picture and several others as collateral security for a loan, subject to the terms of a security agreement between the parties dated November 7, 1985.  This mortgage was reassigned and terminated by Termination of Mortgage of Copyright and Re-Assignment of Copyright dated **November 28, 1989**, recorded December 12, 1989 in Vol. 2510, pages 24-28.  This reassignment and termination was re-recorded December 26, 1989 in Vol. 2503, pages 424-428.

By Copyright Mortgage & Assignment; Power of Attorney dated **October 29, 1986**, recorded October 30, 1986 in Vol. 2212, pages 268-291, Embassy Home Entertainment executed a Mortgage for Security to Security Pacific National Bank in connection with this motion picture and 986 others.  By Assignment of Copyright and Assignment of Copyright Mortgage and Assignment; Power of Attorney dated **June 1, 1989**, recorded June 6, 1989 in Vol. 2422, pages 93-118, Security Pacific National Bank, as agent for itself, Chemical Bank, First Bank National Association, formerly known as First National Bank of Minneapolis, and Credit Lyonnais Bank Nederland N.V. assigned this mortgage to Credit Lyonnais Bank Nederland N.V.

By Copyright Assignment dated **May 1, 1987**, recorded May 6, 1987 in Vol. 2273, pages 309-334, Cannon Film Distribution, V.O.F., Cannon Releasing Corporation, Cannon Screen Entertainment (Holdings) Ltd., Cannon Tuschainski Film Distribution, B.V., Cannon City Film Distribution, Cannon Distributors, Inc., Bearsphere, Ltd., Cannon Argonaut Films, Ltd., Cannon Badger Films, Ltd., Cannon Berwick Films, Ltd., Cannon Broadwick Street Films, Ltd., Cannon Dreamaxe, Ltd., Cannon Elstree Distributors, Ltd., Cannon Elstree Studios, Ltd., Cannon Films, Ltd., Cannon Film Productions, Ltd. Cannon Film Sales, Ltd. Cannon Individual Pictures, Ltd., Cannon Lion International Films, Ltd., Cannon Nextlow, Ltd., Cannon Pathe Equipment Ltd., Cannon Penits Consultants, Ltd., Cannon Tudor Productions, Ltd. Cannon Vale Film Productions, Ltd. Cannon Video, Ltd., Cannon Wardour Street Films, Cannon Cinema Elilia, S.R.L., Cannon Cinema, G.m.b.H., Cannon Cinemas, Ltd., Cannon City, B.V., Cannon City Produktie Maatschappij, B.V., Cannon Irisbook, Ltd., Cannon Music, Ltd. Cannon Productions, Inc., Cannon Productions, S.R.L., Cannon Properties, Inc., Cannon Screen Entertainment, Inc., et al assigned to Loopservice Ltd., Cannon Australia, B.V. & Winter Screen Entertainment Inc. all respective rights, titles and interests in all copyrights now owned or hereafter acquired by any of them including this motion picture, and including without limitation original, renewal, extended and reversionary terms of copyright, in perpetuity throughout the universe, subject to the terms of the Library Agreement (date not given).

By Copyright Assignment dated **May 1, 1987**, recorded May 6, 1987 in Vol. 2273, pages 335-354, Cannon International, V.O.F., Cannon International, B.V., general partner, Cannon Films, Inc., Cannon Screen Entertainment, Ltd., Cannon Film Sales, Ltd. assigned to Loopservice, Ltd., Cannon Australia, B.V. and Winter Screen Entertainment, Inc. all of their right, title and interest in all copyrights now owned or hereafter acquired by any of them, including this motion picture, in perpetuity, throughout the universe.

By Copyright Assignment dated **May 1, 1987**, recorded July 7, 1987 in Vol. 2273, pages 355-404 Cannon International, V.O.F. by Cannon International, B.V., general partner, Cannon Films, Inc., Cannon Screen Entertainment, Ltd., Cannon S E Films, Inc. and Cannon Film Sales, Ltd. granted to Weintraub Entertainment (Rights), Ltd., Diepvriescentrale Hengelo Beleggingen, B.V., which name will be changed to Weintraub Entertainment Group, B.V., and Weintraub Entertainment Group, Inc. all rights, titles and interests in all copyrights in perpetuity throughout the universe in numerous properties including the above motion picture, pursuant to a motion picture library purchase agreement dated May 1, 1987.

**Thomson CompuMark Copyright Report –**

# CHILDREN OF THE CORN

By Copyright Assignment dated as of **May 1, 1987**, recorded July 7, 1987 in Vol. 2273, pages 405-463, Weintraub Entertainment Group, Inc., Weintraub Entertainment (Rights), Ltd., Loopservice, Ltd., Diepvriescentrale Hengelo Beleggingen, B.V., which name shall be changed to Weintraub Entertainment Group, B.V., Winter Screen Entertainment, Inc. and Cannon Australia, B.V., which name shall be changed to Cannon International Licensing, B.V. mortgaged and assigned to Credit Lyonnais Bank Nederland, N.V. all right, title and interest in numerous copyrights, including this one, and all renewals and extensions of such copyrights as security under a loan agreement security assignment dated May 1, 1987.  This mortgage was released by Release of Mortgage and Assignment of Copyright dated as of **December 20, 1991**, recorded May 15, 1992, in Vol. 2697, page 437.  No titles are given in this document. The release of this mortgage was reconfirmed by a Release of Mortgages and Assignments of Copyrights dated **October, 9, 1995**, recorded October 25, 1995 in Vol. 3157, pages 152-201.

By Copyright Assignment dated **May 1, 1987**, recorded July 7, 1987 in Vol. 2273, page 464-519, Cannon Film Distribution, V.O.F., Cannon Releasing Corporation, Cannon Screen Entertainment (Holdings), Ltd., Cannon Tuschainski Film Distributors, Inc., Bearsphere, Ltd., Cannon Argonaut Films, Ltd., Cannon Badger Films, Ltd., Cannon Berwick Films, Ltd., Cannon Broadwick Street Films, Ltd., Cannon Dreamaxe, Ltd., Cannon Elstree Distributors, Ltd., Cannon Elstree Studios, Ltd., Cannon Films, Ltd., Cannon Film Productions, Ltd., Cannon Film Sales, Ltd., Cannon Individual Pictures, Ltd., Cannon Lion International Films, Ltd., Cannon Nextlow, Ltd., Cannon Pathe Equipment, Ltd., Cannon Penits Consultants, Ltd., Cannon Tudor Productions, Ltd., Cannon Vale Film Productions, Ltd., Cannon Video, Ltd., Cannon Wardour Street Films, Cannon Cinema Elilia, S.R.L., Cannon Cinema, G.m.b.H., Cannon Cinemas, Ltd., Cannon City, B.V., Cannon City Produktie Maatschappij, B.V., Cannon Irisbook, Ltd., Cannon Music, Ltd., Cannon Productions, Inc., Cannon Productions, S.R.L., Cannon Properties, Inc., Cannon Screen Entertainment, Inc., et al. granted to Weintraub Entertainment (Rights), Ltd., Diepvriescentrale Hengelo Beleggingen, B.V., which name will be changes to Weintraub Entertainment Group, B.V. and Weintraub Entertainment Group, Inc. all rights, titles and interests in all copyrights in perpetuity throughout the universe in numerous properties including the above motion picture, pursuant to a bill of sale dated May 1, 1987.

By Assignment dated **May 1, 1987**, recorded July 8, 1987 in Vol. 2274, pages 171-223 Cannon Productions, N.V., Cannon Film Distributors, V.O.F., Cannon Tuschinski Beheer, B.V., Cannon France, S.A., Cannon Cinema Italia, S.R.L., Cannon Releasing Corporation, Cannon Screen Entertainment (Holdings), Ltd., Cannon Tuschainski Film Distribution, B.V., Cannon City Film Distribution, Cannon Distributors, Inc., Bearsphere, Ltd., Cannon Argonaut Films, Ltd., Cannon Badger Films, Ltd., Cannon Berwick Films, Ltd., Cannon Broadwick Street Films, Ltd., Cannon Dreamaxe, Ltd., Cannon Elstree Distributors, Ltd., Cannon Elstree Studios, Ltd., Cannon Films, Ltd., Cannon Film Productions, Ltd., Cannon Film Sales, Ltd., Cannon Individual Pictures, Ltd., Cannon Lion International Films, Ltd., Cannon Nextlow, Ltd., Cannon Pathe Equipment, Ltd., Cannon Penits Consultants, Ltd., et al. granted to Weintraub Entertainment (Rights), Ltd., Diepvriescentrale Hengelo Beleggingen, B.V., which name will be changed to Weintraub Entertainment Group, B.V., and Weintraub Entertainment Group, Inc. all rights, titles and interests in all copyrights in perpetuity throughout the universe in numerous properties including the above motion picture, pursuant to a bill of sale dated May 1, 1987.

By Copyright Assignment dated **May 1, 1987**, recorded July 8, 1987 in Vol. 2274, pages 224-275, Cannon Productions, N.V., Cannon Film Distribution, V.O.F., Cannon Tuschinski Beheer, B.V., Cannon France, S.A., Cannon Cinema Italia, S.R.L., Cannon Releasing Corporation, Cannon Screen Entertainment (Holdings) Ltd., Cannon Tuschainski Film

**Thomson CompuMark Copyright Report –**

## CHILDREN OF THE CORN

Distribution, B.V., Cannon City Film Distribution, Cannon Distributors, Inc., Bearsphere, Ltd., Cannon Argonaut Films, Ltd., Cannon Badger Films, Ltd., Cannon Berwick Films, Ltd., Cannon Broadwick Street Films, Ltd., Cannon Dreamaxe, Ltd., Cannon Elstree Distributors, Ltd., Cannon Elstree Studios, Ltd., Cannon Films, Ltd., Cannon Film Productions, Ltd., Cannon Film Sales, Ltd., Cannon Individual Pictures, Ltd., Cannon Lion International Films, Ltd., Cannon Nextlow, Ltd., Cannon Pathe Equipment, Ltd., Cannon Penits Consultants, Ltd., et al assigned to Loop Service Ltd., Cannon Australia, B.V. and Winter Screen Entertainment, Inc. all respective rights, titles and interest in all copyrights now owned or acquired by any of them, including this motion picture, for the original and renewal terms of copyright, throughout the universe, as more particularly set forth and subject to the terms of a Library Agreement of even date between the parties.

By Copyright Mortgage and Assignment; Power of Attorney dated **May 4, 1987**, recorded May 19, 1987, in Vol. 2264, pages 243-276, Nelson Entertainment Inc., Embassy Home Entertainment (by LEH Communication Inc. and PEH Communications Inc.) and Embassy Home Entertainment Ltd. mortgaged, assigned and transferred for security to Security Pacific National Bank all its right, title and interest, including the copyright, in 1,079 listed works, including this one.  By Assignment of Copyright & Assignment of "Copyright Mortgage and Assignment" dated as of **August 22, 1988**, recorded September 7, 1988 in Vol. 2385, pages 202-237, Security Pacific National Bank, as agent for itself, Chemical Bank, First Bank National Association (formerly k.a. First National Bank of Minneapolis) and Credit Lyonnais Bank Nederland, N.V. assigned the mortgage recorded in Vol. 2264, pages 243-276 to Credit Lyonnais Bank Nederland, N. V.

By Short Form Assignment dated **May 15, 1987**, recorded May 19, 1987, in Vol. 2264, pages 216-242, Embassy Home Entertainment assigned to Nelson Entertainment Inc. all its right, title and interest, including all rights of copyright and extensions and renewal thereof, in connection with 1,072 motion pictures and television series, including this one.

By Assignment of Copyright and Power of Attorney dated **March 8, 1988**, recorded June 1, 1988 in Vol. 2362, pages 352-366, New World Pictures Ltd. assigned to Chemical Bank, for security, the distribution, exhibition, reproduction and performance rights in this motion picture and several others.  This mortgage was released by an instrument dated August 15, 1988, recorded August 25, 1988 in Vol. 2383, pages 412-425.

By Copyright Security Agreement dated **as of August 1, 1988**, recorded August 19, 1988 in Vol. 2391, pages 359-402, New World Entertainment Ltd. granted to First Trust, N.A., as Trustee under the New Secured Note Indenture dated as of August 1, 1988, between the parties, for the benefit of the holders of New Secured Notes, all of its right, title and interest in all copyrights and all renewals and extensions thereof, throughout the universe and in perpetuity, in 260 listed works, including this one, and all works based thereon or incorporated therein.

By Mortgage and Assignment of Copyright dated **August 17, 1988**, recorded August 19, 1988 in Vol. 2391, pages 297-356, New World Entertainment Ltd., New World Television, New World Visions, New World Pictures Ltd., New World Productions, Cine Qua Non, New World Advertising and New World Video mortgaged and assigned, for security, to General Electric Capital Corporation a lien and security interest in all its rights in this motion picture and all other motion pictures and audio visual rights associated therewith now owned by the assignor.  This mortgage was released by Notice of Relinquishment of Security Interest in Copyrights dated as of April 25, 1990, recorded April 27, 1990 in Vol. 2536 pages 379-382.

**Thomson CompuMark Copyright Report –**

## CHILDREN OF THE CORN

By Mortgage and Assignment of Copyright Acknowledgement dated **September 14, 1988**, recorded October 7, 1988 in Vol. 2400, pages 63-117, New World Entertainment Ltd., New World Television, New World Visions, New World Pictures Ltd., New World Productions, Cine Qua Non, New World Advertising and New World Video, stating that they had entered into a security agreement with General Electric Capital Corporation dated as of August 17, 1988 pursuant to which GECC had agreed to make credit advancements up to $35 million and that the assignors had entered into a Mortgage and Assignment of Copyright dated August 17, 1988 and that the parties had entered into an Amended and Restated Loan Agreement dated as of August 17, 1988 pursuant to which GECC had agreed to make credit advancements of up to $115 million, to induce GECC to make credit advances under the Amended and Restated Loan Agreement, each party acknowledged that the loan agreement had amended and restated to provide, among other things, for the making of credit advancements in an aggregate principal amount of up to $115 million and hereby acknowledged and confirmed that the security interest contemplated by the Mortgage and Assignment of Copyright is intended to be security for all of the obligations of the borrowers under the Amended and Restated Loan Agreement in connection with this motion picture.  This mortgage was released by Notice of Relinquishment of Security Interest in Copyrights from Manufacturers Hanover Trust Company to General Electric Capital Corporation dated as of April 25, 1990, recorded April 27, 1990 in Vol. 2536, pages 379-382.

As of **November 9, 1988**, recorded December 19, 1988 in Vol. 2419, pages 235-293, Weintraub Entertainment Group Inc., Weintraub Screen Entertainment Inc., Winter Screen Entertainment Inc., Weintraub Entertainment (Right) Ltd., Loopservice Ltd., Weintraub Entertainment Group, B.V. and Cannon Australia, B.V. executed an Interim Credit Mortgage and Assignment of Copyrights and Trademarks to Bank of America National Trust and Savings Association, as agent for itself and Credit Lyonnais Bank Nederland, N.V., in connection with this motion picture and 2,295 other works.  Contemporaneously with the execution of this mortgage, the mortgagors executed a Revolving Promissory Note dated November 9, 1988 in favor of the mortgagee in order to secure its obligations.

By Copyright Assignment dated as of **February 10, 1989**, recorded October 25, 1989 in Vol. 2503, pages 175-208, Weintraub Entertainment Group, Inc. assigned to Winter Screen Entertainment, Inc. all its right, title and interest in and to all copyrights now owned or hereafter acquired (including original, renewal, extended and reversionary terms of copyright) in perpetuity throughout the universe in the rights as defined in the Motion Picture Library Purchase Agreement between the parties dated May 1, 1987 and certain of its affiliates and entities controlled by the Cannon Group, Inc. including its right, title and interest in the copyrights in this motion picture and numerous others.

By Copyright Mortgage and Assignment; Power of Attorney dated **February 28, 1989**, recorded March 1, 1989 in Vol. 2442, pages 57-437, Worldvision Enterprises Inc. mortgaged and assigned as security to Bankers Trust Company, throughout the world in perpetuity, all of its right, title and interest of every kind and nature, without limitation, in and to all the copyrights and rights and interest of every kind or nature in copyrights and works protectible by copyright, as well as all renewals and extensions of copyright, including those listed on the attached schedule A, and in and to the copyrights and rights and interest of every kind and nature, without limitation, in and to all works based thereon, incorporated in, derived from, incorporating or relating to the works or from which the works are derived.  Attached thereto was a schedule A which listed a work of this title.  This assignment was made subject to the terms and conditions of a Borrowers' Pledge and Security Agreement dated as of February 28, 1989, as may be amended, supplemented, renewed or extended.

Thomson CompuMark Copyright Report –

# CHILDREN OF THE CORN

By Mortgage and Assignment of Copyright dated as of **April 17, 1989**, recorded April 21, 1989 in Vol. 2411, pages 169-225, Weintraub Screen Entertainment, Inc. and Weintraub Entertainment (Administration), Ltd. mortgaged and assigned to Credit Lyonnais Bank Nederland, N.V., as security, irrevocably, all of their right, title and interest, throughout the universe in 2,275 titles, including this one, and all renewals and extensions of such copyrights, under a Loan Agreement and Security Assignment dated May 1, 1987 between Weintraub Entertainment Group, Inc., Weintraub Entertainment (Rights), Ltd., Loopservice, Ltd., Weintraub Entertainment Group B.V., Winter Screen Entertainment, Inc., Cannon Australia B.V. and Credit Lyonnais Bank Nederland, N.V. as amended as of June 27, 1988, as amended effective September 29, 1988, and as amended as of April 17, 1989.  This mortgage was released by Release of Mortgage and Assignment of Copyright dated as of **December 20, 1991**, recorded May 15, 1992, in Vol. 2697, pages 439-440.  No titles are given in this document.  The release of this mortgage was reconfirmed by a Release of Mortgages and Assignments of Copyrights dated **October 9, 1995**, recorded October 25, 1995 in Vol. 3157, pages 152-201.

By Assignment of Copyright and Assignment of Copyright Mortgage and Assignment; Power of Attorney dated **June 1, 1989**, recorded June 6, 1989 in Vol. 2422, pages 93-118, Security Pacific National Bank as agent for itself, Chemical Bank, First Bank National Association, formerly known as First National Bank of Minneapolis, and Credit Lyonnais Bank Nederland N.V. assigned to Credit Lyonnais Bank Nederland N.V. all the right, title and interest conveyed to the agent, Security Pacific National Bank, pursuant to an attached Copyright Mortgage and Assignment and a Power of Attorney including the copyrights in numerous works, including the above motion picture, the copyrights of the literary properties relating to the works and all renewals and extensions of any copyright, which assignment was made by the agent pursuant to a certain Assignment Agreement dated August 22, 1988 among the agent, First Bank National Association, Chemical Bank and Credit Lyonnais Bank Nederland.  Attached to this assignment was a Copyright Mortgage and Assignment and Power of Attorney whereby Embassy Home Entertainment mortgaged and assigned for security to Security Pacific National Bank throughout the world in perpetuity all its right, title and interest in all copyrights and all renewals and extensions thereof in the works listed on an attached Schedule A, including the above motion picture.  Effective upon an Event of the Default, as defined in a Credit Agreement dated as of October 29, 1986 between Embassy, Security Pacific National Bank and First National Bank of Minneapolis, Embassy appointed Security Pacific National Bank its lawful attorney-in-fact to do all things permitted by the terms hereof and pursuant to the Pledge and Security Agreement dated as of October 29, 1986.  This Copyright Mortgage and Assignment was expressly made subject to the terms of the Pledge and Security Agreement dated as of October 29, 1986.

By Release of Mortgages and Assignments of Copyright Granted by Nelson Entertainment, Inc., Embassy Home Entertainment and Nelson Entertainment International Limited dated **as of June 5, 1989**, recorded October 30, 1989, in Vol. 2500, pages 151-321, Credit Lyonnais Bank Nederland N.V., assignee of Security Pacific National Bank, First Bank National Association, and Chemical Bank, released and terminated the security interests granted under the documents recorded in Vol. 2212, pages 268-291, Vol. 2264, pages 243-276, Vol. 2336, pages 32-38, subsequently assigned to Credit Lyonnais pursuant to the documents recorded in Vol. 2422, pages 93-118, Vol. 2385, pages 202-237, and Vol. 2385, pages 238-246, in connection with numerous listed motion pictures with respect to the territory of the entire world and universe excluding the U.S. and Canada and all their territories and possessions, including Puerto Rico, their military establishments, ships and planes.  Credit Lyonnais further subordinated the security interests under those mortgages in certain listed motion pictures, with

**Thomson CompuMark Copyright Report –**

**CHILDREN OF THE CORN**

respect to the Territory, to the rights of Nelson Entertainment International (Holland) B.V. under the Distribution License Agreement dated June 5, 1989, among Nelson Entertainment Inc., Embassy Home Entertainment, Nelson Home Entertainment Limited, and Nelson-Holland.  This motion picture is <u>not</u> included among those in which the security interest is released or subordinated.

By Mortgage and Assignment of Copyright dated **June 14, 1989**, recorded June 20, 1989 in Vol. 2426, pages 327-362, Nelson Entertainment Group Inc., Nelson Entertainment Inc., Nelson Entertainment Holdings Inc., Pentagram Productions Inc., Nelson Films Inc. and Nelson Entertainment (Holdings) U.K. Limited, mortgaged, pledged and assigned to Credit Lyonnais Bank Nederland N.V. all its right, title and interest, including the copyright, in numerous listed motion pictures and television series, including this one, as well as the underlying works on which they were based, as security for a loan.

There is of record a Quitclaim dated **November 28, 1989**, recorded March 4, 1991, in Vol. 2624, page 34, stating that pursuant to an Agreement for the Purchase and Sale of Certain Assets of New World Entertainment, Ltd. and various of its subsidiary and affiliated companies (collectively "NWE") dated as of November 28, 1989 (the "Agreement") entered into between NWE and Trans Atlantic Distributors, L.P. (formerly Oceana Distributors, L.P.) ("TAD"), NWE assigned and quitclaimed to TAD, all right, title and interest, if any, in and to the motion picture entitled **CHILDREN OF THE CORN** which includes all works contained therein or based thereon and the underlying agreements relating thereto (collectively, the "Property"), excepting only U.S. television distribution rights and television remake and sequel rights, which it retains. TAD assumed all of NWE's obligations with respect to the Property (executory or otherwise) including Guild and Union residuals.

By Quitclaim dated **November 28, 1989** (certified June 24, 1994), recorded June 27, 1994 in Vol. 2999, pages 541-553, New World Entertainment, Ltd. released, assigned and quitclaimed to Trans Atlantic Distributors, L.P. all its right, title and interest, if any, in 392 motion pictures, including this one, as well as all works on which they are based and remake and serial rights.  New World, however, reserved domestic television distribution rights, the right to produce for initial exhibition by means of television exploitation any project based on any of the properties and made-for-initial-television exploitation, television remake, sequel and series rights in the properties.  This quitclaim is subject to the Agreement for Purchase and Sale of Certain Assets of New World Entertainment, Ltd. and various of its subsidiary companies dated as of November 28, 1989 between it and Trans Atlantic Distributors LP (formerly Oceana Distributors, L.P.).

By Assignment of Security Interest in Copyrights dated as of **December 8, 1989**, recorded December 29, 1989 in Vol. 2511, pages 486-540, General Electric Capital Corporation, stating that by Mortgage and Assignment of Copyright dated as of August 17, 1988, New World Entertainment Ltd. and each of its subsidiaries granted to General Electric Capital Corporation a lien and security interest in all its rights in certain motion pictures, including this one, and that by Assignment and Agreement dated as of June 5, 1989 among General Electric Capital Corporation and Manufacturers Hanover Trust Co., General Electric Capital Corp. assigned to Manufacturers Hanover Trust Co. all its right, title and interest in the security interest in the copyright which it obtained from New World Entertainment Ltd. and that the Mortgage was recorded in the Copyright Office in Vol. 2391, pages 297-356 and again on September 14, 1988 in Vol. 2400, pages 63-117, General Electric Capital Corporation confirmed its assignment to Manufacturers Hanover Trust Co., effective as of June 5, 1989, of its security interest in the rights, including the copyrights, in this motion picture and numerous others.

**Thomson CompuMark Copyright Report –**

**CHILDREN OF THE CORN**

By Notice of Relinquishment of Security Interest in Copyrights dated as of **December 12, 1989**, recorded December 29, 1989 in Vol. 2511, pages 541-599, Manufacturers Hanover Trust Company, stating that by Mortgage and Assignment of Copyright dated as of August 17, 1988, New World Entertainment Ltd. and each of its subsidiaries granted to General Electric Capital Corp. a lien and security interest in all its rights in certain motion pictures, including this one and that by an Assignment and Agreement dated as of June 5, 1989, General Electric assigned to Manufacturers Hanover Trust Co. all its right, title and interest in the security interest in the copyrights, and further stating that the Mortgage was recorded in the Copyright Office in Vol. 2391, pages 297-356 and again as of September 14, 1988 in Vol. 2400, pages 63-117, and further stating that certain copyrights were not included in the Mortgage (including this one) (collectively "the released copyrights") released and terminated its security interest in all its right, title and interest in this motion picture except for television rights in the United States, its territories and possessions, in which General Electric Capital Corp. retained its right, title and interest.

By Company Copyright Security Agreement dated as of **April 25, 1990**, recorded April 30, 1990 in Vol. 2549, pages 360-419, New World Entertainment, Ltd. granted a security interest to Manufacturers Hanover Trust Company in this work and 310 other works, as collateral security for a loan.

By Short Form Assignment dated as of **May 17, 1990**, recorded July 30, 1991 in Vol. 2668, pages 206-208, Cinema Group Venture, a joint venture between Cinema Group Inc. and Cinema Group Partners, granted and assigned to Destination Cinema Inc. all of its right, title and interest in and to, and obligations and liabilities with respect to **CHILDREN OF THE CORN** formerly titled **STEPHEN KING'S CHILDREN OF THE CORN (PA: 226-703)** and 27 others, including, but not limited to, its worldwide copyright rights and all extensions and renewals thereof.  This Short Form Assignment is executed in accordance with and is subject to the terms and conditions of the Purchase and Sale Agreement between the parties dated as of May 17, 1990.

By Short Form License Agreement dated **June 26, 1990**, recorded November 6, 1990 in Vol. 2548, pages 208-213, Trans Atlantic Distributors, L.P. assigned to RGVI Inc. all its right, title and interest in the exclusive home video rights and certain other allied rights in 326 motion pictures, including this one, for the limited term (not identified) and for the territory of the United States and Canada (excluding French language rights in Canada), their respective territories and possessions and Puerto Rico and in the English language only, in any embassies, military and governmental installations operated by or ceded to them, subject to the terms of an agreement between the parties dated June 22, 1990.

By Mortgage and Assignment and Grant of Security Interest With Respect to Copyrights and Other Collateral dated as of **November 7, 1990**, recorded November 13, 1990, in Vol. 2550, pages 1-38, Nelson Films, Inc., assigned and granted a continuing security interest to Credit Lyonnais Bank Nederland, N.V. in all right, title and interest now owned or hereafter acquired, throughout the universe, in and to all of the motion pictures described in an attached Schedule A and Schedule B, all screenplays, outlines, treatments, and other materials upon which any of the films is based in whole or in part, all distribution agreements, licensing agreements and other exploitation agreements with respect to any of the films and all copyrights in and related to the foregoing (including any and all renewals and extensions thereof) as security for a loan, subject to the terms of an amended and restated Credit Agreement dated as of May 1, 1987 between the parties.  The schedule listing this motion picture includes a notation that only Nelson Entertainment, Inc., holds the rights.

**Thomson CompuMark Copyright Report –**

**CHILDREN OF THE CORN**

By Mortgage and Assignment and Grant of Security Interest With Respect to Copyrights and Other Collateral dated as of **November 7, 1990**, recorded November 13, 1990, in Vol. 2550, pages 39-79, Nelson Entertainment, Inc., assigned and granted a continuing security interest to Credit Lyonnais Bank Nederland, N.V. in all right, title and interest now owned or hereafter acquired, throughout the universe, in and to all of the motion pictures described in an attached Schedule A and Schedule B, all screenplays, outlines, treatments, and other materials upon which any of the films is based in whole or in part, all distribution agreements, licensing agreements and other exploitation agreements with respect to any of the films and all copyrights in and related to the foregoing (including any and all renewals and extensions thereof) as security for a loan, subject to the terms of an amended and restated Credit Agreement dated as of May 1, 1987 between the parties.  The schedule listing this motion picture includes a notation that only Nelson Entertainment, Inc., holds the rights.

By Mortgage and Assignment and Grant of Security Interest With Respect to Copyrights and Other Collateral dated as of **November 7, 1990**, recorded November 13, 1990, in Vol. 2550, pages 80-120, Embassy Home Entertainment, a California joint venture, by LEH Communications & PEH Communications, joint venturers, assigned and granted a continuing security interest to Credit Lyonnais Bank Nederland, N.V. in all right, title and interest now owned or hereafter acquired, throughout the universe, in and to all of the motion pictures described in an attached Schedule A and Schedule B, all screenplays, outlines, treatments, and other materials upon which any of the films is based in whole or in part, all distribution agreements, licensing agreements and other exploitation agreements with respect to any of the films and all copyrights in and related to the foregoing (including any and all renewals and extensions thereof) as security for a loan, subject to the terms of an amended and restated Credit Agreement dated as of May 1, 1987 between the parties.  The schedule listing this motion picture includes a notation that only Nelson Entertainment, Inc., holds the rights.

By Affidavit dated **December 10, 1990**, recorded December 12, 1990, in Vol. 2557, pages 156-163, New World Entertainment Limited, referring to an agreement for sale and purchase of certain assets between it and Oceana Distributors L.P., now known as Trans Atlantic Distributors, L.P. dated November 28, 1989, stated that pursuant to and in compliance with the Agreement New World Entertainment Ltd. and affiliates has retained any and all of the domestic television exploitation rights in 304 motion pictures, including this one.  Domestic television exploitation rights are defined in the Agreement as the right to exploit the films in all forms of television (excluding only video exploitation).

By Copyright Mortgage and Assignment dated as of **March 31, 1991**, recorded April 29, 1991 in Vol. 2644, pages 411-453, Trans Atlantic Distributors, L.P., by TAD Management Inc., General Partner, mortgaged and assigned for security to Stanton L. Stein, exclusively throughout the universe in perpetuity, all its right, title and interest in 350 audiovisual works, literary and other materials identified in an attached Exhibit A, including this one.  For the purposes hereof, each work includes, without limitation, all copyrights, renewals, extensions and reversions thereof.  This mortgage is subject to the terms of a Security Agreement between the parties (date not given).

By Copyright Mortgage and Assignment dated as of **March 31, 1991**, recorded April 29, 1991 in Vol. 2644, pages 454-496, Trans Atlantic Distributors L.P. by TAD Management Inc., General Partner, mortgaged and assigned for security to Vivaldi Ltd., a California Limited Partner,  exclusively throughout the universe in perpetuity, all its right, title and interest in 350 audiovisual works, literary and other materials identified in an attached Exhibit A, including this

**Thomson CompuMark Copyright Report –**

## CHILDREN OF THE CORN

one.  For the purposes hereof, each work includes, without limitation, all copyrights, renewals, extensions and reversions thereof.  This mortgage is subject to the terms of a Security Agreement between the parties (date not given).

By Assignment Agreement dated as of **March 31, 1991**, **April 25, 1991** and **April 30, 1991**, recorded May 3, 1991 in Vol. 2655, pages 169-235 Trans Atlantic Distributors LP by TAD Management Inc. assigned to Robert Bennett, Vivaldi, Ltd., Roscomare, Ltd. & Stanton L. Stein all right, title and interest in and to this and 470 other works as defined in an attached Exhibit A and three attached Schedules numbered 1, 2 and 3 subject to any and all written licenses, grants, assignments and other agreements executed by it or its predecessors-in-interest and to any and all limitations on the property provided for in executed written agreements pursuant to which it acquired said property.  In the case of **CHILDREN OF THE CORN**, the rights owned were described as all rights worldwide in perpetuity.

By Assignment Agreement dated as of **March 31, 1991**, **April 25, 1991** and **April 30, 1991**, recorded May 3, 1991 in Vol. 2655, pages 236-300 Roscomare, Ltd., reciting that it currently owned 31.67% of all of the rights and assets in said works, assigned the acquired rights to Robert Bennett and Vivaldi Ltd.

By Assignment Agreement dated as of **March 31, 1991**, **April 25, 1991** and **April 30, 1991**, recorded May 3, 1991 in Vol. 2655, pages 301-365 Stanton L. Stein, reciting that he owned 4.99% of the rights and assets in said works, assigned the acquired rights to Robert Bennett and Vivaldi Ltd.

By Assignment Agreement dated as of **March 31, 1991** and **April 25, 1991** recorded May 3, 1991 in Vol. 2655, pages 366-429 Vivaldi Ltd. reciting that it was receiving 31.67% and was purchasing 18.33% of all of the rights and assets in said works assigned the acquired rights to Lawrence Kuppin.

There is of record a Notice of Management of Rights dated **April 25, 1991**, recorded May 3, 1991 in Vol. 2655, pages 430-492, which states that Robert Bennett and Lawrence Kuppin have entered into a Letter Agreement dated as of March 31, 1991 which provides, in part, that Kuppin exclusively shall be the manager of the assets identified in an attached Exhibit A, together with all monies received by and on behalf of or payable to or on behalf of Trans Atlantic Distributors L.P., a California limited partnership and prior owner of such assets and rights, in respect thereof from and after February 16, 1991.

The attached Exhibit A is titled "Description of Property" and includes (1) all sound recordings and compositions, including but not limited to those recordings which were acquired by Trans Atlantic Distributors L.P. (TAD) in connection with the Agreement for Purchase and Sale of Certain Assets of New World Entertainment Limited (NWE) and affiliates dated as of November 28, 1989 between NWE and certain of its related entities and TAD and those described in an attached Schedule 1; (2) all remake and sequel rights of any kind in the Included Films and any underlying or included literary material and any remakes or sequels; (3) all non-theatrical distribution rights in the Included Films and the Included Television Programs in the United States and Canada; (4) all of TAD's right, title and interest (including all copyrights and renewals) in the Included Development Projects (as defined in the 1989 Agreement) and in any projects in development at any time on or prior to the date hereof for initial theatrical, television or other exhibition by or on behalf of TAD including all scripts and other literary properties which were acquired by TAD in connection with the 1989 Agreement; (5) home video distribution rights in the United Kingdom and its territories and possessions in the Included Films

**Thomson CompuMark Copyright Report –**

**CHILDREN OF THE CORN**

and the Included Television Programs; (6) all merchandising, commercial tie-up, publishing and legitimate stage rights of every kind or nature in or derived from the Included Films and Included Television Programs or otherwise included in the distribution rights or acquired from NWE or any affiliate of NWE by TAD including but not limited to those acquired in connection with the 1989 Agreement; (7) all home video distribution rights in French-speaking Canada and not otherwise granted to RGVI, Inc.  The work in question is included in the attachment entitled "New World Pictures--Rights Short List" and described as follows: **CHILDREN OF THE CORN**, produced, all rights in perpetuity throughout the world.

By Security Agreement dated as of **November 18, 1991**, recorded December 3, 1991 in Vol. 2701, pages 400-476, Image Entertainment, Inc., granted to Sun Life Insurance Company of America, Inc., as agent, a security interest in all its accounts and general intangibles, all instruments, chattel paper or letters of credit, all its inventory, including without limitation all copies of any works listed on an attached Annex II (listing this work and 2,755 others), all its intellectual property, equipment, contract and agreements, documents of title, rights, claims and benefits, and all its other tangible or intangible property, as security.  This instrument refers to a Securities Purchase Agreement dated as of November 18, 1991, between itself and Sun Life Insurance Company of America, as agent.

By Assignment Agreement dated as of **December 10, 1991** and **April 23, 1992** in Vol. 2768, pages 91-142, Lawrence Kuppin and Robert Bennett assigned to Fifth Avenue Entertainment, Ltd. all their right, title and interest in and to several motion pictures, including this one, including all remake and sequel rights of any kind and nature whatsoever in and to the motion pictures and any underlying material, all non-theatrical distribution rights in and to the films in the United States and Canada, home video distribution rights in the United Kingdom and its territories and possessions, and all home video distribution rights in French speaking Canada not otherwise granted to RGVI, Inc. and several agreements under which Kuppin and Bennett acquired the rights in the motion pictures.

By Partial Release of Interim Credit Mortgage and Assignment of Copyrights and Trademarks, Revolving Credit Mortgage and Assignment of Copyrights and Trademarks and First Amendment to Revolving Credit Mortgage and Assignment of Copyrights and Trademarks dated as of **May 15, 1992**, recorded August 6, 1992 in Vol. 2724, pages 195-243, Bank of America National Trust & Savings Association, as agent for itself and Credit Lyonnais Bank Nederland, N.V., and referring to that certain First Amended and Restated Revolving Credit Agreement dated as of July 28, 1989, as amended, between the parties, released its right, title and interest (including without limitation any security interest and lien) in the films and television programs or other audio-visual material listed on an attached Schedule 1, which included this work, to Weintraub Entertainment Group, Inc., Weintraub Screen Entertainment, Inc., Winter Screen Entertainment, Inc., Weintraub Entertainment (Rights) Ltd., Weintraub Entertainment Group B.V., Weintraub Entertainment Productions, Inc., Blue Heaven Productions, Inc., Weintraub Entertainment Distribution, Inc., Weintraub Interim Holding, Inc., Weintraub Entertainment (Administration) Ltd., Loopservice Ltd., and Weintraub Entertainment Licensing B.V. (formerly Cannon Australia B.V.).  This document is apparently a partial release of the documents recorded in Vol. 2419, pages 235-293, Vol. 2458, pages 142-158, and Vol. 2458, pages 159-170.

By Copyright Security Agreement dated **as of May 29, 1992**, recorded June 11, 1992, in Vol. 2779, pages 1-497, New World Entertainment, Ltd., LC Holding Corporation, Highgate Pictures, Inc., Learning Corporation of America, Marvel Productions, Ltd., New World Television and New World Television Productions, Inc., granted to Four Star Holdings Corporation, to the

**Thomson CompuMark Copyright Report –**

## CHILDREN OF THE CORN

extent of their interest therein, a security interest in all of their right, title and interest in all copyrights, general intangibles, all product and rights in product, and all proceeds in 2500 listed motion pictures/television series, including this one, in conjunction with the Security, Pledge and Guarantee Agreement dated as of May 29, 1992, between the parties, and subject to the terms of the Intercreditor/Subordination Agreement dated as of May 29, 1992, among the parties and Manufactures Hanover Trust Company, as Agent and as a Bank.

By Copyright Security Interest Release and Reassignment dated **as of July 27, 1992**, recorded August 21, 1992 in Vol. 2826, pages 1-999 and continuing in Vol. 2827, pages 1-370, Bankers Trust Company, as agent, referring to the Credit Agreement dated as of February 28, 1989 between it and Aaron Spelling Productions Inc., Laurel Entertainment Inc., Spelling Films International Inc., Torand Productions and Worldvision Enterprises Inc. (the "Borrowers") entered into by the Borrowers and certain of their subsidiaries as guarantors (collectively the "Copyright Owner"), and further stating that in consideration of the execution by Copyright Owner of the Termination Agreement dated as of July 27, 1992 terminating the Credit Agreement, Bankers Trust Company hereby assigned to the Copyright Owner throughout the world in perpetuity, all its right, title and interest in this motion picture and 25,605 others.

By Copyright Collateral Assignment dated **as of July 27, 1992**, recorded August 21, 1992, in Vol. 2827, pages 371-645, Spelling Entertainment, Inc., Aaron Spelling Productions, Inc., Laurel Entertainment, Inc., Spelling Films International, Inc., Spelling Television, Inc., Torand Productions, Inc., Worldvision Enterprises, Inc., AS Payroll Company, Inc., Dynamic Soap, Inc., Preye, Inc., Big Apple Films, Inc., Laurel Cinema, Inc., Laurel Marathon, Inc., Laurel Darkside Movie, Inc., Laurel-Day, Inc., Laurel LTX Inc., Laurel Film, Inc., Laurel First-Run, Inc., Laurel-King, Inc., Laurel TV, Inc., 90210 Productions, Inc., Jack of Hearts Productions, Inc., Melrose Productions, Inc., Orchid Productions, Inc., T & R Payroll Company, Torand Payroll Company, Evergreen Programs, Inc., Great American Entertainment Motion Pictures, Inc., Great American Entertainment Television, Inc., QM Productions, Inc., QM Music Company, Quinn Martin Music Company, Sunn Classic Pictures, Inc., Image Edit, Inc., Worldvision Enterprises (United Kingdom) Ltd., Worldvision Enterprises of Canada, Ltd., Worldvision Home Video, Inc., World Volleyball League, Inc., World Television Programming, Inc., WV Productions, Inc., and Vision Productions, Inc.  assigned for security to First National Bank of Boston, as agent. all its right, title and interest in 7,514 motion pictures, including this one.  By Termination of Copyright Collateral Assignments dated **January 31, 1994**, recorded February 7, 1994 in Vol. 2959, pages 290-612, First National Bank of Boston terminated the liens and security interests granted to it and, to the extent it is deemed to have any right, title or interest in the pictures, reassigned said rights.

By Assignment of Renewal Rights sated **March 15, 1993**, recorded May 5, 1993, in Vol. 2893, pages 249-252, pursuant to the Literary Purchase Agreement ("Agreement") by and among Stephen King, Doubleday and Company and Hal Roach Studios Inc., Owen King (child of Stephen King), by Stephen King, his guardian ad litem, granted and assigned, irrevocably and absolutely, to Fifth Avenue Entertainment, successor-in-interest to Hal Roach Studios Inc., all of his right, title and interest, whether heretofore or now owned or acquired at any time in the feature in and to all of the rights contemplated to be sold, granted, conveyed and assigned to Hal Roach Studio Inc. under the Agreement including the initial and any renewal term of copyright as any such term may be extended including, but not limited to, all motion picture and allied rights as defined in the Agreement.

By three separate Assignment of Renewal Rights dated **March 1, 1993, March 7, 1993 and March 10, 1993**, all recorded March 12, 1994 in Vols. 2967, pages 142- 146, 147-151, and

**Thomson CompuMark Copyright Report –**

**CHILDREN OF THE CORN**

152-156, Tabitha King, wife of Stephen King, Naomi King and Joseph King, children of Stephen King, also granted and assigned these same rights to Fifth Avenue Entertainment, successor-in-interest to Hal Roach Studios Inc.

By Mortgage and Assignment and Grant of Security Interest with Respect to Copyrights and Other Collateral dated **April 30, 1993**, recorded May 20, 1993, in Vol. 2821, pages 352-367, Miramax Film Partners, Inc., Prestige Film Corporation and Hardware Distribution, Inc., irrevocably mortgaged, assigned, and granted a continuing security interest to Internationale Nederlanden Bank N.V., as Agent, in all their right, title and interest, throughout the universe, in perpetuity, in and to numerous motion pictures listed on an attached schedule, including this one, whether complete or in production or development, the underlying works and the copyrights therein, all distribution, licensing, and exploitation agreements with respect to the motion pictures, all copyrights therein or related thereto, and all accounts receivable and generated by such collateral, as security for the payment of all obligations of Miramax, Prestige, and Hardware, or Film Bros. Property Corp., pursuant to the terms of the Amended and Restated Credit Agreement dated as of February 14, 1989, as amended and restated through April 30, 1993, by and among Miramax Film Corp., Miramax Film Partners, Inc., Prestige Film Corp., Hardware Distribution, Inc., Film Bros. Property Corp., and the Lenders, and Internationale Nederlanden Bank N.V. as agent, and all other instruments evidencing or securing any obligations of the parties to the Secured Party.  This mortgage was released by Release of Mortgage and Assignment with Respect to Copyrights and Other Collateral dated **as of June 30, 1993**, recorded July 27, 1993, in Vol. 2915, pages 380-382.

By Mortgage and Assignment and Grant of Security Interest with Respect to Copyrights and other Collateral and Consent to Assignment of "Assignment of Copyright and Powers of Attorney" dated **April 30, 1993**, recorded May 21, 1993, in Vol. 2823, pages 1-17, Miramax Film Corporation consented to the "Assignments of Copyright and Powers of Attorney" of even date therewith from The Chase Manhattan Bank to Internationale Nederlanden Bank N.V. of all the respective rights, titles and interests in the following documents:

1.  Assignment of Copyright and Power of Attorney dated March 21, 1989 from Miramax to Chase recorded March 29, 1989, in Vol. 2450, pages 48-52;

2.  Assignment of Copyright and Power of Attorney dated November 13, 1990 from Miramax to Chase recorded November 29, 1990, in Vol. 2597, pages 102-105;

3.  Assignment of Copyright and Power of Attorney dated as of January 13, 1992, from Miramax to Chase, recorded January 22, 1992 in Vol. 2722, pages 461-469;

4.  Assignment of Copyright and Power of Attorney dated December 29, 1992, from Miramax to Chase; and

5.  Assignment of Copyright and Power of Attorney dated as of March 17, 1993, from Miramax to Chase.

Miramax hereby irrevocably mortgaged and granted a continuing security interest to Internationale Nederlanden Bank N.V. in all its right, title and interest, throughout the universe, in perpetuity, in all copyrights (and renewals and extensions thereof) and other collateral described in the Assignments, all of Miramax's right, title and interest in 143 listed motion pictures, whether complete or in production or development, including this one, the underlying works on which they are based, all distribution agreements, licensing agreements and other

**Thomson CompuMark Copyright Report –**
**CHILDREN OF THE CORN**

exploitation agreements relating thereto, and all copyrights relating thereto, as security for the performance of obligations of Miramax to Internationale Nederlanden Bank N.V., as assignee of Chase pursuant to the Assignment Agreement dated as of April 30, 1993, among Chase, Internationale, Miramax and the guarantors named therein, pursuant to the terms of the Amended and Restated Credit Agreement dated as of February 14, 1989 as amended and restated through April 30, 1993, among Miramax, the lenders and guarantors named therein, and Internationale Nederlanden as Agent, and all other instruments evidencing or securing any obligations of Miramax to Internationale Nederlanden.  This mortgage was released by Release of Assignment of Copyright and Powers of Attorney and Mortgage and Assignment with Respect to Copyrights and Other Collateral and Consent to Assignment of "Assignments of Copyright and Powers of Attorney" dated **as of June 13, 1993**, recorded July 27, 1993, in Vol. 2915, pages 383-385, executed by Internationale Nederlanden Bank, NV, in favor of Miramax Film Corporation.

By Assignment of Copyright and Powers of Attorney dated **as of April 30, 1993**, recorded May 7, 1993, in Vol. 2893, pages 150-152, The Chase Manhattan Bank assigned to Internationale Nederlanden Bank N.V. of all their respective rights, titles and interests in the five documents referenced in Vol. 2823, pages 1-17.  Also included in this assignment were all copyrights registered in the Copyright Office with respect to the motion picture titles listed therein, the literary properties relating thereto, all renewals and extensions thereof, and any causes of action relating thereto, pursuant to the Assignment Agreement dated as of April 30, 1993, among Chase, Nederlanden, Miramax Film Corp., and the guarantors named therein.  No titles are given in this document.

By Short Form Assignment dated as of **June 30, 1994**, recorded August 23, 1994 in Vol. 3022, pages 146-147, Park Avenue Entertainment LP (by Miko Enterprises) assigned to Miramax Film Corporation (i) the right to produce one remake or sequel based on the motion picture entitled **CHILDREN OF THE CORN** for initial theatrical release or initial video release (tentatively entitled CHILDREN OF THE CORN IV) and (ii) the right for the assignor to distribute and exploit the picture in any and all media throughout the universe in perpetuity, as well as merchandising, interactive or multimedia rights, music publishing, print publication of screenplay, novelization, comic book, book publication rights for the making of the picture and soundtrack rights with respect to the picture at any time throughout the universe in perpetuity to the extent that Miramax has such rights provided, that the foregoing rights shall not include any right, title or interest in the original picture or the first or second sequel or any element of the pictures, including the characters portrayed therein or the title thereof, other than the right to use the same in connection with the picture and the exploitation thereof or any remake and/or sequel rights.  This assignment is subject to the terms of an agreement between the parties dated as of June 30, 1994.

By Short Form Assignment dated **June 30, 1994**, recorded August 23, 1994 in Vol. 3022, pages 177-183, Fifth Avenue Entertainment, Ltd. assigned to Park Avenue Entertainment L.P. all its right, title and interest, including remake and sequel rights, in this motion picture and several others, as well as the underlying material on which they are based.  Subject to the Agreement for Purchase and Sale of certain assets of New World Entertainment Ltd. and certain of its related entities and Trans Atlantic Distributors, L. P., rights were also granted in all merchandising, commercial tie-up, dramatic, non-dramatic, stage, television, home video, home laser disc, radio, publishing, interactive, multimedia (or any analogous rights whether now known or hereafter devised).

**Thomson CompuMark Copyright Report –**

**CHILDREN OF THE CORN**

By Release and Reassignment of Copyright Mortgage Assignment dated **August 25, 1994**, recorded December 7, 1994 in Vol. 3059, pages 260-262, Trans Atlantic Distributors, LP terminated the security interest granted to it by Stanton L. Stein in connection with this picture, which was recorded in Vol. 2644, pages 411-453.

By Release and Reassignment of Copyright Mortgage and Assignment dated **July 29, 1994**, recorded December 7, 1994 in Vol. 3059, pages 469-470, Trans Atlantic Distributors LP, referring to the copyright mortgage and assignment effective as of March 31, 1991 between it and Roscomare, Ltd., hereby terminated all security interest granted to it in connection with this motion picture.

By Certificate of Amendment of Articles of Incorporation of New World Television dated **October 1, 1994**, recorded March 13, 1995, in Vol. 3088, pages 490-493, New World Television changed its name to New World Television Programming.

By Notice of Relinquishment of Security Interest in Copyright dated **April 24, 1995**, recorded May 5, 1995 in Vol. 3107, pages 1-643, Four Star Holdings Corporation reciting a Copyright Security Agreement dated as of May 29, 1982 among New World Entertainment, Ltd., LC Holding Corp., Highgate Pictures, Inc., Learning Corp. of America, New World Family Filmworks, Ltd. (fka Marvel Productions, Ltd.), New World Television and New World Television Productions, Inc. in favor of Four Star Holdings Corp. recorded in Vol. 2779, pages 1-497, and supplemental copyright security agreements recorded in Vol. 2790, pages 346-356 (made by New World Television) in Vol. 2831, pages 98-107 (made by New World Entertainment, Ltd., New World Television and Learning Corporation of America), in Vol. 2865, pages 120-130 (made by New World Television), and Vol. 2894, pages 445-456 (made by New World Television), and in Vol. 2920, pages 58-66 (made by New World Entertainment, Ltd. and New World Television), hereby relinquished and discharged its security interest in the collateral to New World Entertainment, Ltd., LC Holding Corporation, Highgate Pictures, Inc., Learning Corporation of America, New World Family Filmworks, Ltd. fka Marvel Productions, Ltd., New World Television and New World Television Productions, Inc. in connection with this work and 3,425 others.

By Release of Mortgages and Assignments of Copyrights dated **October 9, 1995**, recorded October 25, 1995 in Vol. 3157, pages 152-201, Credit Lyonnais Bank Nederland NV, reciting mortgages recorded in Vol. 2273, pages 405-463 and Vol. 2411, pages 169-225, reconfirmed to Investissements En Droits Audiovisuels SA its prior release of all its right, title and interest in this work and 2,287 others.

By Assignment of Mortgage and Assignment of Copyright dated as of **January 15, 1996**, recorded January 29, 1996 in Vol. 3199, pages 212-461, Generale Bank Nederland NV, formerly known as Credit Lyonnais Bank Nederland NV, assigned to EBD (Rotterdam) Finance, BV all its right, title and interest in the mortgages recorded as follows, in connection with this motion picture and 1,229 others:

| | |
|---|---|
| Vol. 2354, page 47 | Vol. 2538, page 78 |
| Vol. 2374, page 57 | Vol. 2550, page 1 |
| Vol. 2374, page 61 | Vol. 2550, page 39 |
| Vol. 2426, page 327 | Vol. 2550, page 80 |
| Vol. 2492, page 1 | Vol. 2558, page 453 |
| Vol. 2518, page 97 | Vol. 2661, page 32 |
| Vol. 2518, page 101 | Vol. 2661, page 155 |

Thomson CompuMark Copyright Report –

CHILDREN OF THE CORN

| | |
|---|---|
| Vol. 2535, page 304 | Vol. 3041, page 237 |
| Vol. 2535, page 308 | Vol. 3056, page 300 |
| Vol. 2538, page 59 | Vol. 3070, page 292 |

By Copyright Mortgage and Assignment dated **May 31, 1996**, recorded June 5, 1996, in Vol. 3248, pages 428-432, Whiland International, S.A., mortgaged and assigned for security to Trans Atlantic Distributors, L.P., throughout the universe in perpetuity, all of its right, title and interest in all copyrights, all renewals and extensions thereof, and all accounts receivable, in connection with 113 listed motion pictures, including this one. The document notes that the parties have entered into a Film License Agreement dated as of May 31, 1996, which provides for, among other things, the mortgage and assignment for security referenced in this document.

By Termination of Copyright Mortgage and Assignment dated **June 19, 1996**, recorded August 6, 1996, in Vol. 3272, pages 360-374, Stanton L. Stein terminated the Copyright Mortgage and Assignment recorded in Vol. 2644, pages 411-422, with respect to this work and 344 other works.

By Termination of Copyright Mortgage and Assignment dated **July 1, 1996**, recorded July 25, 1996, in Vol. 3261, pages 478-519, Roscomare, Ltd., terminated the Copyright Mortgage and Assignment in its favor granted by Trans Atlantic Distributors, L.P., in connection with this work and 344 others.

By Termination and Release dated **as of July 10, 1996**, recorded October 31, 1996, in Vol. 3299, pages 451-549, SunAmerica Life Insurance Company (formerly Sun Life Insurance Company of America), as agent, terminated the Securities Purchase Agreement dated as of November 18, 1991, and all amendments thereto, and released all security interests, pledges, assignments and liens on all collateral in connection therewith.

By Copyright Security Agreement dated **as of September 20, 1996**, recorded October 2, 1996, in Vol. 3282, pages 346-358, Lakeshore International Corporation, stating that it is party to a Security Agreement dated as of September 20, 1996, between itself and Ted Tannebaum, whereby Lakeshore granted to Tannebaum a security interest in certain personal property, including all its right, title and interest in any copyrights, U.S. or foreign, in connection with certain Acquired Assets, acquired by Lakeshore pursuant to the Asset Purchase Agreement dated as of April 19, 1996, between Lakeshore and Tarns Atlantic Distributors, L.P., Trans Atlantic Entertainment, L.P., and BoPaul Entertainment, L.P., and the proceeds thereof, or any parts thereof or any underlying or component element of any picture, thereby granted to Ted Tannebaum a continuing security interest in all its right, title and interest in all elements of numerous listed motion pictures, including this one, subject to the limitations of the referenced Security Agreement. Among the attachments to this document is Schedule 3, "Accounts Receivables as of January 1, 1996," including, for each motion picture, the various buyers, rights, and terms, as well as accounting information.

By Assignment of Distribution Rights Including Rights Under Copyright dated **as of September 20, 1996**, recorded October 2, 1996, in Vol. 3284, pages 304-314, Trans Atlantic Distributors, L.P., Trans Atlantic Entertainment L.P., and BoPaul Entertainment L.P., referring to an Asset Purchase Agreement dated as of April 19, 1996, by which they granted to Lakeshore International Corp. all right, title and interest in certain motion pictures, television programs and development projects, including this one, thereby granted to Lakeshore, subject to the terms of the Asset Purchase Agreement, all of their right, title and interest in the pictures, including all distribution and agency rights therein, all domestic and foreign copyrights relating thereto in the

territories set forth in the Acquisition Agreements, including all contract rights therein, subject to the terms of the referenced Asset Purchase Agreement.

By Assignment of Rights Including Rights Under Copyright dated **as of September 20, 1996**, recorded October 2, 1996, in Vol. 3284, pages 315-327, Trans Atlantic Distributors, L.P., Trans Atlantic Entertainment L.P. and BoPaul Entertainment L.P., referencing the Asset Purchase Agreement dated as of April 19, 1996, between them and Lakeshore International Corp., thereby granted to Lakeshore, subject to the terms of the Asset Purchase Agreement, all of its right, title and interest in 321 motion pictures, including this one, and the scenario, screenplay or script upon which any of these motion pictures is based, all properties thereof, all domestic and foreign copyrights therein throughout the universe, and all other rights therein, including all motion picture synchronization rights, all collateral, allied, subsidiary and merchandising rights therein, including television broadcasting rights for the motion pictures or of any remake or sequel thereto, all exploitation rights therein, and all contract rights therein, subject to the terms of the Asset Purchase Agreement.

By Copyright Security Agreement dated **as of September 20, 1996**, recorded October 3, 1996, in Vol. 3289, pages 197-321, Lakeshore International Corporation, stating that it is party to a Security Agreement dated as of September 20, 1996, by which it granted to Trans Atlantic Distributors, L.P., as agent for itself and Trans Atlantic Entertainment L.P. and BoPaul Entertainment (the "secured parties"), L.P., a security interest in certain property, including all its right, title and interest in certain copyrights in certain motion pictures, development projects or literary property, and stating that the security interest of the secured parties is subordinate in priority and subject to the interests in the collateral of any non-affiliated third party lender(s) of Lakeshore, provided that in no event shall the amount to which the secured parties are subordinated exceed $10 million in principal, and certain other conditions, that Lakeshore holds certain copyrights with respect to 325 listed works, including this one, thereby, as security, granted to the secured parties, subject to the interest of any Third Party Lender, a continuing security interest in all its right, title and interest in the works, all proceeds thereof, and the U.S. copyright registrations therein, subject to the limitations of the referenced Security Agreement. Among the attachments to this document is a schedule including, for each motion picture, the various buyers, rights, and terms, as well as accounting information. This mortgage was released by an instrument dated as of August 21, 1998, recorded August 25, 1998 in Vol. 3421, Doc. 225, pages 1-2. No titles were given in the release.

By Assignment of Rights Including Rights Under Copyright dated **as of September 20, 1996**, recorded October 24, 1996, in Vol. 3297, pages 532-544, Trans Atlantic Distributors, L.P., Transatlantic Entertainment L.P., and BoPaul Entertainment L.P., referencing the Asset Purchase Agreement dated as of April 19, 1996, between themselves and Lakeshore International Corp., whereby they granted to Lakeshore all their right, title and interest in certain motion pictures, television programs and development projects, including this one, thereby granted to Lakeshore, subject to the terms of the Purchase Agreement, all of its right, title and interest in the motion pictures and underlying properties and copyrights therein and renewals and extensions thereof, all collateral, allied, subsidiary and merchandising rights therein, and all distribution rights and contract rights therein.

By Assignment of Distribution Rights Including Rights Under Copyright dated **as of September 20, 1996**, recorded October 24, 1996, in Vol. 3297, pages 545-555, Trans Atlantic Distributors, LP, Trans Atlantic Entertainment, LP, and BoPaul Entertainment, LP, referencing the Asset Purchase Agreement dated as of April 19, 1996, between themselves and Lakeshore International Corp., whereby they granted to Lakeshore all their right, title and interest in certain

**Thomson CompuMark Copyright Report –**

**CHILDREN OF THE CORN**

motion pictures, television programs and development projects, including this one, thereby granted to Lakeshore, subject to the terms of the Purchase Agreement, all of its right, title and interest in the motion pictures, including all distribution and agency rights therein, and all domestic and foreign copyrights relating thereto for the terms and territories set forth in the Acquisition Agreements and all other rights therein.

There is of record an Amended and Restated Copyright Mortgage dated **as of June 30, 1998**, recorded July 29, 1998 in Vol. 3419, doc. 925, pages 1-17, between Time Warner Entertainment Company, L.P. (Grantor) and TWE Receivables Trust I (Secured Party) which recites that the parties have entered into a copyright mortgage dated as of December 31, 1997 (Original Mortgage), the Grantor has entered into agreements with certain television networks and television stations and the Grantor is the beneficial holder of the Additional Pledged Collateral.  The document further states that the Grantor and Secured Party are parties to an Amended and restated Receivables Purchase and Sale Agreement dated as of June 30,1998 among the Grantor, the Secured Party and Citicorp North America, Inc., the Receivables, Purchase and Sale Agreement dated as of June 30, 1998 among the Grantor, the Secured Party and Citibank, N.A. and the Amended and Restated Receivables Contribution and Sale Agreement dated as of June 30, 1998 between the Grantor and the Secured Party (Contribution Agreement).  The Parties agreed to amend and restate the Original Mortgage and the Grantor hereby granted to the Secured Party a security interest in and copyright mortgage on all its right, title and interest in (i) all Additional Pledged Collateral and (ii) the Lock-Boxes and Deposit Accounts and all monies to be credited therein; provided, however, that such Additional Pledged Collateral should be limited to each motion picture and television series which is subject to the related Contract and solely to the extent necessary to perform film delivery obligations, film completion obligations, and to collect the pool receivables in 771 listed motion pictures and television series, including this one.  This mortgage shall create a continuing security Interest in the Additional Pledged Collateral.

There is of record an Amended and Restated Assignment of Receivables and Notice of Purchase of Receivables dated **as of June 30, 1998**, recorded July 29, 1998 in Vol. 3419, doc 926, pages 1-11, between TWE Receivables Trust I (Assignor) and Citicorp North America, Inc. (Agent) reciting that the parties have entered into an Assignment of Receivables and Notice of Purchase of Receivables dated as of December 31, 1997 (Original Assignment) pursuant to the Receivables Purchase and Sale Agreement dated as of December 31, 1997, as amended by Amendment and Waiver No. 1 dated as of March 31, 1998 among Assignor, Time Warner Entertainment Company, L. P. (TWE), the Investors from time to time party thereto and the Agent (Original Agreement).  This document also states that the Assignor and Agent have amended the Original Agreement to provide for the transactions as set forth in the Amended and Restated Receivables Purchase and Sale Agreement dated as of June 30, 1998 among the Assignor, the Agent, TWE and the Investors (Investors Agreement) and that the Assignor, TWE, Citibank, N.A. and other financial institutions from time to time party thereto as Banks and the Agent have entered into a Receivables Purchase and Sale Agreement dated as of June 30, 1998.  TWE has entered into certain contracts with certain Obligors pursuant to which such Obligors shall pay certain amounts to TWE.  Pursuant to an Amended as Restated Assignment of Receivables and Notice of Purchase of Receivables between TWE and the Assignor of even date, TWE has transferred and assigned to the Assignor all its right, title and interest in certain Seller Receivables, all Related Security with respect thereto, Collections and all proceeds of the foregoing.  The Assignor hereby assigned to the Agent all its right, title and interest in the Pool Receivables, Related Security with respect thereto, all Collections and other amounts received with respect thereto, together with all the Assignor's rights with respect to such pool Receivables in connection with 771 listed motion pictures and television series, including this

Thomson CompuMark Copyright Report –

## CHILDREN OF THE CORN

one.  This Assignment and Notice is subject to the terms specifically set forth in the Purchase Agreements.

There is of Record an Amended and Restated Assignment of Receivables and Notice of Purchase of Receivables dated **as of June 30, 1998,** recorded July 29, 1998 in Vol. 3419, doc. 927, pages 1-13, between Time Warner Entertainment (Assignor) and TWE Receivables Trust I (Buyer) which states that the parties have entered into an Assignment of Receivables and Notice of Purchase of Receivables dated as of December 31, 1997 (Original Assignment) pursuant to the terms of the Receivables Contribution and Sale Agreement dated as of December 31, 1997, as amended by Amendment and Waiver No. 1 dated as of March 31, 1998 between the parties (Original RCSA) and that the parties have amended the Original RCSA to provide for the transaction set forth in the Amended and Restated Receivables Contribution and Sale Agreement dated as of June 30, 1998.  The parties agreed to amend and restate the Original Assignment and the Assignor hereby assigned to the Buyer all its right, title and interest in the Seller Receivables, all Related Security with respect thereto, Collections received with respect thereto, subject to the terms specifically set forth in the Contribution Agreement, with respect to 771 listed motion pictures and television series, including this one.  The Buyer hereby assigned all its right, title and interest in this Assignment and Notice to Citicorp North America, Inc. under the Investors Agreement and the Parallel Purchase Commitment.

There is of record an Amended and Restated Copyright Mortgage dated **as of June 30, 1998**, recorded July 29, 1998 in Vol. 3419, doc 928, pages 1-15 ,between TWE Receivables Trust I (Grantor) and Citicorp North America, Inc. (Agent) stating that the parties have entered into a Copyright Mortgage dated as of December 31, 1997 (Original Mortgage) and that Time Warner Entertainment Company, L.P. (TWE) has entered into agreements with certain television networks (Obligors) and that the Grantor is the beneficial holder of the Additional Pledged Collateral.  The document further stated that it is a condition precedent to the purchasing of the Program Receivables by the Investors pursuant to the Purchase Agreements that the Grantor shall have granted the security interest contemplated by this mortgage.  The document further stated that the Grantor and Agent are parties to the  Amended and Restated Receivable Purchase and Sale Agreement dated as of June 30, 1998 among the Grantor, TWE, the Investors from time to time party thereto and the Agent (Investors Agreement) and that the Receivables Purchase and Sale Agreement dated as of June 30, 1998 among the Grantor, TWE, Citibank, N.A. and other financial institutions and Citicorp North America, Inc. as the Agent thereunder (Parallel Purchase Commitment), together with the Investors Agreement (Purchase Agreements) and that the Grantor is incurring certain obligations to the Agent under the Purchase Agreements.  The parties agreed to amend and restate the Original Mortgage and the Grantor hereby granted to the Agent a security interest in and copyright mortgage on all its right, title and interest in (i) all Additional Pledged Collateral and (ii) the Lock-Boxes and Deposit Accounts, provided, however, that such Additional Pledged Collateral shall be limited to each motion picture and television series which is subject to the related Contract and solely to the extent necessary to perform film delivery obligations and film completion obligations and to collect the pool receivables in 771 listed motion pictures and television series, including this one.  This mortgage shall create a continuing security interest in the Additional Pledged Collateral.

By Assignment dated **as of October 4, 2001**, recorded October 12, 2001, in Vol. 3475, doc. 298, pages 1-8, Lakeshore International Corp. irrevocable sold and assigned exclusively to Lakeshore Library Holdings LLC, irrevocably and in perpetuity, all its rights in 209 listed motion pictures, including this one.

**Thomson CompuMark Copyright Report –**

**CHILDREN OF THE CORN**

By Amended and Restated Assignment and Assumption Agreement dated **as of October 6, 2001**, recorded October 31, 2001, in Vol. 3475, doc. 793, pages 1-9, Lakeshore International Corp. sold and assigned in perpetuity to Lakeshore Library Holdings, LLC, all its right, title and interest in 262 listed motion pictures, including this one, including all titles, themes, contents, characters, versions, and scripts thereof, all agreements, assignments, licenses and other instruments relating thereto, including all distribution agreements in all media throughout the world, and the worldwide copyright therein and all extensions and renewals thereof.  This document supersedes all previous agreements, including the Assignment dated as of October 6, 2001, between the parties.

By Short-Form Assignment dated **as of October 10, 2001**, recorded October 26, 2001, in Vol. 3475, doc. 687, pages 1-18, Fifth Avenue Entertainment LP ("Owner") assigned to Lakeshore International Corp. all of its right, title, and interest certain assets, including certain rights in 497 listed motion pictures, including this one, pursuant to the Acquisition Agreement dated as of October 10, 2001, between the parties.  The assets in connection with the motion picture entitled **CHILDREN OF THE CORN** include UK Video Rights and French Canadian Video Rights for the territory of French-speaking Canada.

By Copyright Mortgage and Assignment; Power of Attorney dated **as of October 10, 2001**, recorded December 18, 2001, in Vol. 3477, doc. 959, pages 1-19, Fifth Avenue Entertainment LP mortgaged and assigned for security to Lakeshore International Corp., for a term commencing as of October 10, 2001, and continuing in perpetuity thereafter, all of its right, title and interest in 384 listed works, including this one, including all distribution and exploitation rights therein, all rights in all agreements or other commitments relating to the exploitation thereof, all copyrights therein and renewals and extensions thereof, and all proceeds therefrom, in connection with the Acquisition Agreement dated as of October 10, 2001, between the parties.

The motion picture entitled **CHILDREN OF THE CORN**, is listed on the following schedules:

Schedule A:  UK Video Rights (defined as all of Owner's [not further defined] right, title and interest in the video rights in the UK, provided, however, that on expiration of such agreements, all rights granted shall automatically revert to Lakeshore, with the stipulation that until the expiration of such agreements, only a 50% interest in the rights to the VCI Agreements and proceeds thereof are conveyed to Lakeshore, and the remaining 50% interest in the rights and proceeds thereof shall be retained by Owner);

Schedule B: French Canadian Video Rights (defined as all of Owner's right, title and interest in the home video rights for the territory of French-speaking Canada);

The document further references Merchandising Rights (defined as all of Owner's right, title and interest in the merchandising, commercial tie up and other rights also described in Exhibit A to the Assignment Agreement, in connection with motion pictures listed on a Schedule D, which was not attached to the recorded document.

There is of record a Copyright Security Agreement dated **as of October 18, 2001**, recorded November 29, 2001, in Vol. 3477, doc. 886, pages 1-22, stating that, pursuant to a Credit, Security, Guaranty and Pledge Agreement dated as of October 18, 2001, among Lakeshore Library Holdings LLC, the Guarantors referred to therein, the Lenders referred to therein, and The Chase Manhattan Bank, as Administrative Agent, the Lenders have agreed to make loans to Lakeshore, and Lakeshore has granted to the Administrative Agent (for the

**Thomson CompuMark Copyright Report –**

## CHILDREN OF THE CORN

benefit of itself and the Lenders) a security interest in all its personal property, including all its right, title and interest in any copyright or copyright license.  Lakeshore thereby granted to Chase Manhattan, for the benefit of itself and the Lenders, as security, a continuing security interest in all its right, title and interest in 263 listed motion pictures, including this one, including all screenplays at every stage thereof, all copyrights therein, all collateral, allied, subsidiary and merchandising rights therein, including all rights to produce remakes, sequels or prequels thereto and all merchandising rights therein, all distribution rights therein, the dramatic, nondramatic, stage, television, radio and  publishing rights therein, and all contract rights thereto, subject to the terms of the referenced Credit, Security, Guaranty and Pledge Agreement.  With regard to the motion picture entitled **CHILDREN OF THE CORN**, the attached schedule contains the notation "See Exhibit A attached hereto," but no "Exhibit A" is attached to the document.

By Copyright Mortgage and Assignment dated **December 3, 2001**, recorded December 12, 2001, in Vol. 3477, doc. 17, pages 1-11, Dream Entertainment Inc. mortgaged and assigned for security to Bank Leumi USA, throughout the universe in perpetuity, all of its right, title and interest in all copyrights and renewals and extensions thereof, in 72 listed screenplays and motion pictures, including this one, including all collateral, allied, ancillary, subsidiary and merchandising rights therein, the characters thereof, all literary properties connected thereto, all distribution and exploitation rights therein in any media throughout the universe, and any Distribution Agreements relating thereto, and all contract rights therein, subject to the terms of the Business Loan Agreement (Asset Based) and the Security Agreement, between the parties, each dated as of November 13, 2001.

By **undated** Copyright Mortgage and Assignment, recorded May 16, 2002, in Vol. 3481, doc. 422, pages 1-9, Pueblo Film Distribution Hungary Kft. mortgaged and assigned for security to Bank Leumi USA, throughout the universe in perpetuity, all of its right, title and interest in all copyrights and all renewals and extensions thereof, in 72 listed works, including this one, including the Master Licensing Agreement dated as of September 1, 2001, between Pueblo and Dream Entertainment, Inc., and all sublicense agreements entered into by Pueblo with third party distributors, pursuant to the Accommodation Security Agreement dated as of November 13, 2001, between the parties, all exploitation rights therein, all worldwide copyrights therein and renewals and extensions thereof, al collateral, allied, ancillary and subsidiary rights therein, all distribution rights therein, and all contract rights therein.  The terms of the referenced Accommodation Security Agreement are incorporated therein by reference.

By Assignment and Assumption Agreement dated **August 15, 2002**, recorded October 11, 2002, in Vol. 3483, doc. 460, pages 1-8, Lakeshore International Corp. assigned to Lakeshore International LLC all its right, title, and interest  in the Lakeshore International Assets, pursuant to and in accordance with the Contribution Agreement dated as of August 15, 2002, among the Assignor, Assignee, Lakeshore Entertainment Corp. Mosaic Media Group, Inc., CDP LKSH U.S. Inc., and Lakeshore Entertainment Group LLC, pursuant to which Assignor agreed to sell to Assignee all of its right, title, and interest in the Lakeshore International Assets, including all its right, title, and interest in 211 listed motion pictures, including this one.

By Assignment and Assumption Agreement dated **as of August 15, 2002**, recorded August 10, 2005, in Vol. 3528, docs. 488-489, pages 1-9, Lakeshore Library Holdings, LLC (Assignor) sold and assigned to Lakeshore International, LLC (Assignee), in perpetuity, all of its right, title and interest in this motion picture and 261 others, including all titles, themes, characters, contents, versions, treatments, scenarios, scripts, drafts, revisions and rewrites thereof, and all agreements and other instruments and documents relating thereto, including all distribution

Thomson CompuMark Copyright Report –
CHILDREN OF THE CORN

agreements in all media throughout the World, the worldwide copyright, and all renewals and extensions thereof, and all productions, materials and derivative works based thereon.

By Copyright Assignment dated **as of March 31, 2003**, recorded April 28, 2003, in Vol. 3492, docs. 133-215, pages 1-891, Time Warner Entertainment Company, L.P. (Assignor), stating that it is or may be the owner of the copyrights in numerous listed Works, including this one, thereby sold and assigned to Warner Communications, Inc. (Assignee), to the extent that it owns any interest in the Works, all of its right, title and interest therein, including the entire copyright (including without limitation all security interests in copyright) throughout the world, all rights throughout the world, in perpetuity, in all media, to distribute, perform and create derivative works based on, and otherwise exploit the Works, subject to the terms of the Intellectual Property Agreement, dated as of August 20, 2002 and the Copyright and Technology Assignment, dated as of the date hereof, both between the parties. Each Work includes, without limitation (i) all underlying works upon which the Work is based, (ii) all characters, stories and other works of authorship contained in the Work and (iii) all derivative works based on the Work.

By Copyright Assignment dated **as of March 31, 2003**, recorded April 28, 2003, in Vol. 3492, docs. 216-298, pages 1-891, Warner Communications, Inc. (Assignor), stating that it is or may be the owner of the copyrights in numerous listed Works, including this one, thereby sold and assigned to Warner Bros. Entertainment, Inc. (Assignee), to the extent that it owns any interest in the Works, all of its right, title and interest therein in, including the entire copyright (including without limitation all security interests in copyright) throughout the world, all rights throughout the world, in perpetuity, in all media, to distribute, perform and create derivative works based on, and otherwise exploit the Works, subject to the Intellectual Property Agreement, dated as of August 20, 2002 between Time Warner Entertainment Company, L.P. and Assignor; and to the Intellectual Property Assignment dated as of the date hereof, between Assignor and Assignee.

There is of record a Copyright Security Agreement dated **June 24, 2003; as of June 27, 2003**, recorded July 28, 2003, in Vol. 3498, doc. 434-446, pages 1-311, stating that:

(1) Lakeshore Entertainment Group, LLC, ("Borrower"), Lakeshore International, LLC, Lakeshore Library Holdings, LLC, Human Stain Productions, LLC, Subterranean Productions, LLC, Wicker Park Productions, LLC, BPM Holdings, LLC, Madhouse Productions, LLC, and Lakeshore Entertainment Group, UK, Ltd. (the "Guarantors"; together with the Borrower, the "Grantors"), owned or could acquire certain copyrights with respect to motion pictures, films, or video tapes or any episodes thereof produced for theatrical, non-theatrical or television release or release in any other medium (collectively, the "Pictures"), including those works listed on Schedule I attached thereto, which lists 302 titles, including this work;

(2) Pursuant to the Credit, Security, Guaranty and Pledge Agreement, dated as of June 27, 2003 (the "Credit Agreement"), among the Grantors referred to therein, the lenders referred to therein (the "Lenders"), and JPMorgan Chase Bank, as administrative agent for the Lenders (in such capacity, the "Administrative Agent"), the Lenders agreed to make loans to the Borrower and certain Issuing Banks may agree to issue Letters of Credit for the account of the Grantors; and

(3) Pursuant to the terms of the Credit Agreement, each of the Grantors granted to the Administrative Agent (for the benefit of itself, any Issuing Bank and the Lenders), a security interest in all its right, title and interest in all personal property, including all its right, title and interest in any copyright or copyright license; and all proceeds thereof, to

Thomson CompuMark Copyright Report –
CHILDREN OF THE CORN

secure, in the case of the Borrower, the performance of the Obligations, and in the case of any Grantor other than the Borrower, its obligations in connection with its guaranty of the Obligations pursuant to the Credit Agreement.

The Grantors thereby granted to the Administrative Agent (for the benefit of itself, any Issuing Bank and the Lenders), as security, a continuing security interest in all of their right, title and interest in all personal property, including all intercompany obligations, partnership and joint venture interests, contract rights, documents, instruments, copyrights, and securities pledged to the Administrative Agent (for the benefit of itself, any Issuing Bank or the Lenders), pursuant to the Credit Agreement, and the proceeds thereof, further including all of such Grantor's right, title and interest in 302 motion pictures, including this one, including all screenplays, musical compositions, all collateral, allied, subsidiary and merchandising rights, all remake, sequel and prequel rights, all television broadcast rights, television motion picture or series rights, all merchandising rights, commercial tie-ups, all copyrights, and all renewals and extensions thereof, all distribution and exploitation rights, and the dramatic, nondramatic, stage, television, radio and publishing rights therein. This security interest was granted in conjunction with the security interests granted pursuant to the Credit Agreement, to which it is subject.

There is of record a Short Form Acknowledgement (Franchise Projects) dated **effective as of March 29, 2005**, recorded June 13, 2005, in Vol. 3526, doc. 253, pages 1-2, whereby Miramax Film Corporation acknowledged and agreed that, subject to terms of the Acquisition Agreement dated as of March 29, 2005 (including all schedules, exhibits, addenda and attachments incorporated therein) between Miramax and  W Acquisition Company LLC ("Newco"), and the license agreements to be entered into upon Newco's exercise (if ever) of its right to acquire or to cause an SPV (not further defined therein) to acquire a single picture license for the applicable projects (each a "License Agreement"), and further subject to all existing contractual restrictions on Miramax's ability to assign, quitclaim, license or otherwise transfer such rights for the applicable project, Newco shall have the exclusive and irrevocable right (exercisable not later than the expiration of the applicable period set forth below) on a project-by-project basis, to acquire (or cause an SPV for the applicable project to acquire) a single picture license, to produce, distribute, and otherwise exploit one feature-length theatrical motion picture based on each of a number of listed projects ("collectively "projects"), exercisable during the period from March 29, 2005 (the "Effective Date") under the earlier of (a) July 1, 2010; or (b) Newco's (or its assignee's or licensee's) commencement of production, provided that all rights licensed to Newco and/or any SPV shall be subject to potential termination as more fully set forth in the Acquisition Agreement.  However, in connection with the motion picture entitled **CHILDREN OF THE CORN**, the rights shall instead be, without representations or warranties (i.e., on a quitclaim basis), the right to produce, distribute and exploit a direct to video motion based on this project.  This Short Form Acknowledgement is subject to all of the terms of the Acquisition Agreement and the License Agreements for the applicable projects.

There is of record a Form of Copyright Security Agreement dated **April 22, 2005**, recorded May 18, 2005, in Vol. 3525, doc. 236-242, pages 1-36, which states that

1. Anchor Bay Entertainment, Inc. ("Borrower"), and the Guarantors referred to in the Credit Agreement (as thereinafter defined) (the Borrower and the Guarantors collectively referred to therein as the "Grantors"), own or control and/or may thereafter acquire certain copyrights with respect to motion pictures, films or video tapes or any episodes thereof produced for theatrical, non-theatrical or television release, or for release in any other medium, including those listed on Schedule 1 thereto, which includes this work and 1,320 other titles ("Items of Product").

**Thomson CompuMark Copyright Report –**
**CHILDREN OF THE CORN**

2.  Pursuant to a Credit, Security, Guaranty and Pledge Agreement, dated as of April 22, 2005 ("Credit Agreement"), among the Grantors, the Lenders referred to therein (the "Lenders") and JP Morgan Chase Bank, National Association, as administrative agent (the "Administrative Agent") and issuing bank (the "Issuing Bank), the Lenders have agreed to make loans to the Borrower; and

3.  Pursuant to the terms of the Credit Agreement, each of the Grantors has granted to the Administrative Agent (for the benefit if itself, the Issuing Bank and the Lenders), a security interest in all personal property, including all right, title and interest in any copyright or copyright license, and all proceeds thereof, to secure, in the case of the Borrower, the payment and performance of the Obligations (as defined in the Credit Agreement) and in the case of any Grantor other than the Borrower, its obligations in connection with its guaranty of the Obligations pursuant to the Credit Agreement.

Each of the Grantors thereby granted to the Administrative Agent (for the benefit of itself, the Issuing Bank and the Lenders), as security pursuant to the Credit Agreement, a continuing security interest in all of such Grantor's right, title and interest in all personal property, tangible and intangible, including all accounts, instruments, intercompany obligations, contract rights, partnership and joint venture interests, documents, chattel paper, copyrights, trademarks, trade names, deposit accounts and the Pledged Securities and any proceeds or products thereof, further including all of such Grantor's right, title and interest in each Item of Product, the material on which it based, all copyrights and all other rights therein, including, to the extent owned, created or acquired by such Grantor, all collateral, allied, subsidiary and merchandising rights; all rights to produce remakes, sequels or prequels thereto; all rights throughout the world to broadcast by television (including commercially sponsored, sustaining and subscription or "pay" television) the Items of Product or any remakes, sequels or prequels thereof; all rights to produce for television, motion picture(s) based thereon, including all merchandising rights and all commercial tie-ups; all rights to distribute and otherwise exploit the motion picture rights in the underlying literary material,  the dramatic, non-dramatic, stage, television, radio and publishing rights, the right to obtain copyrights and renewals therein, all contract rights and/or chattel paper in connection therewith, all rights arising in connection with the acquisition, production, distribution or other exploitation thereof, all rights of such Grantor under any Distribution Agreements; and all rights of such Grantor under contracts relating to the production of acquisition of such item of Production, including all contracts delivered to the Administrative Agent pursuant to the Credit Agreement. Capitalized terms used therein and not otherwise defined shall have the meanings ascribed thereto in the Credit Agreement.

There is of record a Copyright Security Agreement (Project Rights) dated **as of May 19, 2005**, recorded August 4, 2005 in Vol. 3529, doc. 573-574, pages 1-15, executed by The Weinstein Company Funding LLC, The Weinstein Company Holdings LLC, W Acquisition Company LLC, The Weinstein Company LLC, Twenty O Five Holdings LLC, Team Players LLC, Intelipartners LLC, The Fellowship Adventure Continues LLC, The Fellowship Adventure Strikes Again LLC, The Actors Group LLC, Indirections LLC, Behind the Camera LLC, HRK Films LLC, DEUX Askew LLC, ISED LLC and FFPAD LLC ("Grantors") and Goldman Sachs Credit Partners LP, as Collateral Agent for the Secured Parties, stating that:

(1)  Pursuant to the Acquisition Agreement dated as of March 29, 2005, among Miramax Film Corp. and Walt Disney Pictures and Television and W Acquisition Company LLC ("Company") and the quitclaim agreements entered into by Company pursuant to the Acquisition Agreement, Company acquired the exclusive and irrevocable right to acquire

**Thomson CompuMark Copyright Report –**
**CHILDREN OF THE CORN**

(or to cause a special purpose co-owned entity for the applicable project to acquire) on a quitclaim basis, certain of Miramax's right, title, and interest in the Project Rights.

(2) The Company and the other Grantors are parties to a Pledge and Security agreement dated as of May 19, 2005, among Company and the other Grantors party thereto and the Collateral Agent, pursuant to which Company and the other Grantors granted to the Collateral Agent, for the benefit of the Collateral Agent and the other Secured Parties (as such terms are defined therein), a security interest in the Project Rights, except, pending the execution of an Intercreditor Agreement with Disney, to the extent that the Project Rights Collateral is or is required to be subject to a lien in Disney's favor under the Acquisition Agreement.

Each Grantor thereby granted to Goldman Sachs Credit Partners LP, for the benefit of the Secured Parties, a security interest in all of their right, title and interest in the following:

(a) All US and foreign copyrights, including software and databases, registered or unregistered, (ii) all extensions and renewals thereof, (iii) all moral rights, (iv) all reversionary interests and termination rights, (v) all rights to accountings, and (vi) all rights corresponding thereto throughout the world; and

(b) Any and all agreements providing for the granting of any right in or to copyrights including Distribution Agreements and quitclaimed licenses.

The security interest granted thereunder is granted in conjunction with the security interest pursuant to the Pledge and Security Agreement, the terms of which are incorporated therein by reference, and which shall control in the event of conflict.

Attached thereto is a list of projects, underlying works, and registrations.  In connection with the project entitled **CHILDREN OF THE CORN** the schedule lists the underlying work as  the movie entitled **CHILDREN OF THE CORN**, with the registration number given as  PA: 276-074.

There is of record a Copyright Security Agreement dated **as of May 19, 2005**, recorded August 4, 2005, in Vol. 3529, doc. 575-577, pages 1-13, executed by The Weinstein Company Funding, LLC, The Weinstein Company Holdings, LLC, W Acquisition Company, LLC, The Weinstein Company, LLC, Twenty O Five Holdings, LLC, Team Players, LLC, Intelipartners, LLC, The Fellowship Adventure Continues, LLC, The Fellowship Adventure Strikes Again, LLC, Actors Group, LLC, Indirections, LLC, Behind the Camera, LLC, HRK Films, LLC, Deux Askew, LLC, ISED, LLC, and FFPAD, LLC (each, a "Grantor"), in favor of Goldman Sachs Credit Partners, LP, as Collateral Agent for the Secured parties, stating that the Grantors are party to a Pledge and Security Agreement dated as of May 19, 2005, between each of the Grantors and the other grantors party thereto and the Collateral Agent.  Each Grantor thereby granted to the Collateral Agent, for the benefit of the Secured Parties, a security interest in all of their right, title, and interest in all copyrights, including those relating to the 658 titles, including this one, listed on an attached Schedule I, and all rights therein, all renewals and extensions of such copyrights, all moral rights, and all reversionary interests and termination rights.  This security interest is granted in conjunction with the security interest granted to the Collateral Agent for the Secured Parties pursuant to the referenced Pledge and Security Agreement, the terms of which are incorporated therein and which shall control in the event of conflict.

There is or record a Release of Security Interest in Project Rights Collateral dated **as of January 27, 2006**, recorded February 13, 2006, in Vol. 3537, doc. 49-50, pages 1-11, made by Goldman Sachs Credit Partners LP, as Collateral Agent, pursuant to the termination of the Credit and Guaranty Agreement dated as of May 19, 2005, among The Weinstein Company

**Thomson CompuMark Copyright Report –**

**CHILDREN OF THE CORN**

Funding LLC, The Weinstein Company Holdings LLC, certain subsidiaries of the holdings, the lenders party thereto from time to time, and Goldman Sachs; and the termination of the Pledge and Security Agreement dated as of May 19, 2005, among The Weinstein Company Funding LLC and other grantors (each a "Grantor") thereto and Goldman Sachs.  The Collateral Agent thereby released its security interest in the collateral under the Copyright Security Agreement (Project Rights) recorded in Vol. 3529, doc. 573-574, in connection with 391 projects, including the movie **CHILDREN OF THE CORN (PA: 226-703)**.

There is of record a Release of Security Interest in Copyright Collateral dated **as of January 27, 2006**, recorded February 13, 2006, in Vol. 3538, doc. 919-921, pages 1-10, made by Goldman Sachs Credit Partners L.P. ("GSCP"), in its capacity as collateral agent ("Collateral Agent"), pursuant to the termination of the Credit and Guaranty Agreement dated as of May 19, 2005 (the "Credit Agreement") among The Weinstein Company Funding, LLC, The Weinstein Company Holdings, LLC, certain subsidiaries of the holdings, the lenders party thereto from time to time, and GSCP; and the termination of the Pledge and Security Agreement, dated as of May 19, 2005 ("Pledge Agreement"), among the Weinstein Company Funding LLC and other grantors thereto (each, a "Grantor") and GSCP, which stated that:

1. Pursuant to the Copyright Security Agreement dated as of May 19, 2005 (as amended or modified from time to time, the "Copyright Security Agreement"), among each Grantor and the Collateral Agent, recorded in Vol. 3529, doc. 575 and Vol. 3529, doc. 577, each Grantor granted the Collateral Agent a security interest in all of its right, title and interest under all Copyright Collateral (as defined in the Copyright Security Agreement), including Copyrights, as defined in the Copyright Security Agreement, and Copyright Licenses as defined in the Copyright Security Agreement, and referred to in Schedule 1 thereto (defined below).

2. The Collateral Agent acknowledges full payment, complete performance and satisfaction of all obligations pursuant to the Credit Agreement have been made.

3. Each Grantor has requested that the Collateral Agent release its security interest in its Copyright Collateral, including Copyrights and Copyright Licenses as defined in the Copyright Security Agreement in connection with the termination of the Credit Agreement (the "Released Collateral").

The Collateral Agent thereby released, without recourse, all of its security interest in the copyright licenses listed on Schedule 1, which included 659 works, including this one, and any other collateral described in the Copyright Security Agreement.

No further document affecting any right, title or interest in this initial television motion picture, or the underlying novella or the derivate 1984 motion picture is found of record in the Copyright Office.  There are additional documents recorded in connection with the other sequel motion pictures.

## Newspaper and Trade Notices

Hollywood Reporter, issue of August 3, 1982, reported that Hal Roach Studios had acquired the rights to Stephen King's original screenplay **CHILDREN OF THE CORN**, a horror story, for production as a full-length motion picture.

**Thomson CompuMark Copyright Report –**

**CHILDREN OF THE CORN**

Hollywood Reporter, issue of August 31, 1983, reported that New World Pictures had acquired from Hal Roach Studios, worldwide distribution rights to the next Stephen King film entitled **CHILDREN OF THE CORN**, to be co-produced by Hal Roach Studios, and based on Stephen King's published short story.

"FilmTracker.com", last updated January 12, 2006, reported that a motion picture entitled **CHILDREN OF THE CORN 8**, based on a screenplay by Joseph Harris, was in development at Neo Art & Logic.  [We find no record of copyright registration for this screenplay.]

"FilmTracker.com", last updated August 8, 2007, reported that a motion picture entitled **CHILDREN OF THE CORN**, based on the short story by Stephen King, was in development at Dimension Films.  The listing further noted that Darren Lynn Bousman had been mentioned to direct.

## Biographical Information

Enclosed is a biographical sketch of Stephen King from "Biography Resource Center" (The Gale Group, Inc., 2008). He was born on September 21, 1947, in Portland, ME. His Agent's address is given in the biographical sketch as: Rand Holston, Creative Artists Agency, 9830 Wilshire Blvd., Beverly Hills, CA, 90212; and his Literary Agent is listed as Ralph Vicinanza, Created By, 1041 North Formosa Ave., Formosa Bldg., Rm. 10, West Hollywood, CA 90046.

## Notes

We have searched the in-process records of the Copyright Office in connection with this property. As of August 2007, only materials submitted for processing by non-deposit account holders are being added to this database. Applications and documents submitted by Copyright Office deposit account holders are not being recorded in a database available to the public. However, Thomson CompuMark maintains a proprietary database of materials submitted on behalf of its clients since August 2007.

Thomson CompuMark Copyright Report –

## CHILDREN OF THE CORN

Biography Resource Center

# Stephen King

## 1947-

**Also known as:** Stephen King, Stephen Edwin King, Richard Bachman, Steve King, John Swithen, Eleanor Druse

**Birth:** September 21, 1947 in Portland, Maine, United States
**Nationality:** American
**Source:** *Contemporary Authors Online*, Thomson Gale, 2008.
Entry updated: 02/22/2008

## TABLE OF CONTENTS

Awards
Career
Further Readings
Media Adaptations
Personal Information
Sidelights
Source Citation
Writings

## "Sidelights"

"With Stephen King," mused a contributor *Fear Itself: The Horror Fiction of Stephen King,* "you never have to ask 'Who's afraid of the big bad wolf?'--You are. And he knows it." Throughout a prolific array of novels, short stories, and screen work in which elements of horror, fantasy, science fiction, and humor meld, King deftly arouses fear from dormancy. The breadth and durability of his popularity alone evince his mastery as a compelling storyteller. Although the critical reception of his work has not necessarily matched its sweeping success with readers, colleagues and several critics alike discern within it a substantial and enduring literary legitimacy.

While striking a deep and responsive chord within its readers, the genre of horror is frequently trivialized by critics who tend to regard it, when at all, less seriously than mainstream fiction. In an interview with Charles Platt in *Dream Makers: The Uncommon Men and Women Who Write Science Fiction,* King suspected that "most of the critics who review popular fiction have no understanding of it as a whole." Regarding the "propensity of a small but influential element of the literary establishment to ghettoize horror and fantasy and instantly relegate them beyond the pale of so-called serious literature," King told Eric Norden in a *Playboy* interview: "I'm sure those critics' nineteenth-century precursors would have contemptuously dismissed [Edgar Allan] Poe as the great American hack." In a panel discussion at the 1984 World Fantasy Convention in Ottawa, reprinted in *Bare Bones: Conversations on Terror with Stephen King,* he predicted that horror writers "might actually have a serious place in American literature in a hundred years or so."

King's ability to comprehend "the attraction of fantastic horror to the denizen of the late twentieth century," according to a contributor to *Fear Itself,* partially accounts for his unrivaled popularity in the genre. However, what distinguishes him is the way in which he

Thomson CompuMark Copyright Report –

## CHILDREN OF THE CORN

transforms the ordinary into the horrific. A contributor to *Discovering Stephen King* wrote that King is "a uniquely sensitive author" within the Gothic literary tradition, which he described as "essentially a literature of nightmare, a conflict between waking life and the darkness within the human mind." Perpetuating the legacy of Edgar Allan Poe, Nathaniel Hawthorne, Herman Melville, Henry James, and H.P. Lovecraft, "King is heir to the American Gothic tradition in that he has placed his horrors in contemporary settings and has depicted the struggle of an American culture to face the horrors within it," explained Crawford, and because "he has shown the nightmare of our idealistic civilization." Observing that children suspend their disbelief easily, King argued in his *Danse Macabre* that, ironically, they are actually "better able to deal with fantasy and terror *on its own terms* than their elders are." Adults are capable of distinguishing between fantasy and reality, but in the process of growing up, laments King in *Danse Macabre,* they develop "a good case of mental tunnel vision and a gradual ossification of the imaginative faculty"; thus, he perceives the task of the fantasy or horror writer as enabling one to become "for a little while, a child again."

The empowerment of estranged young people is a theme that recurs throughout King's fiction. His first novel, *Carrie: A Novel of a Girl with a Frightening Power,* is about a persecuted teenaged girl. "The novel examines female power," stated a *Dictionary of Literary Biography* contributor, "for Carrie gains her telekinetic abilities with her first menstruation." "It is," the contributor noted, "a compelling character study of a persecuted teenager who finally uses her powers to turn the table on her persecutors. The result is a violent explosion that destroys the mother who had taught her self-hatred and the high-school peers who had made her a scapegoat." An alienated teenaged boy is the main character in King's *Christine,* and *Rage* features Charlie Decker, a young man who tells the story of his descent into madness and murder. In *The Shining* and *Firestarter,* Danny Torrance and Charlie McGee are alienated not from their families--they have loving, if sometimes weak, parents--but through the powers they possess and by those who want to manipulate them: evil supernatural forces in *The Shining,* the U.S. Government in *Firestarter.* Children also figure prominently, although not always as victims, in *Salem's Lot, The Tommyknockers, Pet Sematary, The Eyes of the Dragon,* and *The Talisman.*

King's most explicit examination of alienation in childhood, however, comes in the novel *It.* The eponymous IT is a creature that feeds on children--on their bodies and on their emotions, especially fear. IT lives in the sewers of Derry, Maine, having arrived there ages ago from outer space, and emerges about every twenty-seven years in search of victims. King organizes the tale as two parallel stories, one tracing the activities of seven unprepossessing fifth-graders--'The Losers' Club'--who discovered and fought the horror in 1958, the other describing their return to Derry in 1985 when the cycle resumes." The surviving members of the Losers' Club return to Derry to confront IT and defeat IT once and for all. The only things that appears to hurt IT are faith, humor, and childlike courage. >"*It* involves the guilts and innocences of childhood and the difficulty for adults of recapturing them," Christopher Lehmann-Haupt stated in the *New York Times.* "*It* questions the difference between necessity and free will. *It* also concerns the evil that has haunted America from time to time in the forms of crime, racial and religious bigotry, economic hardship, labor strife and industrial pollution." The evil takes shape among Derry's adults and older children, especially the bullies who terrorize the members of the Losers' Club.

Not surprisingly, throughout most of King's adolescence, the written word afforded a powerful diversion. "Writing has always been it for me," King indicated in a panel discussion at the 1984 World Fantasy Convention in Ottawa, reprinted in *Bare Bones.* Science fiction and adventure stories comprised his first literary efforts. Having written his first story at the age of seven, King began submitting short fiction to magazines at twelve, and published his first story at eighteen. In high school, he authored a small, satiric newspaper titled "The

Thomson CompuMark Copyright Report –

CHILDREN OF THE CORN

Village Vomit"; and in college he penned a popular and eclectic series of columns called "King's Garbage Truck." He also started writing the novels he eventually published under the pseudonymous ruse of Richard Bachman--novels that focus more on elements of human alienation and brutality than supernatural horror. After graduation, King supplemented his teaching salary through various odd jobs and by submitting stories to men's magazines. Searching for a form of his own, King responded to a friend's challenge to break out of the machismo mold of his short fiction. Because King completed the first draft of *Carrie* at the time William Peter Blatty's *The Exorcist* and Thomas Tryon's *The Other* were being published, the novel was marketed as horror fiction, and the genre had found its juggernaut. Or, as a contributor to *Fear Itself* noted: "Like a mountain, King is there."

"King has made a dent in the national consciousness in a way no other horror writer has, at least during his own lifetime," noted a contributor to *Discovering Stephen King.* "He is a genuine phenomenon." A newsletter--"Castle Rock"--has been published since 1985 to keep his ever-increasing number of fans well informed; and Book-of-the-Month Club has been reissuing all of his best-sellers as the Stephen King Library collection. Resorting to a pseudonym to get even more work into print accelerated the process for King; but according to a contributor to *Kingdom of Fear,* although the ploy was not entirely "a vehicle for King to move his earliest work out of the trunk," it certainly triggered myriad speculations about, as well as hunts for, other possible pseudonyms he may also have used. In his essay "Why I Was Bachman" in *The Bachman Books: Four Early Novels by Stephen King,* King recalled that he simply considered it a good idea at the time, especially since he wanted to try to publish something without the attendant commotion that a Stephen King title would have unavoidably generated. Also, his publisher believed that he had already saturated the market. King's prodigious literary output and multimillion-dollar contracts, though, have generated critical challenges to the inherent worth of his fiction. Deducing that he has been somehow compromised by commercial success, some critics imply that he writes simply to fulfill contractual obligations. But as King told *Playboy* 's Norden, "Money really has nothing to do with it one way or the other. I love writing the things I write, and I wouldn't and 'couldn't' do anything else."

King writes daily, exempting only Christmas, the Fourth of July, and his birthday. He likes to work on two things simultaneously, beginning his day early with a two-or three-mile walk: "What I'm working on in the morning is what I'm *working* on," he said in a panel discussion at the 1980 World Fantasy Convention in Baltimore, reprinted in *Bare Bones.* He devotes his afternoon hours to rewriting. And according to his *Playboy* interview, while he is not particular about working conditions, he is about his output. Despite chronic headaches, occasional insomnia, and even a fear of writer's block, he produces six pages daily.

Regarding what he finds to be an essential reassurance that underlies and impels the genre itself, King remarked in *Danse Macabre* that "beneath its fangs and fright wig" horror fiction is really quite conservative. Comparing horror fiction with the morality plays of the late middle ages, for instance, he believes that its primary function is "to reaffirm the virtues of the norm by showing us what awful things happen to people who venture into taboo lands." Also, there is the solace in knowing "when the lights go down in the theater or when we open the book that the evildoers will almost certainly be punished, and measure will be returned for measure." However, King admitted to Norden that despite all the discussion by writers generally about "horror's providing a socially and psychologically useful catharsis for people's fears and aggressions, the brutal fact of the matter is that we're still in the business of public executions."

"Death is a significant element in nearly all horror fiction," wrote Michael A. Morrison in *Fantasy Review,* "and it permeates King's novels and short stories." Remarking that "evil is

basically stupid and unimaginative and doesn't need creative inspiration from me or anybody else," King told Norden, for instance, that "despite knowing all that rationally, I have to admit that it is unsettling to feel that I could be linked in any way, however tenuous, to somebody else's murder."

An example of King's ability to "pour new wine from old bottles" is his experimentation with narrative structure. In *It, Carrie,* and *The Stand,* declared Tony Magistrale in the study *Landscape of Fear: Stephen King's American Gothic,* King explores story forms--"stream of consciousness, interior monologues, multiple narrators, and a juggling of time sequences--in order to draw the reader into a direct and thorough involvement with the characters and events of the tale." In *Gerald's Game* 's Jessie Burlingame has lost her husband to heart failure. He "has died after handcuffing her to the bed at their summer home," explained a contributor to the *Dictionary of Literary Biography,* "and Jessie must face her life, including the memory that her father had sexually abused her, and her fears alone." *Dolores Claiborne* is the story of a woman suspected of murdering her employer, a crusty old miser named Vera Donovan. Dolores maintains her innocence, but she freely confesses that she murdered her husband thirty years previously when she caught him molesting their daughter.

"There are a series of dovetailing, but unobtrusive, connections," stated a *Locus* contributor, "linking the two novels and both Jessie and Dolores." Like *It,* both *Gerald's Game* and *Dolores Claiborne* are set in the town of Derry, Maine. They are also both psychological portraits of older women who have been subjected to sexual abuse. *Dolores Claiborne* differs from *Gerald's Game,* however, because it uses fewer of the traditional trappings of horror fiction, and it is related entirely from the viewpoint of the title character. *Dolores Claiborne* "is, essentially, a dramatic monologue," stated Kit Reed in the *Washington Post Book World,* "in which the speaker addresses other people in the room, answers questions and completes a narrative in actual time." "King has taken horror literature out of the closet and has injected new life into familiar genres," a contributor to the *Dictionary of Literary Biography* wrote. "He is not afraid to mix those genres in fresh ways to produce novels that examine contemporary American culture."

*Insomnia,* King's 1994 novel, continues the example set by *Gerald's Game* and *Dolores Claiborne.* It is also set in Derry, and its protagonist is an elderly man named Ralph Roberts, a retired salesman, newly widowed and suffering severely from insomnia. Ralph begins to see people in a new way: their auras become visible to him. "Ralph finds himself a man in a classic situation, a mortal in conflict with the fates--literally," declared a *Locus* contributor. "How much self-determination does he really possess? And how much is he acted upon?" Ralph also finds himself in conflict with his neighbor Ed Deepeneau, a conservative Christian and antiabortion activist who beats his wife and has taken up a crusade against a visiting feminist speaker. "There are some truly haunting scenes in the book about wife abuse and fanaticism, as well as touching observations about growing old, but they're quickly consumed by more predictable sensationalism," remarked Chris Bohjalian in the *New York Times Book Review.*

King delighted his readers and astounded his critics by issuing three new major novels in 1996: *Desperation, The Regulators*--under the pseudonym Richard Bachman--and *The Green Mile,* the last a Depression-era prison novel serialized in six installments. A *Publishers Weekly* contributor wrote that "if the publishing industry named a Person of the Year, this year's winner would be Stephen King." The critic noted that, with *Desperation,* "King again proves himself the premier literary barometer of our cultural clime." Released on the same day from two different publishers, *Desperation* and *The Regulators* have interlocking characters and plots; each works as a kind of distorted mirror image of the other. In

Thomson CompuMark Copyright Report –

CHILDREN OF THE CORN

*Desperation,* which many critics agree is the better book, a group of strangers drive into Desperation, Nevada, where they encounter a malign spirit (Tak) in the body of police officer Collie Entragian. The survivors of this apocalyptic novel are few, but include David Carver, an eleven-year-old boy who talks to God, and John Edward Marinville, an alcoholic novelist. Mark Harris, writing for *Entertainment Weekly,* remarked that King "hasn't been this intent on scaring readers--or been this successful at it--since *The Stand,* " noting that "King has always been pop fiction's most compassionate sadist."

While *The Regulators* received little critical praise, King's experiment in serialization with *The Green Mile* captured the imagination of both readers and critics. An *Entertainment Weekly* reviewer called it a novel "that's as hauntingly touching as it is just plain haunted," and a *New York Times* contributor claimed that in spite of "the striking circumstances of its serial publication," the novel "manages to sustain the notes of visceral wonder and indelible horror that keep eluding the Tak books." Set in the Deep South in 1932, *The Green Mile* --a prison expression for death row--begins with the death of twin girls and the conviction of John Coffey for their murder. Block superintendent Paul Edgecombe, who narrates the story years later from his nursing home in Georgia, slowly unfolds the story of the mysterious Coffey, a man with no past and with a gift for healing.

King's next major novel, *Bag of Bones,* appeared in 1998. This tale of a writer struggling with both grief for his dead wife and writer's block while living in a haunted cabin met with a great deal of acclaim from critics. Also acclaimed was the following year's *Hearts in Atlantis,* which Tom De Haven described in *Entertainment Weekly* as "a novel in five stories, with players sometimes migrating from one story to the next." De Haven went on to note that "there's more heartbreak than horror in these pages, and a doomy aura that's more generational than occult." He also reported that the "last two stories are drenched in sadness, mortality, regret, and final absolution," concluding that *Hearts in Atlantis* "is wonderful fiction." Similarly, Ray Olson praised the volume in *Booklist* as "a rich, engaging, deeply moving generational epic." *The Girl Who Loved Tom Gordon* also saw print in 1999. This novel, short by King's standards, centers on a nine-year-old girl from a broken home who gets lost in a forest for two weeks. She has her radio with her, and survives her ordeal by listening to Boston Red Sox games and imagining conversations with her hero, Red Sox relief pitcher Tom Gordon.

While these books were making their way to readers, however, King suffered a serious health challenge. On June 19, 1999, he was struck by a van while walking alongside a road near his home, sustaining injuries to his spine, hip, ribs, and right leg. One of his broken ribs punctured a lung, and he nearly died. He began a slow progress towards recovery, cheered by countless cards and letters from his fans. During his recovery, he began experimenting with publishing his fiction electronically. In August, 2000, King self-published the first two installments of his e-book *The Plant* on his Web site. Pricing the installments at one dollar each, King promised to publish additional chapters if at least seventy-five percent of those who download the first two installments paid for them. King also published a short story, "Riding the Bullet," in March, only distributed as an e-book publication in a number of formats. This tale was eventually reprinted in the 2002 collection *Everything's Eventual: 14 Dark Tales.*

King had also begun work on a writer's manual before his accident, and the result, 2000's *On Writing: A Memoir of the Craft,* sold more copies in its first printing than any previous book about writing. In addition to King's advice on crafting fiction, however, the book includes a great deal of autobiographical material. The author chronicles his childhood, his rise to fame, his struggles with addiction, and the horrific accident that almost ended his life. "King's writing about his own alcoholism and cocaine abuse," noted John Mark Eberhart

**Thomson CompuMark Copyright Report –**

## CHILDREN OF THE CORN

in the Kansas City *Star,* "is among the best and most honest prose of his career." Similarly, Jack Harville reported in the Charlotte *Observer* that "the closing piece describes King's accident and rehabilitation. The description is harrowing, and the rehab involves both physical and emotional recovery. It is beautifully told in a narrative style that would have gained Strunk and White's approval." Some of the novels King has published since the beginning of the twenty-first century, including *Dreamcatcher* and *From a Buick 8,* have brought strong comparisons from critics with his earlier novels; in these specific cases, *It* and *Christine,* respectively. These books, however, were followed by an announcement King made in 2002 that he is planning to retire from publishing. In an interview with Chris Nashawaty in *Entertainment Weekly,* King Clarified: "First of all, I'd never stop writing because I don't know what I'd do between nine and one every day. But I'd stop publishing. I don't need the money." Yet *Dreamcatcher* and *From a Buick 8* have garnered praise from reviewers as well. Rene Rodriguez, writing in the *Miami Herald,* maintained that "*Dreamcatcher* marks [King's] bracing return to all-out horror, complete with trademark grisly gross-outs, a panoramic cast of deftly drawn characters and a climactic race against time, with the fate of the planet hanging in the balance." Salem Macknee in the Charlotte *Observer,* noting surface similarities between *From a Buick 8* and *Christine,* assured readers that "this strange counterfeit of a Buick Roadmaster is no rerun. Stephen King has once again created an original, a monster never seen before, with its own frightful fingerprint."

King also received a great deal of praise for *Everything's Eventual.* Among other stories, the collection includes a few that he previously published in the *New Yorker.* Notable among these is "The Man in the Black Suit," which won the 1996 O. Henry Award for best short story and brought King comparisons with great nineteenth-century American fiction writer Nathaniel Hawthorne. "As a whole," concluded Rodriguez in another *Miami Herald* review, "*Everything's Eventual* makes a perfect showcase for all of King's strengths: His uncanny talent for creating vivid, fully realized characters in a few strokes, his ability to mine horror out of the mundane, ... and his knack for leavening even the most preposterous contraptions with genuine, universal emotions."

Although he does not necessarily feel that he has been treated unfairly by the critics, King has described what it is like to witness the written word turned into filmed images that are less than generously received by reviewers. In his essay "Why I Was Bachman," he readily admitted that he really has little to complain about: "I'm still married to the same woman, my kids are healthy and bright, and I'm being well paid for doing something I love." And despite the financial security and recognition, or perhaps because of its intrinsic responsibility, King strives to improve at his craft. "It's getting later and I want to get better, because you only get so many chances to do good work," he stated in a panel discussion at the 1984 World Fantasy Convention in Ottawa. "There's no justification not to at least try to do good work when you make the money."

According to a contributor to *Discovering Stephen King,* there is absolutely nothing to suggest that success has been detrimental to King: "As a novelist, King has been remarkably consistent." Noting, for instance, that "for generations it was given that brevity was the soul of horror, that the ideal format for the tale of terror was the short story," Warren pointed out that "King was among the first to challenge that concept, writing not just successful novels of horror, but long novels." Moreover, wrote Warren, "his novels have gotten longer."

Influenced by the naturalistic novels of writers such as Theodore Dreiser and Frank Norris, King once confessed that his personal outlook for the world's future is somewhat bleak. On the other hand, one of the things he finds most comforting in his own work is an element of optimism. "In almost all cases, I've begun with a premise that was really black," he said in a

**Thomson CompuMark Copyright Report –**

## CHILDREN OF THE CORN

panel discussion at the 1980 World Fantasy Convention in Baltimore, reprinted in *Bare Bones.* "And a more pleasant resolution has forced itself upon that structure." However, as a contributor to *Kingdom of Fear* maintained, "unlike some other horror writers who lack his talents and sensitivity, Stephen King never ends his stories with any cheap or easy hope. People are badly hurt, they suffer and some of them die, but others survive the struggle and manage to grow. The powers of evil have not yet done them in." According to a contributor to *Fear Itself,* though, the reassurance King brings to his own readers derives from a basic esteem for humanity itself: "For whether he is writing about vampires, about the death of 99 percent of the population, or about innocent little girls with the power to break the earth in half, King never stops emphasizing his essential liking for people."

Douglas E. Winter assessed King's contribution to the horror genre in his study *Stephen King: The Art of Darkness* this way: "Death, destruction, and destiny await us all at the end of the journey--in life as in horror fiction. And the writer of horror stories serves as the boatman who ferries people across that Reach known as the River Styx .... In the horror fiction of Stephen King, we can embark upon the night journey, make the descent down the dark hole, cross that narrowing Reach, and return again in safety to the surface--to the near shore of the river of death. For our boatman has a master's hand."

While King has played with the idea of giving up publishing his writings, his legion of fans continues to be delighted that the idea has not yet become a reality. In 2004, under the pseudonym of Eleanor Druse, Kingpublished *The Journals of Eleanor Druse: My Investigation of the Kingdom Hospital Incident.* He has also continued with his "Dark Tower" series (the illustrated novels featuring Roland the gunslinger) with the publication of *The Dark Tower V: Wolves of the Calla* in 2003. The book was published more than five years after the publication of the previous installment in the series, *The Dark Tower IV: Wizard and Glass.* King also completed the final two installments of the series in 2004, including *The Dark Tower VI: The Songs of Susannah* and *The Dark Tower VII: The Dark Tower.* In a surprise for fans, King introduced himself as a character in the sixth installment, which a *Publishers Weekly* reviewer called a "gutsy move" and commented, that "way there's no denying the ingenuity in which King paints a candid picture of himself."

In 2004, King varied a bit from his usual formula to write, in conjunction with Stewart O'Nan, a nonfiction book about one of his great loves, the Boston Red Sox. When the two authors began keeping diaries of every team-related moment in the year, *Faithful: Two Diehard Boston Red Sox Fans Chronicle the Historic 2004 Season* was originally expected to be the story of yet another disappointing season for fans of the seemingly cursed team. Instead the Red Sox won the World Series that season for the first time in eighty-six years.

With *Cell,* a 2006 novel that *Booklist* contributor Ray Olson considered "the most suspenseful, fastest-paced book King has ever written," the author uses cell phone signals as a source for inducing zombie-like violence in the majority of the population. A *Publishers Weekly* contributor found "King's imagining ... rich," and the dialogue "jaunty and witty" in this novel that borrows technique from Richard Matheson and George A. Romero, the horror legends to whom the book is dedicated. Olson noted that with the publication of *Cell,* "King blasts any notion that he's exhausted or dissipated his enormous talent."

King presents a good old-fashioned yarn in his book *The Colorado Kid.* As told by two veteran newspaper reporters to a cub reporter named Stephanie McCann, the story revolves around the discovery of a body by two high school sweethearts twenty years earlier on Moosie's beach in Moose-Lookit Island, Maine. The story reveals how the two reports eventually discovered that the man was from Colorado. "King is especially good at describing the monumental sadness of sifting through the remnants of a dead loved one's

Thomson CompuMark Copyright Report –

# CHILDREN OF THE CORN

life, and depicting the secret and sometimes even nauseatingly cute code-talk of long relationships," wrote Mark Rahner in the *Seattle Times.* Several reviewers noted that *The Colorado Kid* is difficult to classify, especially in terms of King's other novels in that it contains elements of horror, mystery, and pulp fiction. Keir Graff, writing in *Booklist,* commented that the author "appears to be fumbling in his tackle box when, in fact, he's already slipped the hook into our cheeks." In a review in the *Library Journal,* Nancy McNicol commented that "this slim (by King standards) volume will speak to those who appreciate good storytelling."

In *Lisey's Story,* King tells the tale of Lisey Landon beginning two years after her famous novelist husband, Scott Landon, has died. Besieged by researchers and others wanting Scott's papers, Lisey decides to prepare his work for donation when she begins to receive threatening phone calls and notes, as well as a dead cat in her mailbox. In the meantime, Lisey has been hearing Scott's voice and it leads her to a netherworld called Boo'Ya Moon where Scott and his brother used to go to escape their brutal father. Although Lisey escapes to this world to learn about Scott's past and her own strength, she still does not elude the psychopath who has threatened her. "The book is also, perhaps, a parable about love and imagination that affirms love as the more salvific of the two," wrote Ray Olson in *Booklist.*

Once again, reviewers welcomed King's novel. Noting that the author "is surprisingly introspective and mature here," a *Kirkus Reviews* contributor went on to call *Lisey's Story* "one of King's finest works." Charles de Lint, writing in the *Magazine of Fantasy and Science Fiction,* commented that "sometimes even established writers can surprise us by stretching in a new direction, or telling a new kind of story while still using the favorite tools in their toolbox. That's the case here, and it's worth talking about." Some reviewers addressed specific aspects of the author's writing. For example, Jim Windolf wrote in the *New York Times Book Review* that the novel "has an abundance of solid descriptions ... and indelible images." Windolf also commented on the magical world that King creates, noting that "it's as real as J.M. Barrie's Never-Never Land, L. Frank Baum's Oz or the Grimms' forest."

## PERSONAL INFORMATION
Born September 21, 1947, in Portland, ME; son of Donald (a merchant sailor) and Nellie Ruth King; married Tabitha Jane Spruce (a novelist), January 2, 1971; children: Naomi Rachel, Joseph Hill, Owen Phillip. **Education:** University of Maine at Orono, B.Sc., 1970. **Politics:** Democrat. **Avocational Interests:** Reading (mostly fiction), jigsaw puzzles, playing the guitar ("I'm terrible and so try to bore no one but myself"), movies, bowling. **Memberships:** Authors Guild, Authors League of America, Screen Artists Guild, Screen Writers of America, Writers Guild. **Addresses:** Agent: Rand Holston, Creative Artists Agency, 9830 Wilshire Blvd., Beverly Hills, CA, 90212; (literary agent) Ralph Vicinanza, Created By, 1041 North Formosa Ave., Formosa Bldg., Rm. 10, West Hollywood, CA 90046.

## AWARDS
*Carrie* named to *School Library Journal*'s Book List, 1975; World Fantasy Award nominations, 1976, for *Salem's Lot,* 1979, for *The Stand* and *Night Shift,* 1980, for *The Dead Zone,* 1981, for "The Mist," and 1983, for "The Breathing Method: A Winter's Tale," in *Different Seasons;* Hugo Award nomination, World Science Fiction Society, and Nebula Award nomination, Science Fiction Writers of America, both 1978, both for *The Shining;* Balrog Awards, second place in best novel category, for *The Stand,* and second place in best collection category for *Night Shift,* both 1979; named to the American Library Association's list of best books for young adults, 1979, for *The Long Walk,* and 1981, for *Firestarter;* World Fantasy Award, 1980, for contributions to the field, and 1982, for story "Do the Dead Sing?"; Career Alumni Award, University of Maine at Orono, 1981; Nebula Award nomination, Science Fiction Writers of America, 1981, for story "The Way Station"; special

**Thomson CompuMark Copyright Report –**

# CHILDREN OF THE CORN

British Fantasy Award for outstanding contribution to the genre, British Fantasy Society, 1982, for *Cujo;* Hugo Award, World Science Fiction Convention, 1982, for *Stephen King's Danse Macabre;* named Best Fiction Writer of the Year, *Us Magazine,* 1982; Locus Award for best collection, Locus Publications, 1986, for *Stephen King's Skeleton Crew;* Bram Stoker Award for Best Novel, Horror Writers Association, 1988, for *Misery;* Bram Stoker Award for Best Collection, 1991, for *Four Past Midnight;* World Fantasy award for short story, 1995, for *The Man in the Black Suit;* Bram Stoker Award for Best Novelette, Horror Writers Association, 1996, for *Lunch at the Gotham Cafe;* O. Henry Award, 1996, for "The Man in the Black Suit"; Bram Stoker Award for Best Novel, 1997, for *The Green Mile,* and 1999, for *Bag of Bones;* Bram Stoker Award nomination (with Peter Straub), 2001, for *Black House;* Medal for Distinguished Contribution to American Letters, National Book Award, 2003; *The Stand* was voted one of the nation's 100 best-loved novels by the British public as part of the BBC's The Big Read, 2003; Bram Stoker Award nomination, 2004, for *The Dark Tower VII;* Lifetime Achievement Award, World Fantasy Awards, 2004; Quill Book Award in the sports category, for *Faithful: Two Die-Hard Boston Red Sox Fans Chronicle the Historic 2004 Season,* 2005; named "Grand Master" by the Mystery Writers of America, 2006.

## CAREER

Writer. Has worked as a janitor, a laborer in an industrial laundry, and in a knitting mill. Hampden Academy (high school), Hampden, ME, English teacher, 1971-73; University of Maine, Orono, writer-in- residence, 1978-79. Owner, Philtrum Press (publishing house), and WZON-AM (rock 'n' roll radio station), Bangor, ME. Has made cameo appearances in films, including *Knightriders,* 1981, *Creepshow,* 1982, *Maximum Overdrive,* 1986, *Pet Sematary,* 1989, and *The Stand,* 1994; has also appeared in American Express credit card television commercial. Served as judge for 1977 World Fantasy Awards in 1978. Participated in radio honor panel with George A. Romero, Peter Straub, and Ira Levin, moderated by Dick Cavett, WNET, 1980.

## WRITINGS:
## NOVELS

- *Carrie: A Novel of a Girl with a Frightening Power* (also see below), Doubleday (New York, NY), 1974, movie edition published as *Carrie,* New American Library/Times Mirror(New York, NY), 1975, published in a limited edition with introduction by Tabitha King, Plume (New York, NY), 1991.

- *Salem's Lot* (also see below), Doubleday (New York, NY), 1975, television edition, New American Library (New York, NY), 1979, published in a limited edition with introduction by Clive Barker, Plume (New York, NY), 1991, Pocket Books (New York, NY), 1999, new edition, photographs by Jerry N. Uelsmann, Doubleday (New York, NY), 2005.

- *The Shining* (also see below), Doubleday (New York, NY), 1977, movie edition, New American Library (New York, NY), 1980, published in a limited edition with introduction by Ken Follett, Plume (New York, NY), 1991.

- *The Stand* (also see below), Doubleday (New York, NY), 1978, enlarged and expanded edition published as *The Stand: The Complete and Uncut Edition,* Doubleday (New York, NY), 1990, Gramercy Books (New York, NY), 2001.

- *The Dead Zone* (also see below), Viking (New York, NY), 1979, movie edition published as *The Dead Zone: Movie Tie-In,* New American Library (New York, NY), 1980.

**Thomson CompuMark Copyright Report –**
**CHILDREN OF THE CORN**

- *Firestarter* (also see below), Viking (New York, NY), 1980, with afterword by King, 1981, published in a limited, aluminum-coated, asbestos-cloth edition, Phantasia Press (Huntington Woods, MI), 1980.

- *Cujo* (also see below), Viking (New York, NY), 1981, published in limited edition, Mysterious Press (New York, NY), 1981.

- *Pet Sematary* (also see below), Doubleday (New York, NY), 1983, reprinted, Pocket Books (New York, NY), 2001.

- *Christine* (also see below), Viking (New York, NY), 1983, published in a limited edition, illustrated by Stephen Gervais, Donald M. Grant (Hampton Falls, NH), 1983.

- (With Peter Straub) *The Talisman,* Viking Press/Putnam (New York, NY), 1984, published in a limited two-volume edition, Donald M. Grant (Hampton Falls, NH), 1984, Random House (New York, NY), 2001.

- *The Eyes of the Dragon* (young adult), limited edition, illustrated by Kenneth R. Linkhauser, Philtrum Press, 1984, new edition, illustrated by David Palladini, Viking (New York, NY), 1987.

- *It* (also see below), limited German edition published as *Es,* Heyne (Munich), 1986, Viking (New York, NY), 1986.

- *Misery* (also see below), Viking (New York, NY), 1987.

- *The Tommyknockers* (also see below), Putnam (New York, NY), 1987.

- *The Dark Half* (also see below), Viking (New York, NY), 1989.

- *Needful Things* (also see below), Viking (New York, NY), 1991.

- *Gerald's Game,* Viking (New York, NY), 1992.

- *Dolores Claiborne* (also see below), Viking (New York, NY), 1993.

- *Insomnia,* Viking (New York, NY), 1994.

- *Rose Madder,* Viking (New York, NY), 1995.

- *The Green Mile* (serialized novel), Signet (New York, NY), Chapter 1, "The Two Dead Girls" (also see below), Chapter 2, "The Mouse on the Mile," Chapter 3, "Coffey's Hands," Chapter 4, "The Bad Death of Eduard Delacroix," Chapter 5, "Night Journey," Chapter 6, "Coffey on the Mile," March-August, 1996, published as *The Green Mile: A Novel in Six Parts,* Plume (New York, NY), 1997, Scribner (New York, NY), 2000.

- *Desperation,* Viking (New York, NY), 1996.

- (And author of foreword) *The Two Dead Girls,* Signet (New York, NY), 1996.

- *Bag of Bones,* Viking (New York, NY), 1998.

- *Hearts in Atlantis,* G.K. Hall (Thorndike, ME), 1999.

- *The Girl Who Loved Tom Gordon,* Scribner (New York, NY), 1999.

Thomson CompuMark Copyright Report –
CHILDREN OF THE CORN

- *Dreamcatcher,* Simon & Schuster (New York, NY), 2001.

- (With Peter Straub) *Black House* (sequel to *The Talisman*), Random House (New York, NY), 2001.

- (Editor) Ridley Pearson, *The Diary of Ellen Rimbauer: My Life as Rose Red,* Hyperion (New York, NY), 2001.

- *From a Buick 8,* Scribner (New York, NY), 2002.

- (Under name Eleanor Druse) *The Journals of Eleanor Druse: My Investigation of the Kingdom Hospital Incident,* Hyperion (New York, NY), 2004.

- *Cell,* Scribner (New York, NY), 2006.

- *Lisey's Story,* Scribner (New York, NY), 2006.

- *Duma King,* Scribner (New York, NY), 2008.

Also author of early unpublished novels "Sword in the Darkness" (also referred to as "Babylon Here"), "The Cannibals," and "Blaze," a reworking of John Steinbeck's *Of Mice and Men.*

**"THE DARK TOWER" SERIES**

- *The Dark Tower: The Gunslinger* (also see below), Amereon (New York, NY), 1976, published as *The Gunslinger,* New American Library (New York, NY), 1988, published in limited edition, illustrated by Michael Whelan, Donald M. Grant (Hampton Falls, NH), 1982, 2nd limited edition, 1984, revised and expanded edition, Viking (New York, NY), 2003.

- *The Dark Tower II: The Drawing of the Three* (also see below), illustrated by Phil Hale, New American Library (New York, NY), 1989, Plume Book (New York, NY), 2003, Viking (New York, NY), 2003.

- *The Dark Tower III: The Waste Lands* (also see below), illustrated by Ned Dameron, Donald M. Grant (Hampton Falls, NH), 1991.

- *The Dark Tower Trilogy: The Gunslinger; The Drawing of the Three; The Waste Lands* (box set), New American Library (New York, NY), 1993, Penguin Group (New York, NY), 2003.

- *The Dark Tower IV: Wizard and Glass,* Plume (New York, NY), 1997.

- *The Dark Tower V: Wolves of the Calla,* Plume (New York, NY), 2003, premium edition, illustrated by Bernie Wrightson, Pocket Books (New York, NY), 2006.

- *The Dark Tower VI: The Songs of Susannah,* Donald M. Grant (Hampton Falls, NH), 2004.

- *The Dark Tower VII,* Scribner (New York, NY), 2004.

- *The Dark Tower,* Scribner (New York, NY), 2005.

**NOVELS; UNDER PSEUDONYM RICHARD BACHMAN**

- *Rage* (also see below), New American Library/Signet (New York, NY), 1977.

Thomson CompuMark Copyright Report –
CHILDREN OF THE CORN

- *The Long Walk* (also see below), New American Library/Signet (New York, NY), 1979.

- *Roadwork: A Novel of the First Energy Crisis* (also see below) New American Library/Signet (New York, NY), 1981.

- *The Running Man* (also see below), New American Library/Signet (New York, NY), 1982.

- *Thinner,* New American Library (New York, NY), 1984.

- *The Regulators,* Dutton (New York, NY), 1996.

**SHORT FICTION**

- (Under name Steve King) *The Star Invaders* (privately printed stories), Triad/Gaslight Books (Durham, ME), 1964.

- *Night Shift* (story collection; also see below), introduction by John D. MacDonald, Doubleday (New York, NY), 1978, published as *Night Shift: Excursions into Horror,* New American Library/Signet (New York, NY), 1979.

- *Different Seasons* (novellas; contains *Rita Hayworth and the Shawshank Redemption: Hope Springs Eternal* [also see below]; *Apt Pupil: Summer of Corruption*; *The Body: Fall from Innocence*; and *The Breathing Method: A Winter's Tale*), Viking (New York, NY), 1982.

- *Cycle of the Werewolf* (novella; also see below), illustrated by Berni Wrightson, limited portfolio edition published with "Berni Wrightson: An Appreciation," Land of Enchantment (Westland, MI), 1983, enlarged edition including King's screenplay adaptation published as *Stephen King's Silver Bullet,* New American Library/Signet (New York, NY), 1985.

- *Stephen King's Skeleton Crew* (story collection), illustrated by J.K. Potter, Viking (New York, NY), 1985, limited edition, Scream Press, 1985.

- *My Pretty Pony,* illustrated by Barbara Kruger, Knopf (New York, NY), 1989, limited edition, Library Fellows of New York's Whitney Museum of American Art, 1989.

- *Four Past Midnight* (contains "The Langoliers," "Secret Window, Secret Garden," "The Library Policeman," and "The Sun Dog"; also see below), Viking (New York, NY), 1990.

- *Nightmares and Dreamscapes,* Viking (New York, NY), 1993.

- *Lunch at the Gotham Cafe,* published in *Dark Love: Twenty-two All Original Tales of Lust and Obsession,* edited by Nancy Collins, Edward E. Kramer, and Martin Harry Greenberg, ROC (New York, NY), 1995.

- *Everything's Eventual: 14 Dark Tales,* Scribner (New York, NY), 2002.

Also author of short stories "Slade" (a western), "The Man in the Black Suit," 1996, and, under pseudonym John Swithen, "The Fifth Quarter." Contributor of short story "Squad D" to Harlan Ellison's *The Last Dangerous Visions;* contributor of short story "Autopsy Room Four" to *Robert Bloch's Psychos,* edited by Robert Bloch. Also contributor to anthologies and collections, including *The Year's Finest Fantasy,* edited by Terry Carr, Putnam (New York, NY), 1978; *Shadows,* edited by Charles L. Grant, Doubleday (New York, NY), Volume 1,

Thomson CompuMark Copyright Report –
## CHILDREN OF THE CORN

1978, Volume 4, 1981; *New Terrors,* edited by Ramsey Campbell, Pocket Books (New York, NY), 1982; *World Fantasy Convention 1983,* edited by Robert Weinberg, Weird Tales, 1983; *The Writer's Handbook,* edited by Sylvia K. Burack, Writer (Boston, MA), 1984; *The Dark Descent,* edited by David G. Hartwell, Doherty Associates, 1987; *Prime Evil: New Stories by the Masters of Modern Horror,* by Douglas E. Winter, New American Library (New York, NY), 1988; and *Dark Visions,* Gollancz (London, England), 1989.

## SCREENPLAYS

- *Stephen King's Creep Show: A George A. Romero Film* (based on King's stories "Father's Day," "The Lonesome Death of Jordy Verrill" [previously published as "Weeds"], "The Crate," and "They're Creeping Up on You"; released by Warner Bros. as *Creepshow,* 1982), illustrated by Berni Wrightson and Michele Wrightson, New American Library (New York, NY), 1982.

- *Cat's Eye* (based on King's stories "Quitters, Inc.," "The Ledge," and "The General"), Metro Goldwyn-Mayer/United Artists, 1984.

- *Stephen King's Silver Bullet* (based on and published with King's novella *Cycle of the Werewolf*; released by Paramount Pictures/Dino de Laurentiis's North Carolina Film Corp., 1985), illustrated by Berni Wrightson, New American Library/Signet (New York, NY), 1985.

- (And director) *Maximum Overdrive* (based on King's stories "The Mangler," "Trucks," and "The Lawnmower Man"; released by Dino de Laurentiis's North Carolina Film Corp., 1986), New American Library (New York, NY), 1986.

- *Pet Sematary* (based on King's novel of the same title), Laurel Production, 1989.

- *Stephen King's Sleepwalkers,* Columbia, 1992.

- (Author of introduction) Frank Darabont, *The Shawshank Redemption: The Shooting Script,* Newmarket Press (New York, NY), 1996.

- *Storm of the Century* (also see below), Pocket Books (New York, NY), 1999.

- (Author of introductions with William Goldman and Lawrence Kasdan) William Goldman and Lawrence Kasdan, *Dreamcatcher: The Shooting Script,* Newmarket Press (NewYork, NY), 2003.

- *Riding the Bullet,* Innovation Film Group, 2004.

- *Secret Window,* Columbia, 2004.

## TELEPLAYS

- *Stephen King's Golden Years,* CBS-TV, 1991.

- (And executive producer) *Stephen King's The Stand* (based on King's novel *The Stand*), ABC-TV, 1994.

- (With Chris Carter) "Chinga," *The X-Files,* Fox-TV, 1998.

- *Storm of the Century,* ABC-TV, 1999.

- *Rose Red* (also see below), ABC-TV, 2001.

- *Stephen King's Kingdom Hospital,* ABC-TV, 2004.

**Thomson CompuMark Copyright Report –**

**CHILDREN OF THE CORN**

- *Desperation,* USA, c. 2004.

Also author of *Battleground* (based on short story of same title; optioned by Martin Poll Productions for NBC-TV), and "Sorry, Right Number," for television series *Tales from the Dark Side,* 1987.

## OMNIBUS EDITIONS

- *Another Quarter Mile: Poetry,* Dorrance (Philadelphia, PA), 1979.

- *Stephen King's Danse Macabre* (nonfiction), Berkley Books (New York, NY), 1981.

- *Stephen King* (contains *The Shining, Salem's Lot, Night Shift,* and *Carrie* ), W.S. Heinemann/Octopus Books (London, England), 1981.

- (And author of introduction) *The Bachman Books: Four Early Novels* (contains *Rage, The Long Walk, Roadwork,* and *The Running Man*), New American Library (New York, NY), 1985.

- *The Plant* (privately published episodes of a comic horror novel in progress), Philtrum Press (Bangor, ME), Part 1, 1982, Part 2, 1983, Part 3, 1985.

- *Black Magic and Music: A Novelist's Perspective on Bangor* (pamphlet), Bangor Historical Society (Bangor, ME), 1983.

- *Dolan's Cadillac,* Lord John Press (Northridge, CA), 1989.

- *Stephen King* (contains *Desperation* and *The Regulators*) Signet (New York, NY), 1997.

- *Stephen King's Latest* (contains *Dolores Claiborne, Insomnia* and *Rose Madder*) Signet (New York, NY), 1997.

## OTHER

- *Nightmares in the Sky: Gargoyles and Grotesques* (nonfiction), photographs by F. Stop FitzGerald, Viking (New York, NY), 1988.

- *On Writing: A Memoir of the Craft,* Scribner (New York, NY), 2000.

- (With Stewart O'Nan) *Faithful: Two Die-Hard Boston Red Sox Fans Chronicle the Historic 2004 Season,* Scribner (New York, NY), 2004.

- *The Colorado Kid,* Hard Case Crime (New York, NY), 2004.

Author of e-book *The Plant,* self-published first two chapters on his Web site (www.stephenking.com), August, 2000; also published a short story, "Riding the Bullet," as an e-book, March, 2000. Author of weekly column "King's Garbage Truck" for *Maine Campus,* 1969-70, and of monthly book review column for *Adelina,* 1980. Contributor of short fiction and poetry to numerous magazines, including *Art, Castle Rock: The Stephen King Newsletter, Cavalier, Comics Review, Cosmopolitan, Ellery Queen's Mystery Magazine, Fantasy and Science Fiction, Gallery, Great Stories from Twilight Zone Magazine, Heavy Metal, Ladies' Home Journal, Magazine of Fantasy and Science Fiction, Maine, Maine Review, Marshroots,* Marvel comics, *Moth, Omni, Onan, Playboy, Redbook, Reflections, Rolling Stone, Science-Fiction Digest, Startling Mystery Stories, Terrors, Twilight Zone, Ubris, Whisper,* and *Yankee.* Contributor of book reviews to *New York Times Book Review.*

Thomson CompuMark Copyright Report –

## CHILDREN OF THE CORN

Most of King's papers are housed in the special collection of the Folger Library at the University of Maine at Orono.

## MEDIA ADAPTATIONS

Many of King's novels have been adapted for the screen. *Carrie* was produced as a motion picture in 1976 by Paul Monash for United Artists, screenplay by Lawrence D. Cohen, directed by Brian De Palma, featuring Sissy Spacek and Piper Laurie, and was also produced as a Broadway musical in 1988 by Cohen and Michael Gore, developed in England by the Royal Shakespeare Company, featuring Betty Buckley; *Salem's Lot* was produced as a television miniseries in 1979 by Warner Brothers, teleplay by Paul Monash, featuring David Soul and James Mason, and was adapted for the cable channel TNT in 2004, with a teleplay by Peter Filardi and direction by Mikael Salomon; *The Shining* was filmed in 1980 by Warner Brothers/Hawks Films, screenplay by director Stanley Kubrick and Diane Johnson, starring Jack Nicholson and Shelley Duvall, and it was filmed for television in 1997 by Warner Brothers, directed by Mick Garris, starring Rebecca De Mornay, Steven Weber, Courtland Mead, and Melvin Van Peebles; *Cujo* was filmed in 1983 by Warner Communications/Taft Entertainment, screenplay by Don Carlos Dunaway and Lauren Currier, featuring Dee Wallace and Danny Pintauro; *The Dead Zone* was filmed in 1983 by Paramount Pictures, screenplay by Jeffrey Boam, starring Christopher Walken; was adapted as a cable television series starring Anthony Michael Hall by USA Network, beginning 2002; *Christine* was filmed in 1983 by Columbia Pictures, screenplay by Bill Phillips; *Firestarter* was produced in 1984 by Frank Capra, Jr., for Universal Pictures in association with Dino de Laurentiis, screenplay by Stanley Mann, featuring David Keith and Drew Barrymore; *Stand by Me* (based on King's novella *The Body* ) was filmed in 1986 by Columbia Pictures, screenplay by Raynold Gideon and Bruce A. Evans, directed by Rob Reiner; *The Running Man* was filmed in 1987 by Taft Entertainment/Barish Productions, screenplay by Steven E. de Souza, starring Arnold Schwarzenegger; *Misery* was produced in 1990 by Columbia, directed by Reiner, screenplay by William Goldman, starring James Caan and Kathy Bates; *Graveyard Shift* was filmed in 1990 by Paramount, directed by Ralph S. Singleton, adapted by John Esposito; *Stephen King's It* (based on King's novel *It*) was filmed as a television miniseries by ABC-TV in 1990; *The Dark Half* was filmed in 1993 by Orion, written and directed by George A. Romero, featuring Timothy Hutton and Amy Madigan; *Needful Things* was filmed in 1993 by Columbia/ Castle Rock, adapted by W.D. Richter and Lawrence Cohen, directed by Fraser C. Heston, starring Max Von Sydow, Ed Harris, Bonnie Bedelia, and Amanda Plummer; *The Tommyknockers* was filmed as a television miniseries by ABC-TV in 1993; *The Shawshank Redemption,* based on King's novella *Rita Hayworth and Shawshank Redemption: Hope Springs Eternal,* was filmed in 1994 by Columbia, written and directed by Frank Darabont, featuring Tim Robbins and Morgan Freeman; *Dolores Claiborne* was filmed in 1995 by Columbia; *Thinner* was filmed by Paramount in 1996, directed by Dom Holland, starring Robert John Burke, Joe Mantegna, Lucinda Jenney, and Michael Constantine; *Night Flier* was filmed by New Amsterdam Entertainment/Stardust International/Medusa Film in 1997, directed by Mark Pavia, starring Miguel Ferrer, Julie Entwisle, Dan Monahan, and Michael H. Moss; *Apt Pupil* was filmed in 1998 by TriStar Pictures, directed by Bryan Singer, starring David Schwimmer, Ian McKellen, and Brad Renfro; *The Green Mile* was filmed in 1999 by Castle Rock, directed by Frank Darabont, who also wrote the screenplay, starring Tom Hanks; *Hearts in Atlantis* was filmed in 2001 by Castle Rock, directed by Scott Hicks, screenplay written by William Goldman, starring Anthony Hopkins; *Dreamcatcher* was released in 2003 by Warner Brothers and Castle Rock Entertainment and was directed by Lawrence Kasdan, written by William Goldman, starring Morgan Freeman. Several of King's short stories have also been adapted for the screen, including *The Boogeyman,* filmed by Tantalus in 1982 and 1984 in association with the New York University School of Undergraduate Film, screenplay by producer-director Jeffrey C. Schiro; *The Woman in the Room,* filmed in 1983 by Darkwoods, screenplay by director Frank Darabont, broadcast on

Thomson CompuMark Copyright Report –
## CHILDREN OF THE CORN

public television in Los Angeles, 1985 (released with *The Boogeyman* on videocassette as *Two Mini-Features from Stephen King's Nightshift Collection* by Granite Entertainment Group, 1985); *Children of the Corn*, produced in 1984 by Donald P. Borchers and Terrence Kirby for New World Pictures, screenplay by George Goldsmith; *The Word Processor* (based on King's "The Word Processor of the Gods"), produced by Romero and Richard Rubenstein for Laurel Productions, 1984, teleplay by Michael Dowell, broadcast November 19, 1985, on *Tales from the Darkside* series and released on videocassette by Laurel Entertainment, 1985; *Gramma,* filmed by CBS-TV in 1985, teleplay by Harlan Ellison, broadcast February 14, 1986, on *The Twilight Zone* series; *Creepshow 2* (based on "The Raft" and two unpublished stories by King, "Old Chief Wood'nhead" and "The Hitchhiker"), was filmed in 1987 by New World Pictures, screenplay by Romero; *Sometimes They Come Back,* filmed by CBS-TV in 1987; "The Cat from Hell" is included in a three-segment anthology film titled *Tales from the Darkside--The Movie,* produced by Laurel Productions, 1990; *The Lawnmower Man,* written by director Brett Leonard and Gimel Everett for New Line Cinema, 1992; *The Mangler,* filmed by New Line Cinema, 1995; and *The Langoliers,* filmed as a television mini-series by ABC-TV in 1995; the short fiction "Secret Window, Secret Garden" was adapted into the film *Secret Window,* distributed by Columbia Pictures, written and directed by David Koepp; 2004; the short story "All That You Love Will Be Carried Away" from the collection *Everything's Eventual* has been adapted and made into a short film by James Renner; film rights to the short story "1408" from the collection *Everything's Eventual* has been optioned by Dimension Films. *From a Buick 8* has been optioned by Chesapeake Films. Most of King's book's have also been adapted for audio, including *The Dark Tower: The Gunslinger,* New American Library, 1988; *The Dark Tower II: The Drawing of the Three,* New American Library, 1989; *The Dark Tower III: The Waste Lands,* Penguin-HighBridge Audio, 1991; *Needful Things,* Penguin-HighBridge Audio, 1991; The Girl Who Loved Tom Gordon, Simon & Schuster Audio, 1999; *Blood and Smoke,* Simon & Schuster Audio, 2000; *Dreamcatcher,* Simon & Schuster Audio, 2001; *On Writing: A Memoir of the Craft,* Recorded Books, 2001; *The Talisman,* Simon & Schuster Audio, 2001; *From a Buick 8,* Simon & Schuster Audio, 2002; *Riding the Bullet,* Simon & Schuster Audio, 2002; *Black House,* Books on Tape, 2003; *Wolves of the Calla,* Simon & Schuster Audio, 2003.

## FURTHER READINGS ABOUT THE AUTHOR:
## BOOKS

- Beahm, George W., *The Stephen King Story,* revised and updated edition, Andrews & McMeel (Kansas City, MO), 1992.

- Beahm, George W., editor, *The Stephen King Companion,* Andrews & McMeel (Kansas City, MO), 1989.

- Blue, Tyson, *Observations from the Terminator: Thoughts on Stephen King and Other Modern Masters of Horror Fiction,* Borgo Press (San Bernardino, CA), 1995.

- Collings, Michael R., *Stephen King As Richard Bachman,* Starmont House (Mercer Island, WA), 1985.

- Collings, Michael R., *The Works of Stephen King: An Annotated Bibliography and Guide,* edited by Boden Clarke, Borgo Press (San Bernardino, CA), 1993.

- Collings, Michael R., *Scaring Us to Death: The Impact of Stephen King on Popular Culture,* 2nd edition, Borgo Press (San Bernardino, CA), 1995.

- *Contemporary Literary Criticism,* Thomson Gale (Detroit, MI), Volume 12, 1980, Volume 26, 1983, Volume 37, 1985, Volume 61, 1990.

**Thomson CompuMark Copyright Report –**

## CHILDREN OF THE CORN

- *Contemporary Theatre, Film, and Television,* Volume 63, Thomson Gale (Detroit, MI), 2005.

- Davis, Jonathan P., *Stephen King's America,* Bowling Green State University Popular Press (Bowling Green, OH), 1994.

- *Dictionary of Literary Biography,* Volume 143: *American Novelists since World War II, Third Series,* Thomson Gale (Detroit, MI), 1994.

- *Dictionary of Literary Biography Yearbook: 1980,* Thomson Gale (Detroit, MI), 1981.

- Docherty, Brian, editor, *American Horror Fiction: From Brockden Brown to Stephen King,* St. Martin's Press (New York, NY), 1990.

- Hoppenstand, Gary, and Ray B. Browne, editors, *The Gothic World of Stephen King: Landscape of Nightmares,* Bowling Green State University Popular Press (Bowling Green, OH), 1987.

- Keyishian, Amy, and Marjorie Keyishian, *Stephen King,* Chelsea House (Philadelphia, PA), 1995.

- King, Stephen, *Stephen King's Danse Macabre* (nonfiction), Everest House (New York, NY), 1981.

- King, Stephen, *The Bachman Books: Four Early Novels,* New American Library (New York, NY), 1985.

- Magistrale, Tony, editor, *Landscape of Fear: Stephen King's American Gothic,* Bowling Green State University Popular Press (Bowling Green, OH), 1988.

- Magistrale, Tony, editor, *A Casebook on "The Stand,"* Starmont House (Mercer Island, WA), 1992.

- Magistrale, Tony, *Stephen King: The Second Decade--"Danse Macabre" to "The Dark Half,"* Twayne (New York, NY), 1992.

- Platt, Charles, *Dream Makers: The Uncommon Men and Women Who Write Science Fiction,* Berkley (New York, NY), 1983.

- Saidman, Anne, *Stephen King, Master of Horror,* Lerner Publications (Minneapolis, MN), 1992.

- Schweitzer, Darrell, editor, *Discovering Stephen King,* Starmont House (Mercer Island, WA), 1985.

- *Short Story Criticism,* Volume 17, Thomson Gale (Detroit, MI), 1995.

- Underwood, Tim, and Chuck Miller, editors, *Fear Itself: The Horror Fiction of Stephen King,* Underwood-Miller, 1982.

- Underwood, Tim, and Chuck Miller, editors, *Kingdom of Fear: The World of Stephen King,* Underwood-Miller, 1986.

- Underwood, Tim, and Chuck Miller, editors, *Bare Bones: Conversations on Terror with Stephen King,* McGraw-Hill (New York, NY), 1988.

Thomson CompuMark Copyright Report –
CHILDREN OF THE CORN

- Underwood, Tim, and Chuck Miller, editors, *Feast of Fear: Conversations with Stephen King,* Carroll & Graf (New York, NY), 1992.

- Underwood, Tim, and Chuck Miller, editors, *Fear Itself: The Early Works of Stephen King,* foreword by King, introduction by Peter Straub, afterword by George A. Romero, Underwood-Miller, 1993.

- Winter, Douglas E., *Stephen King: The Art of Darkness,* New American Library (New York, NY), 1984.

**PERIODICALS**

- *Atlantic Monthly,* September 1986, review of *It,* p. 102; November 1, 2006, review of *Lisey's Story,* p. 125.

- *Book,* November-December, Chris Barsanti, review of *The Dark Tower V: Wolves of the Calla,* p. 75.

- *Booklist,* Jan 1, 1976, review of *Salem's Lot,* p. 613; December 1, 1978, review of *The Stand,* p. 601; September 1, 1979, review of *The Dead Zone,* p. 24; July, 1999, Ray Olson, review of *Hearts in Atlantis,* p. 1893; May 1, 2004, Ray Olson, review of *The Dark Tower V: Song of Susannah,* p. 1483; September 1, 2004, Ray Olson, review of *The Dark Tower VII: The Dark Tower,* p. 6; September 1, 2005, Keir Graff, review of *The Colorado Kid,* p. 6; January 1, 2006, Ray Olson, review of *Cell,* p. 24; June 1, 2006, Ray Olson, review of *Lisey's Story,* p. 6.

- *Books,* November 19, 2006, "Stephen King Fuses Serious Writing and Horror: A Widow's Tale of Loss, Mourning and Terror," p. 8.

- *Chicago Tribune,* August 26, 1990, review of *Four past Midnight,* p. 3; November 7, 1993, review of *Nightmares and Dreamscapes,* p. 9.

- *Christian Science Monitor,* January 22, 1990, Thomas D'Evelyn, review of *The Dark Half,* p. 13.

- *English Journal,* January 1979, review of *The Shining,* p. 58; January 1983, review of *Cujo,* p. 79; December 1983, review of *Different Seasons,* p. 69; December 1984, review of *Pet Sematary,* p. 66.

- *Entertainment Weekly,* October 14, 1994, review of *Insomnia,* p. 52; June 16, 1995, review of *Rose Madder,* p. 54; March 22, 1996, review of *The Two Dead Girls,* p. 63; April 26, 1996, review of *The Mouse on the Mile,* p. 49; May 31, 1996, review of *Coffey's Hands,* p. 53; June 28, 1996, review of *The Bad Death of Eduard Delacroix,* p. 98; August 2, 1996, review of *Night Journey,* p. 53; September 6, 1996, review of *Coffey on the Mile,* p. 67; October 4, 1996, Mark Harris, review of *Desperation,* p. 54; December 27, 1996, review of *The Green Mile,* p. 142; September 17, 1999, Tom De Haven, "King of *Hearts:* He May Be the Master of Horror, but Stephen King Is Also Adept at Capturing Everyday America. In *Hearts in Atlantis,* His Take on the 60s, including the Effects of Vietnam, Is Scarily Accurate," p.72; September 27, 2002, Chris Nashawaty, "Stephen King Quits," p. 20; June 25, 2004, Gregory Kirschling, review of *The Dark Tower V: Song of Susannah,* p. 172; October 7, 2005, Gilbert Cruz, "The New King of Pulp," p. 83.

- *Esquire,* > November 1984, review of *The Talisman,* p. 231.

- *Fantasy Review,* January, 1984, Michael A. Morrison, review of *Pet Sematary,* p. 49

**Thomson CompuMark Copyright Report –**

**CHILDREN OF THE CORN**

- *Kirkus Reviews,* J March 1, 1974, review of *Carrie,* p. 257; December 1, 1977, review of *Night Shift,* p. 1285; June 15, 2006, review of *Lisey's Story,* p. 594.

- *Library Journal,* March 1, 2004, Kristen L. Smith, review of *The Dark Tower V: Wolves of the Calla,* p. 126; May 15, 2004, Nancy McNicol, review of *The Dark Tower V: Song of Susannah,* p. 115; September 15, 2004, Nancy McNicol, review of *The Dark Tower VII: The Dark Tower,* p.49; September 15, 2005, Nancy McNicol, review of *The Colorado Kid,* p. 60; July 1, 2006, Nancy McNicol, review of *Lisey's Story,* p. 66.

- *Locus,* September 1992, review of *Gerald's Game,* p. 21; November 1992, review of *Dolores Claiborne,* p. 19; February 1994, review of *Dolores Claiborne,* p. 58; October 1994, review of *Nightmares and Dreamscapes,* p. 54.

- *Los Angeles Times,* May 8, 1983, review of *Christine,* p. 3; November 20, 1983, review of *Pet Sematary,* p. 17; November 18, 1984, review of *The Talisman,* p. 13; August 25, 1985, review of *Skeleton Crew,* p. 4.

- *Magazine of Fantasy and Science Fiction,* January 1, 2007, Charles De Lint, review of *Lisey's Story,* p. 38.

- *Miami Herald,* March 21, 2001, Rene Rodriguez, review of *Dreamcatcher;* March 27, 2002, Rene Rodriguez, review of *Everything's Eventual.*

- *Midwest Quarterly,* spring, 2004, Tom Hansen, "Diabolical Dreaming in Stephen King's 'The Man in the Black Suit,'" p. 290.

- *New Republic,* February 21, 1981, Michele Slung, review of *Firestarter,* p. 38.

- *New Statesman,* September 15, 1995, Kevin Harley, review of *Rose Madder,* p. 33.

- *Newsweek,* August 31, 1981, Jean Strouse, review of *Cujo,* p. 64; May 2, 1983, review of *Christine,* p. 76.

- *New Yorker,* January 15, 1979, review of *The Stand,* p. 109; September 30, 1996, review of *Desperation,* p. 78

- *New York Review of Books,* > October 19, 1995, review of *Dolores Claiborne,* p. 54.

- *New York Times,* March 1, 1977, review of *The Shining,* p. 35; November 28, 1977, review of *Night Shift,* p. 46; March 26, 1978, review of *The Stand,* p. 13; August 17, 1979, Christopher Lehmann-Haupt, review of *The Dead Zone,* p. C23; August 14, 1981, review of *Cujo,* p. 19; August 11, 1982, review of *Different Seasons,* p. 25; April 12, 1983, review of *Christine,* p. 27; October 21, 1983, review of *Pet Sematary,* p. 21; November 8, 1984, review of *The Talisman,* p. 25; August 21, 1986, Christopher Lehmann Haupt, review of *It,* p. 17; June 29, 1992, review of *Gerald's Game,*p. B2; November 16, 1992, review of *Dolores Claiborne,*p. B1; June 26, 1995, review of *Rose Madder,* p. B2; October 26, 1996, review of *Coffey on the Mile,* p. 16.

- *New York Times Book Review,* May 26, 1974, review of *Carrie,* p. 17; February 20, 1977, Jack Sullivan, review of *The Shining,* p. 8; September 11, 1977, review of *Carrie,* p. 3; March 26, 1978, review of *Night Shift,* p. 13; February 4, 1979, review of *The Stand,* p. 15; May 10, 1981, review of *Danse Macabre,* p. 15; August 29, 1982, review of *Different Seasons,* p. 10; April 3, 1983, review of *Christine,* p. 12; November 6, 1983, review of *Pet Sematary,* p. 15; November 4, 1984, review of *The*

**Thomson CompuMark Copyright Report –**

**CHILDREN OF THE CORN**

*Talisman,* p. 24; June 9, 1985, review of *Skeleton Crew,* p. 11; February 22, 1987, review of *The Eyes of the Dragon,*; p. 12; May 13, 1990, review of *The Stand: The Complete and Uncut Edition,* p. 3; September 2, 1990, review of *Four past Midnight,* p. 21; September 29, 1991, review of *The Waste Lands,* p. 14; August 16, 1992, review of *Gerald's Game,* p. 3; December 27, 1992, review of *Dolores Claiborne,* p. 15; October 24, 1993, review of *Nightmares and Dreamscapes,* p. 22; October 30, 1994, review of *Insomnia,* p. 24; July 2, 1995, review of *Rose Madder* p. 11; October 20, 1996, review of *The Green Mile,* p. 16; November 12, 2006, Jim Windolf, "Scare Tactician," (review of *Lisey's Story*), p. 1.

- *Observer* (Charlotte, NC), October 4, 2000, Jack Harville, review of *On Writing: A Memoir of the Craft;* Salem Macknee, review of *From a Buick 8.*

- *Penthouse,* April, 1982, Bob Spitz, interview with author.

- *Playboy,* June 1983, Eric Norden review of *Christine* and interview with King, p. 38.

- *Publishers Weekly,* February 25, 1974, review of *Carrie,* p. 102; June 7, 1976, review of *Salem's Lot,* p. 73; November 14, 1977, review of *The Shining,* p. 64; September 25, 1978, review of *The Stand,* p. 127; November 12, 1979, review of *The Stand,* p. 56; April 1, 1996, review of *The Two Dead Girls,* p. 38; June 24, 1996, review of *Desperation,* p. 43; July 14, 1997, review of *The Dark Tower IV: Wizard and Glass,* p. 65 April 19, 2004, review of *The Dark Tower VI: Song of Susannah,* p. 37; August 15, 2005, Orson Scott Card, review of *The Colorado Kid,* p. 40; January 2, 2006, review of *Cell,* p. 37; August 28, 2006, review of *Lisey's Story,* p. 27.

- *Rapport,* annual, 1992, review of *The Waste Lands,* p. 21; annual, 1992, review of *Gerald's Game,* p. 26.

- *Saturday Review,* September 1981, Michelle Green, review of *Cujo,* p. 59; November 1984, review of *The Talisman* p. 85.

- *Seattle Times,* October 27, 2006, Mark Rahner, review of *Lisey's Story.*

- *Star* (Kansas City, MO), October 4, 2000, John Mark Eberhart, review of *On Writing.*

- *Time,*August 30, 1982, Paul Gray, review of *Different Seasons,* p. 87; July 1, 1985, review of *Skeleton Crew,* p. 59; October 6, 1986, review of *It,*; p. 74; December 7, 1992, review of *Dolores Claiborne*; p. 81; September 2, 1996, review of *"The Green Mile,* p. 60.

- *Village Voice,* April 29, 1981, review of *Stephen King's Danse Macabre,* p. 45; October 23, 1984, review of *The Talisman,* p. 53; March 3, 1987, review of *It,* p. 46.

- *Voice Literary Supplement,* September 1982, review of *Creepshow,* p. 6; November 1985, review of *Salem's Lot,* p. 27.

- *Washington Post Book World,* May 26, 1974, review of *Carrie,* p. 17; April 12, 1981, review of *Stephen King's Dance Macabre,* p. 4; August 22, 1982, review of *Different Seasons,* p. 1; November 13, 1983, review of *Pet Sematary,* p. 1; June 16, 1985, review of *Skeleton Crew,* p. 1; August 26, 1990, review of *Four Past Midnight,* p. 9; September 29, 1991, review of *Needful Things,* p. 9; July 19, 1992, review of *Gerald's Game,* p. 7; December 13, 1992, Kit Reed, review of *Dolores Claiborne,* p. 5; October 10, 1993, review of *Nikghtmares and Dreamscapes,* p. 4; October 9,

Thomson CompuMark Copyright Report –

## CHILDREN OF THE CORN

1994, review of *Insominia,* p. 4; October 29, 2006, "Admit It: You've Been a Horrible Snob about Stephen King," p. 1.

**ONLINE**

- *Stephen King Home Page,* http:// www.stephenking.com (June 30, 2007).*

**SOURCE CITATION**

*Contemporary Authors Online*, Gale, 2008. Reproduced in *Biography Resource Center*. Farmington Hills, Mich.: Gale, 2008. http://galenet.galegroup.com/servlet/BioRC

**Document Number:** H1000054254

**United States District Court**
**Southern District of Florida**

Case Number: _18-CV-61537_

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

<u>Documents Retained in Supplemental Case Files</u> (Scanned or Not Scanned)

<u>Civil Case Documents</u>
___ • Handwritten documents/pleadings (i.e., pro se)
_✓_ • Poor quality scanned images
___ • Photographs
___ • CD, DVD, VHS tapes, cassette tapes
___ • Surety bonds
___ • Exhibits that cannot be scanned (e.g., objects)
___ • Bound extradition papers
___ • Jury verdict
___ • Jury notes (unredacted)
___ • Jury selection materials (seating charts, challenges, etc.)

<u>Criminal Case Documents</u>
___ • Handwritten documents/pleadings (i.e., pro se)
___ • Poor quality scanned images
___ • Photographs
___ • CD, DVD, VHS Tape, Cassette Tapes
___ • Bond documentation
___ • Exhibits that cannot be scanned (e.g., objects)
___ • Indictments
___ • Arrest warrants
___ • Jury verdict
___ • Jury notes (unredacted)
___ • Jury selection materials (seating charts, challenges, etc.)

Date: _12/19/18_