UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-cv-61537-DIMITROULEAS/HUNT

DONALD P. BORCHERS,

    Plaintiff,

v.

AMAZON.COM, INC., et al.,

    Defendants.

_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court upon the Court's Order on Motions to Dismiss, entered separately today. The Court enters this separate final judgment.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     This case is **DISMISSED**;

2.     The Clerk is directed to **CLOSE** this case, **DENY** any pending motions as **MOOT**, and mail a copy of this Order to Plaintiff at the address listed below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of January, 2019.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of record

Donald P. Borchers, *Pro Se*
250 Jacaranda Drive, #801
Plantation, FL 33324